INFORMATION SHEET

DEFENDANT:  Gary Snisky
YEAR OF BIRTH:  1966

ADDRESS: Longmont, Colorado

COMPLAINT FILED? _____YES ____x_____NO
    IF YES, PROIVDE MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____YES ___x___NO

OFFENSE:     COUNTS 1-13: 18 U.S.C. §1341: Mail fraud
             COUNT 14-18: 18 U.S.C. § 1957: Monetary Transaction in property derived from mail fraud

             Notice of Forfeiture

LOCATION OF OFFENSE:  Boulder County, Colorado

PENALTY:  COUNTS 1-13:  NMT 20 years imprisonment, NMT 5 years supervised release, a $250,000 fine, and a $100 special assessment.

          COUNT 14-18: NMT 10 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment.

AGENT:     IRS Special Agent Ron Loecker  (303) 621-5398
           FBI Special Agent Kate Funk (303) 630-6811

AUTHORIZED BY:  Pegeen D. Rhyne
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____five days or less

_____X___  over five days

_____ other

THE GOVERNMENT **will** seek detention in this case.

OCDETF case:  N/A