IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GARY SNISKY,

        Defendant.
_____

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL FOR THE UNITED STATES**
_____

        COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the United States.

        DATED this 21st day of November, 2013.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By: s/ *Tonya S. Andrews*
        Tonya S. Andrews
        Assistant United States Attorney
        1225 Seventeenth Street, Ste. 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: tonya.andrews@usdoj.gov
        *Attorney for the United States*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of November, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

      s/ *Raisa Vilensky*
      FSA Data Analyst
      Office of the U.S. Attorney