IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00473-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.    GARY SNISKY,**

       Defendant.
_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above-captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender, Interim


       s/ LaFonda R. Traorè
       LAFONDA R. TRAORÈ
       Assistant Federal Public Defender
       633 - 17th Street, Suite 1000
       Denver, Colorado    80202
       Telephone:   (303) 294-7002
       FAX:         (303) 294-1192
       LaFonda.Traore@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2013, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Rhyne, Assistant U.S. Attorney
        Pegeen.Rhyne@usdoj.gov

    Tonya Andrews, Assistant U.S. Attorney
        Tonya.Andrews@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    s/ LaFonda R. Traorè
    LAFONDA R. TRAORÈ
    Assistant Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    FAX:           (303) 294-1192
    LaFonda.Traore@fd.org
    Attorney for Defendant