IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-473-RM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  GARY SNISKY,

   Defendant.

_____

STIPULATED PROTECTIVE ORDER
_____

   THE UNITED STATES OF AMERICA, through Assistant United States Attorney Pegeen D. Rhyne, and defendant Gary Snisky, through his counsel Assistant Federal Public Defender LaFonda Traore, hereby submit this Stipulated Protective Order for the Court's consideration and approval.

   On January 17, 2013, the government executed three search warrants.   As a result of these search warrants, computers and computer storage devices belonging to D.S. and A.S.[1] were seized and imaged.   The government intends to make these computers and computer storage devices available in discovery to defendant Gary Snisky; however, D.S. and A.S. have privacy-related concerns about the disclosure of the data on the computers and computer storage devices seized from them.   Specifically, these computers and computer storage devices contain financial and tax information

_____

1   For privacy reasons, persons other than the defendant will be referred to by their initials.

1

regarding the clients of D.S. and A.S., many of whom are unrelated to this case, as well as the personal financial and tax information of D.S. and potentially A.S.   The computers and computer storage devices seized from D.S. also contain personal information related to D.S. and his family members and possibly information that is attorney-client privileged.

The computers and computer storage devices belonging to D.S. are described as follows: Gateway DX4860 SN: RAK-RT3090PCIE; Dell Inspiron SN: CN-OCT3NM-74431-232-1790; HP Compaq MXL6290 SN: 372625-080 5163; PNY 32GB Thumbdrive; Seagate Free Agent Go Flex External HD SN: 6VP9NW59; San Disk Cruzer 16GB Thumbdrive; Western Digital My Book Live Duo SN: WUZEU2460226; Western Digital My Book Live Duo SN: WUZEU2460226; and an ASUS laptop SN: BBN0AS339547454.

The computer belonging to A.S. is described as follows: Sony Vaio laptop computer model PCG61A1ZL, SN: 275539253041455.

In order to balance the privacy concerns of D.S. and A.S., as well as their clients, against the important interest in the government providing broad discovery in this case, the parties stipulate to this protective order.   For good cause, the Court may enter a protective order regulating discovery in a criminal case pursuant to Fed. R. Crim. P. 16(d)(1).

IT IS STIPULATED that disclosure of information contained on the computers and computer storage devices belonging to A.S. and D.S. shall be made only to the defendant, his attorney, and anyone hired or employed for the purpose for assisting in the preparation of the defense in this case; the defendant and his attorney or agents will not use this information, or the substance thereof, in any way except as is necessary in

2

preparing and presenting the legal defense of this case; this information shall be maintained in the defense attorney's custody; and such information shall not otherwise be disclosed, reproduced, or disseminated.

SO STIPULATED:

AFPD LaFonda Traore
Counsel for Gary Snisky

9 Dec 2013
Dated

AUSA Regeen Rhyne
Counsel for the United States

12/9/13
Dated

APPROVED and SO ORDERED:

The Honorable RAYMOND P. MOORE
United States District Court Judge

3