## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify on this 10th day of December, 2013   I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**LaFonda Traore**
Federal Public Defender's Office-Denver
Email: LaFonda_Traore@fd.org


                                             s/___Deborah Sisung_____
                                             DEBORAH SISUNG
                                             Legal Assistant
                                             Assistant United States Attorneys Office
                                             1225 17th Street, 7th Floor
                                             Denver, CO 80202
                                             Phone: (303) 454-0100
                                             Fax: (303) 454-0402
                                             E-Mail:deborah.sisung@usdoj.gov