IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00473-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.     GARY SNISKY,**

       Defendant.

___

**UNOPPOSED MOTION TO VACATE TRIAL DATE
AND TO SET A STATUS CONFERENCE**
___

       COMES NOW the defendant, Gary Snisky, by and through counsel, Assistant Federal Public Defender, LaFonda Traore and moves this Court to vacate the trial date presently set to begin on January 27, 2014, and to schedule a status conference at which a realistic motions and trial schedule can be set. The defense requests that 120 days be excluded from speedy calculations. AUSA Pegeen Rhyne is not opposed to this request. As grounds counsel states:

       1.     Mr. Snisky is charged in an indictment that charges 13-counts of Mail Fraud and 5-counts of Monetary Transactions Derived From Mail Fraud from 2010 to 2013 and involves an investigation of at least two companies, Colony Capital and Arete, LLC. Defense counsel received discovery on the day of the arraignment and the detention hearing which occurred on November 26, 2013. The discovery consists of over 16,000 pages of documents, which in my preliminary review, seems to be witness interviews (and documents provided by the witnesses) and bank records. In addition, there are disks with video and audio recordings. There is also discovery that appears to be correspondence of some sort, but it is not in context for defense

counsel at this present time.  The government has also advised that a number of computers, computer storage devices, and a server were obtained during the execution of three search warrants in this case.  Defense counsel has not yet obtained images of these computer items but has been requested to provide a 2 terabyte hard drive and a 580 gigabyte hard driver in order to image theses items.

      2.      Defense counsel is aware that several entities (FBI, IRS, US Postal Inspection Service) were involved in this criminal investigation and that the Colorado Department of Regulatory Agencies and the U.S. Securities and Exchange Commission have also filed civil complaints against Mr. Snisky.  Defense counsel does not know if more discovery is forthcoming or if a request for more discovery will be made after a through review of what has been provided and after some investigation into this case.

      3.      Most recently, a Final Order of Forfeiture was filed in 13-cv-00567-REB (Doc. # 27).  At this juncture, defense counsel does not know if any of the civil information will overlap with the criminal case, but thinks that it does.  The defense investigation into the facts and circumstances involving the alleged years of criminal behavior will have to be extensive and will be difficult.

      4.      To the extent that witnesses need to be located and interviewed, defense counsel is aware that some witnesses are located in Colorado, but a fair number of witnesses are located in California and other states (these are witnesses that have already been interviewed by the government during its investigation).  Defense counsel has been informed that there are numerous potential witnesses who are not aligned with the government who have indicated they have information that is relevant to Mr. Snisky's case.  Some of these witnesses are in Colorado, California and Wisconsin.  With sufficient time it is likely that all of them will discuss what they know with the defense.

5. In essence, this is not a standard case and the circumstances involved will require more than the allotted speedy trial allowance. The requested 120-day exclusion of time is reasonable in light of the volume of work described above that will be necessary to effectively prepare the defense in this case.

6. Counsel moves this court to find that tends of justice will be best served by granting a continuance of the trial and that those ends of justice outweigh the best interests of the public pursuant to 18 U.S.C. § 3161(h)(8)(A).

7. Without additional time counsel is certain that she would not be able to provide effective assistance of counsel to Mr. Snisky. The failure to grant a continuance of the motions hearing and trial date could well result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(I).

8. This request is not sought due to a lack of diligent preparation. 18 U.S.C. § 3161(h)(8)(c).

9. Obviously, in its present form this motion focuses upon the ends of justice and not upon "complexity" i.e. the question of whether due to the nature of the prosecution and the technical expertise necessary to defend the case that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by 18 U.S.C. § 3161. Counsel is not asserting complexity because she has not seen enough of the case to know whether it is complex or not. Should she determine, after getting further into the case, that she should additionally raise the issue of complexity, she will make further motion.

10. Without the requested continuance the defense will be unable to investigate and prepare the case and defense counsel will be not be able to provide effective assistance of counsel and Mr. Snisky's right to a fair, effectively represented trial will be violated.

WHEREFORE, Gary Snisky, by and through counsel, Assistant Federal Public Defender, LaFonda Traore, and moves this Court to vacate the trial date presently set to begin on January 27, 2014, and to schedule a status conference at which a realistic motions and trial schedule can be set.  The defense requests that 120 days be excluded from speedy trial calculations.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender, Interim


s/ LaFonda Traore
LAFONDA R. TRAORE
Office of the Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado   80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
E-mail: LaFonda.Traore@fd.org
         Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2013, I electronically filed the foregoing

**UNOPPOSED MOTION TO VACATE TRIAL DATE
AND SCHEDULE STATUS CONFERENCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Rhyne, Assistant U.S. Attorney
        Pegeen.Rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Gary Snisky              *(U.S. Mail)*

    s/ LaFonda Traore
    LAFONDA R. TRAORE
    Office of the Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, Colorado   80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    E-mail: LaFonda.Traore@fd.org
        Attorney for Defendant