**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Raymond P. Moore**

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     GARY SNISKY,

     Defendant.

---

**PROTECTIVE ORDER**

---

This matter coming before the Court on the parties' Stipulated Protective Order filed on December 10, 2013 (ECF # 19), and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1.     That disclosure of information contained on the computers and computer storage devices belonging to A.S. and D.S., and identified below, shall be made only to defendant Gary Snisky, his attorney, and persons hired or employed for the purpose for assisting in the preparation of the defense in this case;

2.     That defendant Snisky and his attorney or agents will not use this information, or the substance thereof, in any way except as is necessary in preparing and presenting the legal defense of this case;

3.     That this information shall be maintained in the defense attorney's custody or in the custody of a forensics or other expert retained in connection with preparation of a defense in this matter;

4.      That such information shall not otherwise be disclosed, reproduced, or

disseminated without prior Order of the Court; and

5.      That the government shall clearly identify to counsel for defendant any devices or

information subject to the terms of this Order produced during the course of

discovery, and such devices and information shall be maintained by any permitted

recipient with a copy of this Order affixed or attached.

The computers and computer storage devices belonging to D.S. are described as follows:

Gateway DX4860 SN: RAK-RT3090PCIE; Dell Inspiron SN: CN-OCT3NM-74431-232-1790;

HP Compaq MXL6290 SN: 372625-080 5163; PNY 32GB Thumbdrive; Seagate Free Agent Go

Flex External HD SN: 6VP9NW59; San Disk Cruzer 16GB Thumbdrive; Western Digital My

Book Live Duo SN: WUZEU2460226; Western Digital My Book Live Duo SN:

WUZEU2460226; and an ASUS laptop SN: BBN0AS339547454.

The computer belonging to A.S. is described as follows: Sony Vaio laptop computer

model PCG61A1ZL, SN: 275539253041455.

DATED this 30th day of December 2013.

BY THE COURT:

_____

RAYMOND P. MOORE

United States District Judge