### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### JUDGE RAYMOND P. MOORE

Courtroom Deputy: Nick Richards          Date: December 30, 2013
Court Reporter: Tammy Hoffschildt          Interpreter: n/a
Probation Officer: n/a

## CASE NO. 13-cr-00473-RM

Parties                                            Counsel

UNITED STATES OF AMERICA,                Pegeen Denise Rhyne

      Plaintiff,

vs.

1. GARY SNISKY,                              La Fonda R. Traore

      Defendant.

## COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION: 8:56 a.m.**
Appearances of counsel.  Defendant is present on bond.

Status Conference is called regarding Unopposed Motion to Vacate Trial Date and to Set a Status Conference [Doc. No. 20, filed December 10, 2013].

Opening remarks by the Court.

Comments by Ms. Rhyne regarding the Unopposed Motion to Vacate [20].

Comments by Ms. Traore regarding the Unopposed Motion to Vacate [20].

**ORDERED:**  Unopposed Motion to Vacate Trial Date and to Set a Status Conference [20] is **GRANTED** as stated on the record. The Trial Preparation Conference set for January 14, 2014 at 4:00 p.m. and the three-week Jury Trial set to commence on January 27, 2014 at 9:00 a.m. are **VACATED**. Counsel shall contact the chambers of the Honorable Raymond P. Moore

to obtain new trial preparation conference and trial dates.

Pretrial motions shall be due on or before March 22, 2014. Responses to any pretrial motions shall be due on or before April 8, 2014.

The Court finds an ends of justice continuance is warranted and accordingly determines an additional excludable delay is granted through June 13, 2014.

Ms. Rhyne addresses the Court regarding Stipulated Protective Order [Doc. No. 19, filed December 10, 2013].

**ORDERED:**  Counsel shall provide a copy of the Stipulated Protective Order with the appropriate revisions as discussed on the record to the chambers of Judge Moore.

**ORDERED:**  Bond continued.

**COURT IN RECESS: 9:17 a.m.**
**Total in court time: 00:21**
**Hearing concluded**