**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GARY SNISKY,

      Defendant.

---

**ORDER RESETTING TRIAL DATES**

---

Pursuant to Minute Entry (ECF No. 26), a **three-week** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado is scheduled to commence on **June 9, 2014 at 9:00 a.m**.  It is

ORDERED that a Trial Preparation Conference is set for **May 29, 2014 at 9:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

    5)    any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 30th day of December, 2013.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge