IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  13-cr-00473-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GARY SNISKY,

       Defendant.
_____

**NOTICE OF APPEARANCE**
_____

       The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above-captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender, Interim


       s/ Robert W. Pepin
       ROBERT W. PEPIN
       Assistant Federal Public Defender
       633 - 17th Street, Suite 1000
       Denver, Colorado     80202
       Telephone:   (303) 294-7002
       FAX:             (303) 294-1192
       robert.pepin@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2013, I electronically filed the foregoing

## NOTICE OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Pegeen Rhyne, Assistant United States Attorney
    pegeen.rhyne@usdoj.gov

Tonya S. Andrews, Assistant United States Attorney
    tonya.andrews@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Gary Snisky     *(via U.S. mail)*


s/ Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado     80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
robert.pepin@fd.org
Attorney for Defendant