IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    13-cr-00473-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GARY SNISKY,

       Defendant.
_____

**MOTION TO WITHDRAW**
_____

       LaFonda R. Traore, Assistant Federal Public Defender, hereby moves to withdraw as counsel for the defendant. Assistant Federal Public Defender, Robert W. Pepin, has entered his appearance in this matter.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender, Interim

       s/ LaFonda R. Traore
       LAFONDA R. TRAORE
       Federal Public Defender, Interim
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       lafonda_traore@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2013, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Pegeen Rhyne, Assistant United States Attorney
    pegeen.rhyne@usdoj.gov

Tonya S. Andrews, Assistant United States Attorney
    tonya.andrews@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Gary Snisky     *(via U.S. mail)*

                                        s/ LaFonda R. Traore
                                        LAFONDA R. TRAORE
                                        Federal Public Defender, Interim
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        lafonda_traore@fd.org
                                        Attorney for Defendant