# ATTACHMENT

## *United States v. Snisky,*
## Case No. 13-cr-00473-RM

# VOZAR APPRAISAL SERVICE INC
## REAL ESTATE APPRAISERS

2000010381
File No. 13-0261

APPRAISAL OF



**A SINGLE FAMILY RESIDENCE**

LOCATED AT:

**7547 Sunnyvale Ct.**
Mequon, WI 53092-1800

FOR:

**Pyramax Bank**
7001 W. Edgerton Avenue, Suite 101
Greenfield, WI 53220

BORROWER:

**Raymond Snisky**

AS OF:

**April 10, 2013**

BY:

**John S. Burow**
Wisconsin Certified Residential Appraiser #145-9

## VOZAR APPRAISAL SERVICE INC
### REAL ESTATE APPRAISERS

2000010381
File No. 13-0261

April 12, 2013

**Pyramax Bank**
7001 W. Edgerton Avenue, Suite 101
Greenfield, WI 53220

File Number: 13-0261

**Dear Sir / Madam:**

In accordance with your request, I have appraised the real property at:

**7547 Sunnyvale Ct.**
Mequon, WI 53092-1800

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of April 10, 2013                    is:

**$625,000**
Six Hundred Twenty-Five Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

**Sincerely,**

John S. Burow
Wisconsin Certified Residential Appraiser #145-9

**VOZAR APPRAISAL SERVICE INC**

2000010381

## Uniform Residential Appraisal Report

File No. 13-0261

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address 7547 Sunnyvale Ct. | City Mequon   State WI   Zip Code 53092-1800 |
| Borrower Raymond Snisky | Owner of Public Record Raymond Snisky   County Ozaukee |

Legal Description 0886631 part NW SW 1.50 acs comm 368' E & 30' S of NW cor being #3205 csm lot 2 vol 22/338 sec 22 T9 R 21.

Assessor's Parcel # 140221001800 Tax Year 2012 R.E. Taxes $ 8,435

Neighborhood Name CSM 3205 Map Reference N/A Census Tract 6602.02

Occupant [X] Owner [ ] Tenant [ ] Vacant Special Assessments $ 159 [ ] PUD HOA$ 0 [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [X] Refinance Transaction [ ] Other (describe)

Lender/Client Pyramax Bank Address 7001 W. Edgerton Avenue, Suite 101, Greenfield, WI 53220

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s). The subject is not currently offered for sale.

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ Date of Contract Is the property the owner of public record? [ ] Yes [ ] No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|
| Location | Urban | [X] Suburban [ ] Rural | Property Values | [ ] Increasing [X] Stable [ ] Declining | | PRICE | AGE | One-Unit 60 % |
| Built-Up | [ ] Over 75% | [X] 25-75% [ ] Under 25% | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | | $(000) | (yrs) | 2-4 Unit % |
| Growth | [ ] Rapid | [X] Stable [ ] Slow | Marketing Time | [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | 400 Low | 10 | Multi-Family % |

Neighborhood Boundaries Neighborhood boundaries are Highland Road north, River Road east, | | | 700 High | 70 | Commercial 5 %

Mequon Road south and the Menomonee River west. | | | 500 Pred. | 12 | Other Agric 35 %

Neighborhood Description The subject is located in an established area of primarily residential properties in the western part of Mequon. Mequon Road south and the Menomonee River west. Wauwatosa Road, a north-south arterial is just west and provides linkage to area conveniences. Commercial/retail areas are within 1 mile along Mequon Road. Mequon area schools are within 1 mile.

Market Conditions (including support for the above conclusions) Conventional financing is available with little seller concessions. Marketing time for this area is generally three to six months. Current market conditions indicate that there is an adequate supply of available listings. Overall the property values are considered stable.

| | | | |
|---|---|---|---|
| Dimensions Irregular | Area 1.5 ac | Shape Irregular | View N;Res; |

Specific Zoning Classification R-2B Zoning Description Residential

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities | Public | Other (describe) | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] Private well | Street Asphalt | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | Alley None | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No FEMA Flood Zone X FEMA Map # 55089C0232F FEMA Map Date 12/04/2007

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe. See Attached Addendum

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION materials/condition | INTERIOR materials/condition |
|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [ ] Concrete Slab [ ] Crawl Space | | Foundation Walls Poured Conc/Gd | Floors Crpt/Hrdwd/Gd |
| # of Stories 1 | | [X] Full Basement [ ] Partial Basement | | Exterior Walls Brick/CemPlnk/Gd | Walls Drywall/Good |
| Type [X] Det. [ ] Att. [ ] S-Det/End Unit | | Basement Area 2474 sq. ft. | | Roof Surface Shingle/Good | Trim/Finish Stained/Good |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish 80 % | | Gutters & Downspouts Metal/Good | Bath Floor Tile/Good |
| Design (Style) Ranch | | [X] Outside Entry/Exit [X] Sump Pump | | Window Type Casement/Gd | Bath Wainscot Mod/Good |
| Year Built 2000 | | Evidence of [ ] Infestation | | Storm Sash/Insulated Double Pane/Gd | Car Storage [ ] None |
| Effective Age (Yrs) 5 Years | | [ ] Dampness [ ] Settlement | | Screens Combination/Gd | [X] Driveway # of Cars 3 |
| Attic [ ] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities WoodStove(s) #0 | Driveway Surface Concrete |
| [ ] Drop Stair [ ] Stairs | | [ ] Other Fuel Nat Gas | | [X] Fireplace(s) # 1 [ ] Fence None | [X] Garage # of Cars 3 |
| [ ] Floor [X] Scuttle | | Cooling [X] Central Air Conditioning | | [X] Patio/Deck Wd [ ] Porch None | [ ] Carport # of Cars 0 |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [ ] Pool None [X] Other WP Tub | [X] Att. [ ] Det. [ ] Built-in |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains: 7 Rooms 3 Bedrooms 2.1 Bath(s) 2,474 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). See Attached Addendum

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C3;No updates in the prior 15 years;The subject is considered to be in good condition.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe.

| | | |
|---|---|---|
| Freddie Mac Form 70 March 2005 | UAD Version 9/2011 | Produced using ACI software, 800.234.8727 www.aciweb.com | Fannie Mae Form 1004 March 2005 |
| | | Page 1 of 6 | 3304_SNIXD 09092011 |

**VOZAR APPRAISAL SERVICE INC**

2000010381

## Uniform Residential Appraisal Report

File No. 13-0261

| | | | |
|---|---|---|---|
| There are **8** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 519,000 to $ 695,000 | | | |
| There are **3** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 520,000 to $ 700,000 | | | |

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Address | 7547 Sunnyvale Ct.<br>Mequon, WI 53092-1800 | 11855 N. Sandhill Circle<br>Mequon, WI 53092-2995 | 7033 W. Overlook Ct.<br>Mequon, WI 53092-1064 | 8143 W. Knightsbridge Dr.<br>Mequon, WI 53092-3471 |
| Proximity to Subject | | 3.76 miles E | 1.52 miles N | 0.73 miles SW |
| Sale Price | $ | $ 645,000 | $ 700,000 | $ 535,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 202.89 sq. ft. | $ 166.75 sq. ft. | $ 186.61 sq. ft. |
| Data Source(s) | | WISMLS #1259804;DOM 267 | WISMLS #1235208;DOM 236 | WISMLS #1212082;DOM 383 |
| Verification Source(s) | | Listing Broker | Listing Broker | Listing Broker |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s03/13;c02/13 | 0 | s09/12;c08/12 | 0 | s08/12;c07/12 | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.5 ac | 32670 sf | 5,000 | 2.5 ac | -5,000 | 1 ac | 2,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Ranch | Ranch | | Ranch | | Colonial | 0 |
| Quality of Construction | Q3 | Q2 | -30,000 | Q3 | | Q4 | 30,000 |
| Actual Age | 13 | 7 | 0 | 11 | 0 | 15 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total 7 Bdrms 3 Baths 2.1 | Total 8 Bdrms 3 Baths 2.1 | 0 | Total 9 Bdrms 3 Baths 3.1 | -7,000 | Total 9 Bdrms 4 Baths 2.1 | 0 |
| Room Count | | | | | | | |
| Gross Living Area | 2,474 sq. ft. | 3,179 sq. ft. | -28,200 | 4,198 sq. ft. | -68,960 | 2,867 sq. ft. | -15,720 |
| Basement & Finished | 2474sf1979sfin | 3179sf462sfin | 0 | 4198sf1200sfwo | -5,000 | 1400sf500sfin | 0 |
| Rooms Below Grade | 1rr0br1,0ba2o | 1rr0br1,0ba0o | 30,000 | 1rr1br1,0ba2o | -1,000 | 1rr0br0,1ba0o | 50,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Gas FWA C/Air | Gas FWA C/Air | | Gas FWA C/Air | | Gas FWA C/Air | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3 Car Garage | 2 Car Garage | 2,000 | 3 Car Garage | | 3 Car Garage | |
| Porch/Patio/Deck | Deck | Patio | 5,000 | Deck | | Deck | |
| | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| | WP Tub | WP Tub | | WP Tub | | WP Tub | |
| | Built-ins | Built-ins | | Built-ins | | Built-ins | |
| Net Adjustment (Total) | | [+] [X]- $ | 16,200 | [+] [X]- $ | 86,960 | [X]+ [-] $ | 66,280 |
| Adjusted Sale Price | | Net Adj. -2.5% | | Net Adj. -12.4% | | Net Adj. 12.4% | |
| of Comparables | | Gross Adj. 15.5% $ 628,800 | | Gross Adj. 12.4% $ 613,040 | | Gross Adj. 18.3% $ 601,280 | |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)   MLS, Wiredata
My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)   MLS, Wiredata
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Wiredata | Wiredata | Wiredata | Wiredata |
| Effective Date of Data Source(s) | 04/10/2013 | 04/10/2013 | 04/10/2013 | 04/10/2013 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject property has not sold within the last three years. The comparables have not transferred within the past year of the latest sale date.

Summary of Sales Comparison Approach.   Adjusted sales range from $601,280 to $628,800. Sales #1 & #2 are most similar, ranch style homes with finished and partially exposed basements. Sale #1 has walnut flooring, built-in cabinetry and limestone counter-tops. Sale #3 has minimal basement finish. Sale #1 occurred most recently and is given greatest consideration. The lack of sales prompted the use of older sales and sales of different style homes as well as sales some distance from the subject.

Indicated Value by Sales Comparison Approach $ 625,000

Indicated Value by: Sales Comparison Approach $ 625,000     Cost Approach (if developed) $ 0     Income Approach (if developed) $ 0
Final value estimate for the subject property is $625,000. Due to the lack of investor interest in single family homes, the income approach is deemed not applicable. I have not performed any appraisal services on the subject property in the 36 months prior to the effective date of this appraisal.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 625,000 as of 04/10/2013 , which is the date of inspection and the effective date of this appraisal.

**VOZAR APPRAISAL SERVICE INC**

2000010381

Uniform Residential Appraisal Report

File No. 13-0261

This report is not a home inspection. The appraiser has made a visual inspection of accessible areas and has reported the visual results. This appraisal cannot be relied upon to disclose hidden conditions or defects in the property.
Pictures used in this report are the appraisers original images unless otherwise stated.

I have considered relevant competitive listings/contract offerings in performing this appraisal, and any trend indicated by that data is supported by the listing/offering information included in this report.

Property data pertaining to the comparable sales used in this report was accessed from MLS listings and municipal files when available. This data is considered reliable but not guaranteed.

The exposure time for the subject property is estimated to be 180 days based on a review of neighboring sales and listings.

This appraisal assignment was accepted and completed free from any requested minimum or specific value estimate.

This appraisal was prepared in compliance with the Uniform Standards of Professional Appraisal Practice.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   The Cost Approach is not deemed applicable due to age of improvements.

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ............................................ = $ | |
|---|---|---|
| Source of cost data | Dwelling            Sq. Ft. @ $            .............. = $ | 0 |
| Quality rating from cost service            Effective date of cost data | Sq. Ft. @ $            .............. = $ | 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Garage/Carport       Sq. Ft. @ $            .............. = $ | |
| | Total Estimate of Cost-New            .............. = $ | 0 |
| | Less  70  Physical | Functional | External | |
| | Depreciation            = $ ( | 0) |
| | Depreciated Cost of Improvements ............... = $ | 0 |
| | "As-is" Value of Site Improvements ............... = $ | |
| Estimated Remaining Economic Life (HUD and VA only)       65  Years | INDICATED VALUE BY COST APPROACH ............... = $ | 0 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $            0  X Gross Rent Multiplier            = $            0  Indicated Value by Income Approach | |
|---|---|
| Summary of Income Approach (including support for market rent and GRM)   The Income Approach is not deemed applicable in single family valuation. | |

### PROJECT INFORMATION FOR PUDs (if applicable)

| Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached |
|---|
| Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit. |
| Legal name of project |
| Total number of phases            Total number of units            Total number of units sold |
| Total number of units rented            Total number of units for sale            Data source(s) |
| Was the project created by the conversion of an existing building(s) into a PUD? ☐ Yes ☐ No   If Yes, date of conversion. |
| Does the project contain any multi-dwelling units? ☐ Yes ☐ No   Data source(s) |
| Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No   If No, describe the status of completion. |
| Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No   If Yes, describe the rental terms and options. |
| Describe common elements and recreational facilities. |

**VOZAR APPRAISAL SERVICE INC**

2000010381

Uniform Residential Appraisal Report

File No. 13-0261

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.   The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.   The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.   The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.   The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.   The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.   The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**VOZAR APPRAISAL SERVICE INC**

2000010381

Uniform Residential Appraisal Report

File No. 13-0261

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

**VOZAR APPRAISAL SERVICE INC**

Uniform Residential Appraisal Report

2000010381
File No. 13-0261

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name John S. Burow | Name Paul R. Vozar, CRA, CA-S |
| Company Name Vozar Appraisal Service, Inc. | Company Name Vozar Appraisal Service, Inc. |
| Company Address 10909 W. Greenfield Avenue | Company Address 10909 W. Greenfield Avenue |
| Suite 206 West Allis, WI 53214 | Suite 206 West Allis, WI 53214 |
| Telephone Number (414) 258-9989 | Telephone Number (414) 258-9989 |
| Email Address office@vozarappraisal.com | Email Address office@vozarappraisal.com |
| Date of Signature and Report 04/12/2013 | Date of Signature 04/12/2013 |
| Effective Date of Appraisal 04/10/2013 | State Certification # 196-9 |
| State Certification # 145-9 | or State License # |
| or State License # | State WI |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License 12/14/2013 |
| State WI | Wisconsin Certified Residential Appraiser #196-9 |
| Expiration Date of Certification or License 12/14/2013 | |
| Wisconsin Certified Residential Appraiser #145-9 | |
| ADDRESS OF PROPERTY APPRAISED | SUBJECT PROPERTY |
| 7547 Sunnyvale Ct. | [X] Did not inspect subject property |
| Mequon, WI  53092-1800 | [ ] Did inspect exterior of subject property from street |
| | Date of Inspection _____ |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 625,000 | [ ] Did inspect interior and exterior of subject property |
| | Date of Inspection _____ |
| LENDER/CLIENT | |
| Name No AMC | COMPARABLE SALES |
| Company Name Pyramax Bank | [X] Did not inspect exterior of comparable sales from street |
| Company Address 7001 W. Edgerton Avenue | [ ] Did inspect exterior of comparable sales from street |
| Suite 101 Greenfield, WI 53220 | Date of Inspection _____ |
| Email Address | |

Freddie Mac Form 70 March 2005          UAD Version 9/2011          Produced using ACI software, 800.234.8727 www.aciweb.com          Fannie Mae Form 1004 March 2005
Page 6 of 6          1004_65UAD49002011

Vozar Appraisal Service

**VOZAR APPRAISAL SERVICE INC**

2000010381

## Uniform Residential Appraisal Report

File No. 13-0261

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 7547 Sunnyvale Ct.<br>Mequon, WI 53092-1800 | 7917 W. Kensington Drive<br>Mequon, WI 53092-3485 | | | | | |
| Proximity to Subject | | 0.74 miles SSW | | | | | |
| Sale Price | $ | $ 524,900 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 195.35 sq. ft. | | sq. ft. | | sq. ft. | |
| Data Source(s) | | WISMLS #1292993;DOM 63 | | | | | |
| Verification Source(s) | | Listing Broker | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | Listing | | | | | |
| Concessions | | ; | | | | | |
| Date of Sale/Time | N;Res; | Active | -36,743 | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 1.5 ac | 29970 sf | 5,000 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | Ranch | Cape Cod | 0 | | | | |
| Quality of Construction | Q3 | Q4 | 30,000 | | | | |
| Actual Age | 13 | 18 | 0 | | | | |
| Condition | C3 | C4 | 30,000 | | | | |
| Above Grade | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 7 | 3 | 2.1 | 9 | 3 | 3.1 | -7,000 | | | |
| Gross Living Area | 2,474 sq. ft. | 2,687 sq. ft. | -8,520 | sq. ft. | | sq. ft. | |
| Basement & Finished | 2474sf1979sfin | 2000sf800sfin | 0 | | | | |
| Rooms Below Grade | 1rr0br1.0ba2o | 1rr0br0.0ba0o | 60,000 | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Gas FWA C/Air | Gas FWA C/Air | | | | | |
| Energy Efficient Items | None | None | | | | | |
| Garage/Carport | 3 Car Garage | 2 Car Garage | 2,000 | | | | |
| Porch/Patio/Deck | Deck | Deck | | | | | |
| | 1 Fireplace | 1 Fireplace | | | | | |
| | WP Tub | None | 2,000 | | | | |
| | Built-ins | Built-ins | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 76,737 | ☒ + ☐ - | $ 0 | ☒ + ☐ - | $ 0 |
| Adjusted Sale Price | | Net Adj. 14.6% | | Net Adj. 0.0% | | Net Adj. 0.0% | |
| of Comparables | | Gross Adj. 34.5% $ 601,637 | | Gross Adj. 0.0% $ 0 | | Gross Adj. 0.0% $ 0 |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Wiredata | Wiredata | | |
| Effective Date of Data Source(s) | 04/10/2013 | 04/10/2013 | | |

Summary of Sales Comparison Approach   Comparable #4 is an active listing adjusted in accordance with the prevailing list to sale price ratio. The home has minimal basement finish and did not have any updating.

**VOZAR APPRAISAL SERVICE INC**

2000010381

Uniform Appraisal Dataset Definitions

File No. 13-0261

---

Condition Ratings and Definitions

C1    The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2    The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

C3    The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

C4    The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

C5    The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

C6    The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

---

**Quality Ratings and Definitions**

Q1    Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2    Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Q3    Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4    Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5    Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6    Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

---

**Definitions of Not Updated, Updated, and Remodeled**

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.
Residential properties of fifteen years of age or less often reflect an original condition with no updating. If no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

---

**Explanation of Bathroom Count**

The number of full and half baths is reported by separating the two values by a period. The full bath count is represented to the left of the period. The half bath count is represented to the right of the period.  Three-quarter baths are to be counted as a full bath in all cases. Quarter baths (baths that feature only toilet) are not to be included in the bathroom count.

**VOZAR APPRAISAL SERVICE INC**

2000010381

## Uniform Appraisal Dataset Definitions

File No. 13-0261

### Abbreviations Used In Data Standardization Text

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---------|-----------|-------------------|---------|-----------|-------------------|
| ac | Acres | Area, Site | Mtn | Mountain View | View |
| AdjPrk | Adjacent to Park | Location | N | Neutral | Location & View |
| AdjPwr | Adjacent to Power Lines | Location | NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| A | Adverse | Location & View | BsyRd | Busy Road | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions | o | Other | Basement & Finished Rooms Below Grade |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade | Prk | Park View | View |
| br | Bedroom | Basement & Finished Rooms Below Grade | Pstrl | Pastoral View | View |
| B | Beneficial | Location & View | PwrLn | Power Lines | View |
| Cash | Cash | Sale or Financing Concessions | PubTrn | Public Transportation | Location |
| CtySky | City View Skyline View | View | rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| CtyStr | City Street View | View | Relo | Relocation Sale | Sale or Financing Concessions |
| Comm | Commercial Influence | Location | REO | REO Sale | Sale or Financing Concessions |
| c | Contracted Date | Date of Sale/Time | Res | Residential | Location & View |
| Conv | Conventional | Sale or Financing Concessions | RH | USDA –Rural Housing | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions | s | Settlement Date | Date of Sale/Time |
| DOM | Days On Market | Data Sources | Short | Short Sale | Sale or Financing Concessions |
| e | Expiration Date | Date of Sale/Time | sf | Square Feet | Area, Site, Basement |
| Estate | Estate Sale | Sale or Financing Concessions | sqm | Square Meters | Area, Site, Basement |
| FHA | Federal Housing Authority | Sale or Financing Concessions | Unk | Unknown | Date of Sale/Time |
| GlfCse | Golf Course | Location | VA | Veterans Administration | Sale or Financing Concessions |
| Glfvw | Golf Course View | View | w | Withdrawn Date | Date of Sale/Time |
| Ind | Industrial | Location & View | wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade | wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location | WtrFr | Water Frontage | Location |
| LtdSght | Limited Sight | View | Wtr | Water View | View |
| Listing | Listing | Sale or Financing Concessions | Woods | Woods View | View |

### Other Appraiser-Defined Abbreviations

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---------|-----------|-------------------|---------|-----------|-------------------|
| Avg | Average | Improvements, Grid | | | |
| Con | Concrete | Improvements, Grid | | | |
| Ingrnd | Inground | Grid | | | |
| C1-6 | Condition | Improvements, Grid | | | |
| Q1-6 | Quality | Improvements, Grid | | | |
| Res | Residential | Neighborhood, Grid | | | |
| Agric. | Agricultural | Neighborhood | | | |
| Shke | Cedar Shake | Improvements | | | |

**ADDENDUM**

| | |
|---|---|
| Borrower: Raymond Snisky | File No.: 13-0261 |
| Property Address: 7547 Sunnyvale Ct. | Case No.: 2000010381 |
| City: Mequon | State: WI   Zip: 53092-1800 |
| Lender: Pyramax Bank | |

**Site Comments**
Without the aid of a current survey or a professionals environmental analysis of the site it is impossible to ascertain the presence of easements, encroachments or surface or sub-surface contaminants. Under the current zoning with no demand for an alternative use the subjects current use is considered to be highest and best. A portion of Sunnyvale Ct. appears to encroach on the subject site. It is assumed the well is in good working order but no well test was given to appraiser.

**Additional Features**
Steel beam and column support with 2 x 10 joists. There are 100 and 200 amp electrical services and a 50 gallon gas water heater. Good quality basement finish with a rec room area, media room with kitchen facilities, full bath and a fitness area.

**VOZAR APPRAISAL SERVICE INC**

2000010381

Market Conditions Addendum to the Appraisal Report    File No. 13-0261

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 7547 Sunnyvale Ct.    City Mequon    State WI    Zip Code 53092-1800

Borrower Raymond Snisky

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 25 | 12 | 13 | Increasing | Stable | [X] Declining |
| Absorption Rate (Total Sales/Months) | 4.17 | 4.00 | 4.33 | Increasing | [X] Stable | Declining |
| Total # of Comparable Active Listings | 60 | 40 | 58 | Declining | [X] Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 14.39 | 10.00 | 13.39 | Declining | [X] Stable | Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 655,000 | 760,125 | 825,000 | [X] Increasing | Stable | Declining |
| Median Comparable Sales Days on Market | 138 | 137 | 155 | Declining | [X] Stable | Increasing |
| Median Comparable List Price | 899,900 | 887,000 | 859,500 | Increasing | Stable | [X] Declining |
| Median Comparable Listings Days on Market | 232 | 233 | 66 | [X] Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 94.00% | 92.00% | 93.00% | Increasing | [X] Stable | Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | Yes | [X] No | | Declining | [X] Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).
Seller concessions are limited to minor closing cost contributions.

Are foreclosure sales (REO sales) a factor in the market?  Yes  [X] No    If yes, explain (including the trends in listings and sales of foreclosed properties).
There are a few foreclosures in this area but the number is not significant enough to affect values.

Cite data sources for above information.  MLS.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The subjects market is considered to be stable. The median sale price shows an increase but it is based on a small sampling where 1 or 2 sales and skew the result. The above number of sales and listings as well as the sale and list prices may not match those found at the top of page 2 of the URAR 1004 form. The above numbers include all properties within a specific area while the numbers on top of page 2 represent comparable properties.

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?  Yes  No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

**APPRAISER**

Signature

Name John S. Burow

Company Name Vozar Appraisal Service, Inc.

Company Address 10909 W. Greenfield Avenue, Suite 206

West Allis, WI 53214

State License/Certification # 145-9    State WI

Email Address office@vozarappraisal.com

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature

Name Paul R. Vozar, CRA, CA-S

Company Name Vozar Appraisal Service, Inc.

Company Address 10909 W. Greenfield Avenue, Suite 206

West Allis, WI 53214

State License/Certification # 196-9    State WI

Email Address office@vozarappraisal.com

DIMENSION LIST ADDENDUM

| | |
|---|---|
| Borrower: Raymond Snisky | File No.: 13-0261 |
| Property Address: 7547 Sunnyvale Ct. | Case No.: 2000010381 |
| City: Mequon | State: WI | Zip: 53092-1800 |
| Lender: Pyramax Bank | |

| GROSS BUILDING AREA (GBA) | 2,474 |
|---|---|
| GROSS LIVING AREA (GLA) | 2,474 |

| Area(s) | Area | % of GLA | % of GBA |
|---|---|---|---|
| Living | 2,474 | | 100.00 |
| Level 1 | 2,474 | 100.00 | 100.00 |
| Level 2 | | | |
| Level 3 | | | |
| Other | | | |

| | GBA | | |
|---|---|---|---|
| Basement | ☐ | 2,474 | |
| Garage | ☐ | | |
| | ☐ | | |

### Area Measurements

| Measurements | | Factor | | Total |
|---|---|---|---|---|
| 34.50 x 38.50 | x | 1 | = | 1,328.25 |
| 7.00 x 31.00 | x | 1 | = | 217.00 |
| 13.50 x 36.00 | x | 1 | = | 486.00 |
| 10.50 x 28.00 | x | 1 | = | 294.00 |
| 8.50 x 14.00 | x | 1 | = | 119.00 |
| 2.50 x 12.00 | x | 1 | = | 30.00 |

### Area Type

| Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
|---|---|---|---|---|---|
| X | ☐ | ☐ | ☐ | X | ☐ |
| X | ☐ | ☐ | ☐ | X | ☐ |
| X | ☐ | ☐ | ☐ | X | ☐ |
| X | ☐ | ☐ | ☐ | X | ☐ |
| X | ☐ | ☐ | ☐ | X | ☐ |
| X | ☐ | ☐ | ☐ | X | ☐ |

SUBJECT PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Borrower: Raymond Snisky | File No.: 13-0261 | |
| Property Address: 7547 Sunnyvale Ct. | Case No.: 2000010381 | |
| City: Mequon | State: WI | Zip: 53092-1800 |
| Lender: Pyramax Bank | | |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: April 10, 2013
Appraised Value: $ 625,000



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

INTERIOR PHOTOS

| Borrower: Raymond Snisky | | File No.: 13-0261 | |
|---|---|---|---|
| Property Address: 7547 Sunnyvale Ct. | | Case No.: 2000010381 | |
| City: Mequon | State: WI | | Zip: 53092-1800 |
| Lender: Pyramax Bank | | | |



Kitchen

Comment:



Living Area

Description:

Comment:



Bathroom

Description:
Family Bath

Comment:

BATHROOM PHOTOS

| | |
|---|---|
| Borrower: Raymond Snisky | File No.: 13-0261 |
| Property Address: 7547 Sunnyvale Ct. | Case No.: 2000010381 |
| City: Mequon | State: WI | Zip: 53092-1800 |
| Lender: Pyramax Bank | |



Half Bath

Comment:



Master Bath

Comment:



Comment:

INTERIOR PHOTOS

| Borrower: Raymond Snisky | | File No.: 13-0261 |
| Property Address: 7547 Sunnyvale Ct. | | Case No.: 2000010381 |
| City: Mequon | State: WI | Zip: 53092-1800 |
| Lender: Pyramax Bank | | |



Den

Comment:



Dining Room

Comment:



Bedroom

Comment:

INTERIOR PHOTOS

| | |
|---|---|
| Borrower: Raymond Snisky | File No.: 13-0261 |
| Property Address: 7547 Sunnyvale Ct. | Case No.: 2000010381 |
| City: Mequon | State: WI | Zip: 53092-1800 |
| Lender: Pyramax Bank | |



Bedroom

Comment:



Bedroom

Comment:



Basement Finished Area

Comment:

INTERIOR PHOTOS

| Borrower: Raymond Snisky | | File No.: 13-0261 |
|---|---|---|
| Property Address: 7547 Sunnyvale Ct. | | Case No.: 2000010381 |
| City: Mequon | State: WI | Zip: 53092-1800 |
| Lender: Pyramax Bank | | |



Basement Finished Area

Comment:



Basement Finished Area

Comment:



Basement Finished Area

Comment:

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: Raymond Snisky | File No.: 13-0261 |
| Property Address: 7547 Sunnyvale Ct. | Case No.: 2000010381 |
| City: Mequon | State: WI | Zip: 53092-1800 |
| Lender: Pyramax Bank | |



COMPARABLE SALE #1

11855 N. Sandhill Circle
Mequon, WI 53092-2995
Sale Date: s03/13;c02/13
Sale Price: $ 645,000



COMPARABLE SALE #2

7033 W. Overlook Ct.
Mequon, WI 53092-1064
Sale Date: s09/12;c08/12
Sale Price: $ 700,000



COMPARABLE SALE #3

8143 W. Knightsbridge Dr.
Mequon, WI 53092-3471
Sale Date: s08/12;c07/12
Sale Price: $ 535,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: Raymond Snisky | File No.: 13-0261 |
| Property Address: 7547 Sunnyvale Ct. | Case No.: 2000010381 |
| City: Mequon | State: WI   Zip: 53092-1800 |
| Lender: Pyramax Bank | |



COMPARABLE SALE #4

7917 W. Kensington Drive
Mequon, WI 53092-3485
Sale Date: Active
Sale Price: $ 524,900



COMPARABLE SALE #5

Sale Date:
Sale Price: $



COMPARABLE SALE #6

Sale Date:
Sale Price: $

FLOORPLAN SKETCH

| | |
|---|---|
| Borrower: Raymond Snisky | File No.: 13-0261 |
| Property Address: 7547 Sunnyvale Ct. | Case No.: 2000010381 |
| City: Mequon | State: WI | Zip: 53092-1800 |
| Lender: Pyramax Bank | |



PLAT MAP

| Borrower: Raymond Snisky | File No.: 13-0261 |
|---|---|
| Property Address: 7547 Sunnyvale Ct. | Case No.: 2000010381 |
| City: Mequon | State: WI | Zip: 53092-1800 |
| Lender: Pyramax Bank | |



LOCATION MAP

| Borrower: Raymond Snisky | | File No.: 13-0261 | |
| Property Address: 7547 Sunnyvale Ct. | | Case No.: 2000010381 | |
| City: Mequon | | State: WI | Zip: 53092-1800 |
| Lender: Pyramax Bank | | | |



Comparable Sale 2
7033 W. Overlook Ct.
Mequon, WI 53092
(1.52 miles N)

Subject
7547 Sunnyvale Ct.
Mequon, WI 53092

Comparable Sale 1
11855 N. Sandhill Circle
Mequon, WI 53092
(3.76 miles E)

Comparable Sale 4
7917 W. Kensington Dr.
Mequon, WI 53097
(0.74 miles SSW)

Comparable Sale 3
8143 W. Knightsbridge Dr.
Mequon, WI 53097
(0.73 miles SW)

10909 W. Greenfield Avenue, West Allis, WI 53214 Phone (414)258-9989 Fax (414)258-0982

### FLOOD MAP

| | |
|---|---|
| Borrower: Raymond Snisky | File No.: 13-0261 |
| Property Address: 7547 Sunnyvale Ct. | Case No.: 2000010381 |
| City: Mequon | State: WI | Zip: 53092-1800 |
| Lender: Pyramax Bank | |



**Subject**
**7547 Sunnyvale Ct.**
**Mequon, WI  53092-1800**

**FloodMap Legend**

Flood Zones

- Areas inundated by 500-year flooding
- Areas outside of the 100- and 500-year floodplains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazards
- Areas not mapped on any published FIRM

**Flood Information**

Community: 555564 - MEQUON, CITY OF
Property is not in a FEMA special flood hazard area.
Map Number: 55089C0232F    Map Date: 12/04/2007
Panel: 0232F                FIPS: 55089
Zone: X

Neither Transamerica Flood Hazard Certification (TFHC) nor ACI make any representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose. Neither TFHC nor ACI nor the seller of this flood report shall have any liability to any third party for any use or misuse of this flood report.

10909 W. Greenfield Avenue, West Allis, WI 53214 Phone (414)258-9989 Fax (414)258-0982

## APPRAISER'S LICENSE

| | |
|---|---|
| Borrower: Raymond Snisky | File No.: 13-0261 |
| Property Address: 7547 Sunnyvale Ct. | Case No.: 2000010381 |
| City: Mequon | State: WI    Zip: 53092-1800 |
| Lender: Pyramax Bank | |



## State of Wisconsin
## Department of Safety and Professional Services

### CERTIFIED RESIDENTIAL APPRAISER

#### JOHN S BUROW

# HALES CORNERS, WI 53130

The person whose name appears on this document has complied with the provisions of the Wisconsin Statutes and holds the credential specified.

Credential No. 145-9                     Expiration Date: 12/14/2013

To verify the current status of this credential, use "Lookup a License" at dsps.wi.gov.

 **State of Wisconsin**
Department of Safety and Professional Services
Committed to Equal Opportunity in Employment and Licensing

**CERTIFIED RESIDENTIAL APPRAISER**

No. 145-9                     Expires: 12/14/2013
JOHN S BUROW
JOHN BUROW
12210 N RIDGE TRL
HALES CORNERS WI 53130
UNITED STATES

The person whose name appears on this document has complied with the provisions of the Wisconsin Statutes and holds the credential specified on the front of this card. To verify the current status of this credential, use "Lookup a License" at dsps.wi.gov.

Ch 440.11, Wis Statutes, requires you to notify the Department of a name or address change within 30 days. Please submit corrected information via the web at dsps.wi.gov or by mail to DSPS at PO Box 8935, Madison WI 53708-8935.

### SUPERVISORY APPRAISER'S LICENSE

| | | |
|---|---|---|
| Borrower: Raymond Snisky | | File No.: 13-0261 |
| Property Address: 7547 Sunnyvale Ct. | | Case No.: 2000010381 |
| City: Mequon | State: WI | Zip: 53092-1800 |
| Lender: Pyramax Bank | | |



# State of Wisconsin
## Department of Safety and Professional Services

### CERTIFIED RESIDENTIAL APPRAISER

#### PAUL R VOZAR

# WEST ALLIS, WI 53214

The person whose name appears on this document has complied with the provisions of the Wisconsin Statutes and holds the credential specified.

Credential No. 196-9                                   Expiration Date: 12/14/2013

To verify the current status of this credential, use "Lookup a License" at dsps.wi.gov

---

 **State of Wisconsin**
Department of Safety and Professional Services
Committed to Equal Opportunity in Employment and Licensing

**CERTIFIED RESIDENTIAL APPRAISER**

No. 196-9                       Expires: 12/14/2013
PAUL R VOZAR
PAUL VOZAR
10909 W GREENFIELD AVE
WEST ALLIS  WI 53214
UNITED STATES

The person whose name appears on this document has complied with the provisions of the Wisconsin Statutes and holds the credential specified on the front of this card. To verify the current status of this credential, use "Lookup a License" at dsps.wi.gov.

Ch 440.11, Wis Statutes, requires you to notify the Department of a name or address change within 30 days. Please submit corrected information via the web at dsps.wi.gov or by mail to DSPS at PO Box 8935, Madison WI 53708-8935.

---

10909 W. Greenfield Avenue, West Allis, WI 53214 Phone (414)258-9989 Fax (414)258-0982

**VOZAR APPRAISAL SERVICE INC**
REAL ESTATE APPRAISERS

2000010381
File No. 13-0261

********* INVOICE *********

File Number: 13-0261

Pyramax Bank
7001 W. Edgerton Avenue, Suite 101
Greenfield, WI 53220

Borrower :       Raymond Snisky

Invoice # :
Order Date :        03/27/2013
Reference/Case # :   2000010381
PO Number :

7547 Sunnyvale Ct.
Mequon, WI  53092-1800

| | | |
|---|---|---|
| **Appraisal Fee** | $ | 375.00 |
| | $ | |
| Invoice Total | $ | 375.00 |
| State Sales Tax @ | $ | 0.00 |
| Deposit | ($ | ) |
| Deposit | ($ | ) |
| Amount Due | $ | 375.00 |

Terms:

Please Make Check Payable To:

VOZAR APPRAISAL SERVICE INC
10909 W. Greenfield Avenue, Suite 206
West Allis, WI  53214

Fed. I.D. #: 39-1671586