IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    GARY SNISKY,

        Defendant.

_____

GOVERNMENT'S RESPONSE RE MOTION TO ALLOW RE-SUBORDINATION
OF SECURITY PREVIOUSLY POSTED AS CONDITION OF BOND [#33]
_____

The UNITED STATES OF AMERICA, by and through John F. Walsh, United States Attorney for the District of Colorado, and Pegeen D. Rhyne, Assistant United States Attorney, hereby files the Government's Response re Motion to Allow Re-Subordination of Security Previously Posted as Condition of Bond [#33].

Because the government was not involved in the process of reviewing the paperwork and approving the property bond that was issued in this case, the government is not in a position to know whether the re-subordination requested by defendant Snisky jeopardizes the security of the Court's current bond.  Accordingly, the government takes no position as to whether the Court should grant this request.


                                                  JOHN F. WALSH
                                                  United States Attorney

                                                  By:*Pegeen D. Rhyne*

PEGEEN D. RHYNE
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov
Attorney for Government

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify on this 12th day of March, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Robert William Pepin**
Office of the Federal Public Defender
Email: Robert_Pepin@fd.org

Michelle Means
United States Probation Officer
Michelle_Means@cod.uscourts.gov

                                                      s/___Deborah Sisung_____
                                                      DEBORAH SISUNG
                                                      Legal Assistant
                                                      Assistant United States Attorneys Office
                                                     1225 17th Street, 7th Floor
                                                     Denver, CO 80202
                                                     Phone: (303) 454-0100
                                                     Fax: (303) 454-0402
                                                     E-Mail:deborah.sisung@usdoj.gov