IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GARY SNISKY,

    Defendant.

_____

### ORDER SETTING HEARING
_____

    It is ORDERED that a hearing on Defendant's Unopposed Motion to Continue Motions Filing and Jury Trial Dates [Docket No. 38] is set for **Friday, April 4, 2014, at 1:00 p.m.** in Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado before Judge Raymond P. Moore. Defendant's presence is required at this hearing.

    DATED this 21st day of March, 2014.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge