IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Nick Richards | Date: April 4, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.** 13-cr-00473-RM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Pegeen Denise Rhyne |
| Plaintiff, | |
| vs. | |
| **1. GARY SNISKY**, | Robert William Pepin |
| Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING**
**COURT IN SESSION: 1:30 p.m.**
Appearances of counsel.  Defendant is present and in custody.

Motion Hearing called regarding Unopposed Motion to Continue Motions Filing and Jury Trial Dates [Doc. No. 38, filed March 21, 2014].

Discussion regarding defendant's motion.

**ORDERED:**  Unopposed Motion to Continue Motions Filing and Jury Trial Dates [38] is **GRANTED** as stated on the record. The Court finds an ends of justice continuance is warranted and accordingly determines that additional excludable time under the Speedy Trial Act through January 15, 2015 is granted.

The three-week jury trial set for June 9, 2014 at 9:00 a.m. and the trial preparation conference set for May 29, 2014 at 9:00 a.m. are **VACATED** and reset to the following dates and times:

        Three-week jury trial set to commence January 12, 2015 at 9:00 a.m.

        Trial preparation conference is not set at this time.

        The following deadlines are also reset:
        Pretrial motions: May 30, 2014
        Responses: June 20, 2014.

**ORDERED:**  Bond continued.

**COURT IN RECESS: 1:50 p.m.**
**Total in court time: 00:20**
**Hearing concluded**