# ATTACHMENT

*United States v. Snisky,*
Case No. 13-cr-00473-RM-1

Stipulated Motion to Continue Sentencing re:
*United States v. Richard Greeott,*
Case No. 13-cr-00375-PAB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00375-PAB

UNITED STATES OF AMERICA

        Plaintiff,

v.

1. RICHARD GREEOTT,

        Defendant,

## STIPULATED MOTION TO CONTINUE SENTENCING

The United States of America, by and through Pegeen D. Rhyne, Assistant United States Attorney for the United States Attorney's Office for the District of Colorado (the "government"), and the defendant, Richard Greeott ("Greeott" or the "defendant"), personally and by counsel, Robert Ingram, submit this Stipulated Motion to Continue Sentencing.

On October 7, 2013, Defendant Greeott pled guilty pursuant to a cooperation plea agreement. It is anticipated that defendant Greeott will be called to testify if there is a trial in *United States v. Gary Snisky*, 13-cr-00473-RM. Currently, the trial in that case has been scheduled for June 9, 2014; however, counsel for Mr. Snisky has informed the government that he will be seeking a continuance of that trial date to a date uncertain.

Defendant Greeott is currently scheduled to be sentenced on April 7, 2014. The parties agree that defendant Greeott's sentencing should be postponed until after the trial in *United States v. Gary Snisky*, 13-cr-00473-RM so that the government has the ability to fully assess defendant Greeott's cooperation and file, if appropriate, a motion pursuant to Section 5K1.1 of the United States Sentencing Guidelines. Accordingly, the parties request that defendant Greeott's sentencing be postponed until after September 1, 2014.

JOHN F. WALSH
United States Attorney


By:*Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify on this 26th day of February, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert W. Ingram
E-Mail: Robert@ing-law.com

s/___Deborah Sisung_____
DEBORAH SISUNG
Legal Assistant
Assistant United States Attorneys Office
1225 17th Street, 7th Floor
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
E-Mail:deborah.sisung@usdoj.gov