IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00473-RM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.      GARY SNISKY,**

        Defendant.

___

### MOTION FOR BILL OF PARTICULARS
___

The defendant, Gary Snisky, respectfully requests an Order requiring the Government to provide a Bill of Particulars pursuant to Fed.R.Crim.P. 7(f) regarding Counts 1-13 in the Indictment. In support of this motion, the Mr. Snisky states as follows:

    1.    Mr. Snisky is charged in a eighteen count Indictment with mail fraud in violation of 18 U.S.C. § 1341 and executing monetary transactions in property derived from mail fraud implicating 18 U.S.C. § 1957 and 2(b).

    2.    Counsel has reviewed most of the discovery provided by the government and is, of course, familiar with the Indictment.

    3.    As it pertains to the mail fraud allegations, the Indictment claims that "For the purpose of executing the scheme described above, on or about the dates listed below, defendant SNISKY placed, and caused another to place..." mail matter into an authorized depository. The various alleged pieces of offending mail matter are then listed but there is no description, anywhere in the Indictment, as to how those pieces of mail matter forwarded the execution of the alleged scheme to defraud.

4.  "The purpose of a bill of particulars is to inform the defendant of the charge against him with sufficient precision to allow him to prepare his defense, to minimize surprise at trial, and to enable him to plead double jeopardy in the event of a later prosecution for the same offense." *United States v. Dunn*, 841 F.2d 1026, 1029 (10th Cir. 1988) (citation omitted); *see also* 117 F.3d 1197, 1205 (10th Cir. 1997) (indictment must be sufficiently particularized to enable Defendant later to assert a double jeopardy defense). "It is axiomatic that a criminal Defendant should be given enough information about the offense charged so that he may prepare adequately for trial." *See United States v. Rogers*, 617 F.Supp 1024, 1027 (D. Colo. 1985). A bill of particulars may be ordered "[to] more specifically define the charge set forth in the indictment, so that the Defendant is apprised of the charges against him with sufficient clarity in order to allow him the opportunity to prepare his defense and to obviate prejudicial surprise to the Defendant at trial." A Defendant's request for a bill of particulars should be granted if it is necessary that the "Defendant have the particulars sought in order to prepare his defense and in order that prejudicial surprise will be avoided." *Id.*  The Court has broad discretion in ruling on a motion for a bill of particulars. *Id.* at 1026.

WHEREFORE, Gary Snisky and his counsel requests an Order requiring the Government to provide a Bill of Particulars pursuant to Fed.R.Crim.P. 7(f) regarding Counts 1-13 in the Indictment.

        Respectfully submitted,

        VIRGINIA GRADY
        Federal Public Defender, Interim


        s/ Robert W. Pepin
        ROBERT W. PEPIN
        Assistant Federal Public Defender
        633 - 17th Street, Suite 1000
        Denver, Colorado  80202
        Telephone:     (303) 294-7002
        Facsimile:      (303) 294-1192
        Robert_Pepin@fd.org
        *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2014, I electronically filed the foregoing

**MOTION FOR BILL OF PARTICULARS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Rhyne, Assistant U.S. Attorney
        pegeen.rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Gary Snisky        *(Via U.S. Mail)*

    s/ Robert W. Pepin
    ROBERT W. PEPIN
    Assistant Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, Colorado  80202
    Telephone:     (303) 294-7002
    Facsimile:     (303) 294-1192
    Robert_Pepin@fd.org
    *Attorney for Defendant*