IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GARY SNISKY,

        Defendant.

_____

**GOVERNMENT'S MOTION FOR A ONE-WEEK EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTIONS**
_____

        The UNITED STATES OF AMERICA, by and through John F. Walsh, United States Attorney for the District of Colorado, and Pegeen D. Rhyne, Assistant United States Attorney, respectfully moves this Court for a one-week extension of time to June 27, 2014, to file responses to defendant's motions.

        On May 30, 2014, defendant Snisky filed the following eight motions: (1) Motion to Suppress Statements [Doc. # 50]; (2) Motion to Strike Surplusage in Indictment [Doc. # 48]; (3) Motion to Dismiss – Duplicity [Doc. #44]; (4) Defense Motion for Expert Disclosure [Doc. # 46]; (5) Motion for Bill of Particulars [Doc. # 49]; (6) Motion for Rule 806 Impeachment Evidence [Doc. # 45]; (7) Motion for Pretrial Notice of 404(b) Evidence [Doc. # 47]; and (8) Motion for James Hearing (<u>In Limine</u> determination of admissibility of Rule 801(d)(2)(E) Statements [Doc. # 43].

        The government's responses to these eight motions are currently due June 20, 2014. The government seeks a one-week continuance of this deadline to June 27,

2014, because counsel for the government, AUSA Pegeen D. Rhyne, was in trial in *United States v. Sorensen*, 13-cr-477-RM, from June 6, 2014, through June 16, 2014, and was preparing for this trial prior to June 6, 2014.

On approximately June 5, 2014, AUSA Rhyne informed defense counsel, DFPD Robert Pepin, that she would likely be requesting additional time to respond. Mr. Pepin replied that he did not expect to object to such a request. On June 16, 2014, AUSA Rhyne sent Mr. Pepin an email asking his position on the requested one-week continuance. AUSA Rhyne has not heard back from Mr. Pepin as of the time of this filing.

JOHN F. WALSH
United States Attorney


By: *Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov
Attorney for Government

## **CERTIFICATE OF SERVICE**

   I hereby certify on this 17th day of June, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

              *s/ Solange Reigel*
              SOLANGE REIGEL
              Legal Assistant
              United States Attorney's Office
              1225 17th Street, 7th Floor
              Denver, CO 80202
              Phone: (303) 454-0100
              Fax: (303) 454-0402
              E-Mail: Solange.Reigel@usdoj.gov