IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      GARY SNISKY,

        Defendant.

---

**ORDER REGARDING GOVERNMENT'S MOTION FOR A ONE-WEEK EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTIONS**

---

        Upon consideration of the Government's Motion for a One-Week Extension of Time to File Responses to Defendant's Motions, it is

        ORDERED that such motion is granted and that the government's responses are now due June 27, 2014.

        Dated this _____ day of June, 2014, at Denver, Colorado.

                              BY THE COURT:

                              _____
                              Raymond P. Moore
                              United States District Judge