IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.     GARY SNISKY,**

       Defendant.

_____

**GOVERNMENT'S RESPONSE TO MOTION FOR RULE 806 IMPEACHMENT EVIDENCE [# 45]**

_____

THE UNITED STATES OF AMERICA, by United States Attorney John F. Walsh, through Assistant United States Attorney Pegeen D. Rhyne, hereby files its response in to the defendant's Motion for Rule 806 Impeachment Evidence. [# 45].

In his motion, the defendant requests that the Court order the government to produce impeachment evidence pursuant to Rule 806 of the Federal Rules of Evidence. The government is cognizant of its discovery obligations under Rule 806.  If the government determines that it will be offering hearsay statements pursuant to Rule 802(d)(2)(C),(D), or (E) or Rules 803, 804, or 807, the government will disclose impeachment materials relating to any such declarants as required by law.  The defendant has made no showing that a court order is necessary to have the government comply with its discovery obligations.  Accordingly, the defendant's motion should be denied.

Additionally, the government notes that, given that the core of this case relates to false statements, many statements will not be offered for the truth of the matter asserted and are, therefore, not hearsay. As such, the discovery of impeachment materials related to the speakers of such non-hearsay statements is not required.

JOHN F. WALSH

United States Attorney

By:*s/Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorneys
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov
Attorney for Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2014, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO MOTION FOR RULE 806 IMPEACHMENT EVIDENCE [# 45]** with the Clerk of the Court using the CM/ECF system which will send notification of the same to any and all counsel of record.

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Facsimile: 303-454-0409
E-mail: Solange.Reigel@usdoj.gov