IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **GARY SNISKY**,

    Defendant.

_____

### GOVERNMENT'S RESPONSE TO MOTION FOR EXPERT NOTICE [# 46]
_____

THE UNITED STATES OF AMERICA, by United States Attorney John F. Walsh, through Assistant United States Attorney Pegeen D. Rhyne, hereby files its response in to the defendant's Motion for Expert Notice. [# 46].

At this point in time, the government has not decided whether it intends to introduce any expert testimony at trial. To the extent that the government intends to proffer expert testimony, the government intends to comply with the disclosure requirements of Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and any requirements imposed by the Court based on Rule 702 of the Federal Rules of Evidence. To the extent that the defendant's motion merely requests compliance with those rules, the government does not oppose it. The government notes that once it does comply with such disclosure requirements, then the defendant's corresponding duties to disclose expert information will be triggered. *See* Fed. R. Crim. P. 16(b)(1)(C).

The government requests that the Court enter a scheduling order providing the parties with a workable schedule within which to make their expert disclosures. The government submits that it could provide its expert notice, if any, by September 22, 2014, and requests that the defendant be required to provide its expert notice by sometime in October 2014.

                                          JOHN F. WALSH
                                          United States Attorney

                                          By:*s/Pegeen D. Rhyne*
                                          PEGEEN D. RHYNE
                                          Assistant U.S. Attorneys
                                          United States Attorney's Office
                                          1225 17th Street, Suite 700
                                          Denver, Colorado 80202
                                          (303) 454-0100
                                          (303) 454-0409 (fax)
                                          Pegeen.Rhyne@usdoj.gov
                                          Attorney for Government

## CERTIFICATE OF SERVICE

       I hereby certify that on this 23rd day of June, 2014, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO MOTION FOR EXPERT NOTICE [# 46]** with the Clerk of the Court using the CM/ECF system which will send notification of the same to any and all counsel of record.

       By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Facsimile: 303-454-0409
E-mail: Solange.Reigel@usdoj.gov