IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.    GARY SNISKY**,

       Defendant.

_____

**GOVERNMENT'S RESPONSE TO MOTION FOR PRETRIAL NOTICE OF 404(b) EVIDENCE [# 47]**
_____

       THE UNITED STATES OF AMERICA, by United States Attorney John F. Walsh, through Assistant United States Attorney Pegeen D. Rhyne, responds to Motion for Pretrial Notice of 404(b) Evidence [# 47], as follows:

       On November 26, 2013, Magistrate Judge Shaffer signed a Discovery Conference Memorandum and Order [# 10] in this matter.  Pursuant to this Order, the government is already required to provide the defendant with written notice of any evidence of other crimes, wrongs, or acts it will seek to offer at trial pursuant to Rule 404(b) of the Federal Rules of Evidence no later than 21 days before trial.  [#10 at p. 4, ¶ I(C)].  If the government files such a notice, it expects to identify the relevant evidence and its theory of admissibility for such evidence in the notice.  To the extent that the defendant's motion requests a second order that the government be required to provide this notice, it is moot.

       Also, the government has already provided the defendant with copies of all memoranda documenting statements by potential witnesses as well as copies of all

documentary and other physical evidence, including evidence that would be governed by Rule 404(b). Accordingly, to the extent that the defendant's motion requests that the government produce additional evidence governed by Rule 404(b), it is also moot. Accordingly, the defendant's motion should be denied as moot.

                                  JOHN F. WALSH
                                  United States Attorney

                                  By:*s/Pegeen D. Rhyne*
                                  PEGEEN D. RHYNE
                                  Assistant U.S. Attorney
                                  1225 17th Street, Suite 700
                                  Denver, Colorado 80202
                                  (303) 454-0100
                                  (303) 454-0409 (fax)
                                  Pegeen.Rhyne@usdoj.gov
                                  Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2014, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO MOTION FOR PRETRIAL NOTICE OF 404(b) EVIDENCE [# 47]** with the Clerk of the Court using the CM/ECF system which will send notification of the same to any and all counsel of record.

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Facsimile: 303-454-0409
E-mail: Solange.Reigel@usdoj.gov