# EXHIBIT 1

00016673

11/20/2013  17:07

619-295-5976

PAGE  01/28

**AION FINANCIAL**

2860 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

# Aion Financial Fund I, LLC
## Private Placement Memorandum
## Overview

00016674

PAGE  28/28

619-295-5976

16:56

11/20/2013

# TABLE OF CONTENTS



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

| SUMMARY | |
| --- | --- |
| Executive Summary | 2 |
| Why Aion | 3 |
| **REAL ESTATE** | |
| Real Estate Process | 5 |
| Property Data | 6 |
| Property Data | 12 |
| One Page CMA | 13 |
| Comprehensive CMA | 14 |
| Profit Scenarios | 24 |
| **PROPRIETARY MODELS & TRADING** | |
| Model Example | 26 |
| Ginnie Mae | 27 |
| Bloomberg Screen Shots | 29 |
| Cash Flow Table | 32 |
| PPM Flowchart | 35 |
| Arete Ltd. | 36 |
| Third Party Administrator | 37 |
| Bloomberg | 38 |
| Contact Information | |

# EXECUTIVE SUMMARY



2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7340

The objective is to seek current income and capital appreciation while maintaining minimal Investment Fund risk. The fund will provide its Members a unique investment opportunity by pursuing within two (2) Investment Strategies generally not available to the public:

1. Real Estate acquisitions at the institutional level
2. Principal Protected Investments such as U.S. Agency Bonds or U.S. Bank Guaranteed Notes

## BULLET POINTS OF PRIVATE PLACEMENT MEMORANDUM

- $150,000,000 Maximum Offering  ( to raise in blocks )
- Minimum Offering of $500,000 (Lower or higher at Managers discretion)
- 5 Year Investment Period
- No Selling Commissions
- Managed by Aion Financial Management
- Distribution Bi-Annually

00016676

PAGE   27/28

619-295-5976

16:56

11/20/2013

## WHY AION



2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

1.  Boutique group that concentrates on our Members
2.  Members have direct access to Aion Financial management team
3.  Ability to maximize profits while minimizing risk
4.  Ability to adapt to ever changing volatile market
5.  Proprietary trading algorithms   (in house trading)
6.  Aion Financial Private Client opportunity

**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92672
OFFICE 949.679.7349

# AION FINANCIAL
# REAL ESTATE

00016677

11/20/2013   17:07

619-295-5976

PAGE   03/28

00016678

## REAL ESTATE PROCESS



**AION FINANCIAL**

2600 MICHELSON DR. 8788 IRVINE, CA 92612
OFFICE 949.679.7349

1. Inventory is provided to us by asset manager
2. Aion's real estate licensed members will immediately begin due diligence on properties looking for:
   - Clean Title
   - Neighborhood Activity
   - Comparable Properties
   - Spread (Current Market Value Price – Acquisition Price)
3. If certain values are met, Aion will purchase the property.
4. This process may have to be performed within 24 hours.
5. These properties or land are not purchased with typical Residential Purchase Agreements provided by the California Association of Realtors. Aion must use specific purchase agreements provided by the bank.
6. Transactions must be "All Cash" and "As-is" with a quick closing (10 Days)
7. Once Aion takes ownership of the property, we will immediately list, market, and resale the property to the public as a standard sale at current market value.
8. After the resale, principal and profits are transferred back into the PPM for reinvestment.

# MLS SHEET



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

---

**1551 AVENIDA SEVILLA Palm Springs 92264**                                              **334 - South End Palm Springs**

| | | | | | | |
|---|---|---|---|---|---|---|
| Status: | Active | ML#: | 21482449 | APN#: | 512210055 | List Price: $1,000,000 |
| List Dt: | 10/01/2013 | PType: | Single Family Residence(D) | $/Sqft: | $172.27 | Orig Price: $1,000,000 |



| | |
|---|---|
| Br/Ba(F,T,H,Q): | 5 / 5, 0, 1, 0 |
| Sqft (Src): | 5,805 (Public Records) |
| Ac/LotSqft (Src): | 0.55/23,958 (A) |
| Year Built: | 2007(ASR) |
| DOM/CDOM: | 9/9 |
| Map Book: | 816G2 |
| Stories: | One Level |
| HOA: | $0 |
| Units in Bldg: | 0 |
| Land Fee/Lse: | Fee |
| Garage Spcs: | |
| School Dist: | Palm Springs Unified |
| Builder's Tract: | |
| Sale Type: | Auction, Real Estate Own |
| Lse?: N  AC: Y | 55+: N  Patio: N |
| View: Y  Pool: Y | FP: Y   Horse: N |

**Description**

Views as far as your eyes can see. This contemporary constructions home is spacious with 15 foot ceilings has 5 bedrooms and 5 1/2 bathrooms.

**Directions:** Take South Palm Canyon Drive to Bogert Trail, turn left to Avenida Sevilla, turn left. the house is to the immediate right on corner.

**Features**

| | | | |
|---|---|---|---|
| Appliances: | | HOA: | |
| Common Walls: | No Common Walls | Interior Feat: | Kitchen Island, Kitchen Open to Family Room |
| Construction Mats: | | Laundry: | Inside, Individual Room |
| Cooling: | | Other Structures: | |
| Direction Faces: | North | Parking: | Driveway - Concrete, Direct Garage Access |
| Door Feat: | | Rooms: | Two Masters |
| Eat Area: | | Utilities: | |
| Floors: | | View: | Mountain |
| Heat: | | Windows: | |

---

11/7/2013                                    Aion Financial Fund I, LLC Overview                                    6

000101979

11/20/2013  17:07

619-295-5976

PAGE   04/28

00016680

PAGE 25/28

619-295-5576   16:56   11/20/2013

# TAX SHEET



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

## 1551 Avenida Sevilla, Palm Springs, CA 92264-9672, Riverside County

### Owner Information

*mortgage Red*

| | | | |
|---|---|---|---|
| Owner Name: | US Bank Na Series 2008-1 | Tax Billing City & State: | Getzville, NY |
| Mail Owner Name: | US Bank Na Series 2008-1 | Tax Billing Zip: | 14068 |
| Tax Billing Address: | 475 Crosspoint Pkwy | Tax Billing Zip+4: | 1609 |

### Location Information

| | | | |
|---|---|---|---|
| Zip Code: | 92264 | Comm College District Code: | Desert |
| Carrier Route: | C029 | TGNO: | 816-G2 |
| Tract Number: | 18087 | Census Tract: | 9405.00 |
| School District: | Palm Springs | | |

### Tax Information

| | | | |
|---|---|---|---|
| APN : | 512-210-055 | Tax Area: | 11003 |
| Alternate APN: | 512-210-055 | Lot: | 25 |
| % Improved: | 74% | Water Tax Dist: | Desert |
| Legal Description: | .55 ACRES IN LOT 25 MB 216/032 TR 18087 AM | | |

### Assessment & Tax

| Assessment Year | 2012 | 2011 | 2010 |
|---|---|---|---|
| Assessed Value - Total | $1,567,000 | $1,589,000 | $1,589,000 |
| Assessed Value - Land | $400,000 | $460,000 | $460,000 |
| Assessed Value - Improved | $1,167,000 | $1,129,000 | $1,129,000 |
| YOY Assessed Change ($) | -$22,000 | $0 | |
| YOY Assessed Change (%) | -1.38% | 0% | |

| Tax Year | Total Tax | YOY Tax Change ($) | YOY Tax Change (%) |
|---|---|---|---|
| 2010 | $19,723 | | |
| 2011 | $19,280 | -$444 | -2.25% |
| 2012 | $19,175 | -$104 | -0.54% |

| Special Assessment | Tax Amount |
|---|---|
| City Of Palm Springs Sewer Chr | $144.00 |

11/7/2013                    Aion Financial Fund I, LLC Overview                    7

# TRUST DEED DOC



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

ServiceLink

WHEN RECORDED MAIL TO:

**BANK OF AMERICA, N.A.**
**475 CROSSPOINT PARKWAY**
**GETZVILLE NY 14068**

TRA #   011003
Trust No. J212122-03

DOC # 2012-0094991
03/02/2012 10:32 AM Fees: $18.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: YSEGURA

MAIL TAX STATEMENT TO:

Same as above

4000 23421

Space Above This Line For Recorder
Documentary Transfer Tax $.00
X Grantee was/was not the foreclosing beneficiary.
consideration $1,450,000.00
unpaid debt $2,095,289.81
non exempt amount $
__Computed on the consideration or value of
property conveyed.
__Computed on the consideration of value less
liens or encumbrances remaining at time of sale.

Signature of Declarant or Agent
AP# 512-210-055-1              **Kolette Modlin**

## TRUSTEE'S DEED UPON SALE

**CAL-WESTERN RECONVEYANCE CORPORATION** (herein called trustee)
does hereby grant and convey, but without covenant or warranty, express or implied to
**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE HOLDERS OF THE BANC OF
AMERICA FUNDING 2007-1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
2008-1** (herein called Grantee) the real property in the county of **RIVERSIDE**, State of California described as
follows:

00016682

PAGE   24/28

619-295-5976   16:56   11/28/2013

# MORTGAGE POOL PROSPECTUS



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

**PROSPECTUS SUPPLEMENT**
(To Prospectus Dated May 30, 2008)

**Bank of America.**

| | |
|---|---|
| Banc of America Funding Corporation | Banc of America Funding 2008-1 Trust |
| Depositor | Issuing Entity |
| Bank of America, National Association | LaSalle Bank National Association |
| Sponsor | Master Servicer |

**$190,472,100 (Approximate)**
**Mortgage Pass-Through Certificates, Series 2008-1**
Principal and/or interest payable monthly, beginning in June 2008

> You should carefully consider the "Risk Factors" beginning on page S-18 of this prospectus supplement.
>
> Neither the Offered Certificates nor the mortgage loans are insured or guaranteed by any governmental agency or instrumentality.
>
> The Offered Certificates

**The Issuing Entity will Issue —**

- Three classes of Senior Certificates.

- Nine classes of Mezzanine Certificates which are subordinated to, and provide credit enhancement for, the Senior Certificates. Each class of Mezzanine Certificates is also subordinated to each class of Mezzanine Certificates, if any, with a lower numerical designation.

- The Class CE and Class P Certificates.

The classes of Offered Certificates are listed in the table on page S-6.

**The Assets of the Issuing Entity will Consist Primarily of —**

- A pool of fully-amortizing, negatively amortizing and balloon, fixed-rate and adjustable-rate, one- to four-family, first lien mortgage loans, all of which have original terms to maturity of approximately 10 to 40

# MORTGAGE POOL DESCRIPTION



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

See Page 3 for Additional Comments

**Bloomberg** 66 (GO)   **SECURITY DESCRIPTION**   Page 1 of 3
**BAFC 2008-1 A1**   4.4446%   9/25/48

CUSIP: **05955AAH4**  Issuer: **BANC OF AMERICA FUNDING CORPORATION**   8) Pro 17) Docs

Series 2008-1   Class A1   Col Mty 9/25/48

9) CMO: **AFC,PT,SSNR,AS**

| CURRENT | | ORIGINAL ISSUE | |
|---|---|---|---|
| Sep13 | 98,527,666 | USD | 190,472,000 |
| " Fact | .517281628 | WAL | 4.1Yr @ 100PPC |
| Aug13 Cpn | 4.44456% | 1st coupon | 6% |
| Next Paymt | 10/25/13 | 1st paymnt | 6/25/08 |
| Rcd date | 9/30/13 | 1st settle | 5/30/08 |
| Beg accrue | 9/ 1/13 | Dated date | 5/ 1/08 |
| End accrue | 9/30/13 | px | 5/29/08 |
| Class/Deal Pct N/A | | Class/Deal Pct 69% | |

collecting

**COLLATERAL INDICES**
- US0012M 86.48%
- 12MTA 4.84%
- US00064 4.06%
- OTHER 4.62%

Paying

**Monthly PAYMENT**
pays **25th** day
24 day delay
accrues **30/360**

**11) RATINGS**
| Fitch | CCC |
|---|---|
| S&P | B |

**CALLABLE**
6) Lead Mgr: **BOA**
Trustee: **UBN**

**12) VOLATILITY**
GRADE **4BB**
C.FLUX **0.0**

65) Personal Notes   14) Identifiers   5) **WHARM 4.438 S   285wam 4.71wac**

TRACE Eligible

| | Sep13 | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec12 | Nov | Oct12 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPC | 68.0 | 22.0 | 113 | 26.0 | 19.0 | 82.0 | 36.0 | 68.0 | 104 | 63.0 | 123 | 34.0 | SMMEA: **Yes** |
| CPR | 12.3 | 3.9 | 20.4 | 4.6 | 3.5 | 14.8 | 6.4 | 12.1 | 18.7 | 11.4 | 22.2 | 6.1 | DTC Book Entry |
| FACT | .52 | .52 | .52 | .53 | .53 | .54 | .54 | .55 | .55 | .55 | .56 | .57 | DTC SameDay |
| CPN | - | 4.44 | 4.44 | 4.45 | 4.45 | 4.50 | 4.54 | 4.54 | 4.52 | 4.55 | 4.56 | 4.61 | Clearstream |

DTC Book Entry · DTC SameDay · Clearstream · Euroclear

See Page 3 for Comments.   MinSize **1000** Incr   **1**

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2013 Bloomberg Finance L.P.
SN 879338 EDT  GMT-4:00 G597-3789-3 10-Oct-2013 16:58:24

11/20/2013   17:07   619-295-5975

00016683

PAGE   06/28

00016684

PAGE 23/28

619-295-5976

11/20/2013 16:56

# MORTGAGE POOL PERFORMANCE



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

`<HELP> for explanation, <MENU> for similar functions.`

**CUSIP 05955AAH4    4.707(285)77**

b) All Collateral

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1) Balance (M) | 130,582 | 132,069 | 132,644 | 135,331 | 136,008 | 136,559 | 138,550 | 139,466 | 141,134 |
| 2) Pool Factor | 0.473 | 0.479 | 0.481 | 0.490 | 0.493 | 0.495 | 0.502 | 0.505 | 0.511 |
| 3) # of Loans | 361 | 366 | 369 | 374 | 376 | 377 | 383 | 386 | 390 |
| 4) WAC | 4.707 | 4.718 | 4.714 | 4.720 | 4.776 | 4.795 | 4.817 | 4.800 | 4.801 |
| 5) Net WAC | 4.438 | 4.449 | 4.446 | 4.451 | 4.508 | 4.526 | 4.549 | 4.531 | 4.533 |
| 6) WAM | 285 | 286 | 287 | 288 | 289 | 289 | 290 | 291 | 292 |
| 7) WALA | 77 | 76 | 75 | 74 | 73 | 72 | 71 | 70 | 69 |
| 8) WALTV (Amort) % | 70.52 | 70.74 | 70.79 | 70.91 | 70.98 | 70.94 | 70.78 | 70.87 | 71.07 |
| 9) HPI LTV (Amort) % | 95.26 | 95.58 | 95.66 | 95.69 | 95.81 | 95.71 | 95.60 | 96.01 | 96.65 |
| 10) LTV > 80% | 9.99 | 10.97 | 11.15 | 10.94 | 11.50 | 11.28 | 11.33 | 11.27 | 11.40 |
| 11) Delinq 30 days % | 5.60 | 2.55 | 3.01 | 2.90 | 5.28 | 4.89 | 4.99 | 5.34 | 3.73 |
| 12) Delinq 60 days % | 1.32 | 1.64 | 3.33 | 2.94 | 2.00 | 1.91 | 3.55 | 1.14 | 1.74 |
| 13) Delinq 90 days % | 8.93 | 10.25 | 10.67 | 7.63 | 8.53 | 8.09 | 5.84 | 6.36 | 6.20 |
| 14) Bankruptcy % | 4.83 | 4.66 | 2.60 | 2.40 | 2.63 | 2.93 | 1.92 | 1.74 | 2.13 |
| 15) Foreclosure % | 7.98 | 5.77 | 5.78 | 8.67 | 8.12 | 8.35 | 9.97 | 10.35 | 9.58 |
| 16) REO % | 2.20 | 2.21 | 1.98 | 2.10 | 1.80 | 1.56 | 1.67 | 1.76 | 2.52 |
| 17) Delinq. 60+ % | 23.27 | 24.53 | 24.36 | 23.74 | 23.08 | 22.84 | 22.94 | 21.35 | 22.16 |
| 18) Delinq. 90+ % | 21.94 | 22.89 | 21.03 | 20.81 | 21.08 | 20.93 | 19.39 | 20.21 | 20.42 |
| 19) Cumul Loss % | 13.264 | 13.126 | 13.027 | 12.799 | 12.713 | 12.541 | 12.450 | 12.362 | 11.965 |
| 20) Second Lien % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21) # of Mod Loans Cur Period | 57 | 0 | 0 | 2 | 2 | 1 | 0 | 2 | 2 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900       Singapore 65 6212 1000       U.S. 1 212 318 2000       Copyright 2013 Bloomberg Finance L.P.
                                                        SN 878338 EDT   GMT-4:00 G597-3789-3 10-Oct-2013 17:11:23

# MORTGAGE POOL SEP. PROSPECTUS



**AION FINANCIAL**

2800 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349



Banc of America Funding Corporation Residential Mortgage Pass-Thru Certificates Series 2008-1

Contact:
Mary Ann Turbak
Account Administrator
312-332-7531
maryann.turbak@usbank.com

Distribution Date: Sep 25, 2013



| | Count | All ($) | % | Count | New ($) | % |
|---|---|---|---|---|---|---|
| | 8 | 2,873,658.13 | 100.00% | 1 | 280,712.83 | 100.00% |
| TOTAL: | 8 | 2,873,658.13 | 100.00% | 1 | 280,712.83 | 100.00% |

## GROUP1

| Loan Number | Original Balance | Ending Balance | Rate % | Next Due Date | Orig Term | New REO? | Book Value | State | Lien | Scheduled Principal | REO Date | Actual Ending Balance (UPB) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 296726 | 92,000.00 | 91,923.78 | 3.63% | 05/01/2012 | 380 | | Not Available | FL | 1 | 188.22 | 04/09/2013 | 92,220.19 |
| 295952 | 213,750.00 | 213,660.54 | 2.85% | 06/01/2011 | 380 | | Not Available | WA | 1 | 0.00 | 08/22/2013 | 213,080.54 |
| 300050 | 247,000.00 | 224,865.06 | 3.00% | 03/01/2012 | 360 | | Not Available | OH | 1 | 624.18 | 06/28/2013 | 231,847.35 |
| 300002 | 287,300.00 | 280,712.83 | 3.00% | 06/01/2013 | 360 | Yes | Not Available | CA | 1 | 588.11 | 08/01/2013 | 284,329.50 |
| 300072 | 1,500,500.00 | 1,411,525.74 | 7.35% | 12/01/2008 | 340 | | Not Available | CA | 1 | 1,004.62 | 02/25/2012 | 1,487,589.14 |
| 300134 | 286,000.00 | 285,978.00 | 5.50% | 07/01/2012 | 380 | | Not Available | UT | 1 | 382.76 | 07/31/2013 | 300,754.78 |
| 300022 | 128,000.00 | 127,319.43 | 8.50% | 04/01/2011 | 340 | | Not Available | NC | 1 | 0.00 | 04/09/2013 | 122,918.43 |
| 300227 | 238,000.00 | 238,000.00 | 7.13% | 10/01/2008 | 360 | | Not Available | NC | 1 | 0.00 | 05/14/2013 | 238,000.00 |

| Total | 8 | 2,884,668.90 | | 2,873,658.15 | | | | | | | | |

11/7/2013    Aion Financial Fund I, LLC Overview    12

58991000

11/20/2013   17:27   619-295-5975   PAGE   07/28

PAGE   22/28

619-295-5976

11/20/2013   16:56

00016686

# 1 PAGE COMPARATIVE MARKET ANALYSIS



AION FINANCIAL

2600 MICHELSON DR. #700 IRVINE, CA 92612
OFFICE 949.679.7349

### Subject Property

| Address | Bed | Bath | Square Feet | Lot Size | Potential Sale Price | Price per Square Foot | Days on Market | Year Built |
|---|---|---|---|---|---|---|---|---|
| 1551 AVENIDA SEVILLA | 5 | 6 | 5,805 | 23,958 | $1,451,250 | $250 | 30 | 2007 |
| 1551 AVENIDA SEVILLA | 5 | 6 | 5,805 | 23,958 | $1,631,205 | $281 | 60 | 2007 |
| 1551 AVENIDA SEVILLA | 5 | 6 | 5,805 | 23,958 | $1,741,500 | $300 | 90 | 2007 |

### Active Comparable Properties

| Address | Bed | Bath | Square Feet | Lot Size | Current Price | Original Price | Change in Price | Price per Sq/Ft | Days on Market | Year Built |
|---|---|---|---|---|---|---|---|---|---|---|
| 3073 ANDREAS HILLS | 5 | 7 | 5,030 | 85,311 | $1,650,000 | $1,900,000 | | $328 | 18 | 1998 |
| 1500 AVENIDA SEVILLA | 4 | 5 | 4,803 | 22,216 | $1,695,000 | $1,875,000 | 10% | $353 | 95 | 2002 |
| 1640 DUNHAM | 6 | 6.5 | 6,324 | 23,087 | $995,000 | $995,000 | ~ | $157 | 110 | 1983 |
| **Average** | **5** | **6** | **5,386** | **43,705** | **$1,463,000** | **$1,523,000** | **10%** | **$283** | **75** | **1992** |

### Sold Comparable Properties

| Address | Bed | Bath | Square Feet | Lot Size | Sold Price | Original Price | Sold Price/ List Price | Sold Price per Sq/Ft | Days on Market | Year Built |
|---|---|---|---|---|---|---|---|---|---|---|
| 3220 AVENIDA SEVILLA | 5 | 6 | 5,400 | 36,000 | $2,425,000 | $2,650,000 | 92% | $449 | 99 | 2006 |
| 1550 AVENIDA SEVILLA | 5 | 6 | 7,066 | 33,541 | $2,050,000 | $1,995,000 | 103% | $290 | 52 | 2006 |
| 1505 AVENIDA SEVILLA | 5 | 6 | 6,174 | 20,473 | $1,560,000 | $1,695,000 | 92% | $253 | 190 | 2003 |
| 3173 BOGERT | 4 | 5 | 4,628 | 21,344 | $1,430,000 | $1,595,000 | 90% | $309 | 261 | 2002 |
| 1550 AVENIDA SEVILLA | 4 | 6 | 7,066 | 33,541 | $1,300,000 | $1,399,000 | 93% | $184 | 97 | 2006 |
| 38759 MARACAIBO | 3 | 4 | 4,137 | 21,344 | $1,200,000 | $2,395,000 | 50% | $290 | 354 | 2004 |
| 3580 ANDREAS HILLS | 3 | 4 | 4,370 | 31,363 | $1,173,000 | $1,399,000 | 84% | $268 | 196 | 1984 |
| 38557 MARACAIBO | 4 | 5 | 4,443 | 19,602 | $899,000 | $1,200,000 | 75% | $202 | 146 | 1995 |
| **Average** | **4** | **5** | **5,411** | **27,151** | **$1,504,625** | **$1,791,000** | **85%** | **$281** | **174** | **2000.8** |



00016687

11/20/2013   17:07   619-295-5976

PAGE   08/28

# COMPREHENSIVE MARKET ANALYSIS



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349



## 1551 Avenida Sevilla, Palm Springs, CA 92264

PREPARED FOR

# Palm Springs Opportunity

00016688

## COMPREHENSIVE CMA



**AION FINANCIAL**

2600 MICHELSON DR. #700 IRVINE, CA 92612
OFFICE 949.679.7349



Download this report (PDF)

**What's up with the barcode?**

This QR code makes it easy for you to download this report to your smart phone.

1. Make sure your phone can scan a QR code with its camera. If you don't already have one, you can try http://claudtmi.com/qr on your phone's browser to download an app, or do a Google search for the model of your phone along with the term "QR reader".

2. Now use that app to scan the QR code above.

# Bryan Hill
### Surterre Properties

| | |
|---|---|
| Mobile | 949.374.0860 |
| E-mail | bhill@surterreproperties.com |
| Web | www.SurterreProperties.com |
| Address | 1400 Newport Center Dr. #100 |
| | Newport Beach, CA 92660 |



PAGE  21/28

619-295-5976

11/20/2013  16:56

00169800

11/20/2013   17:07   619-295-5976   PAGE   09/28

# PROPERTIES MAPPED



2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349



| | MLS # | Status | Address | Price |
|---|---|---|---|---|
| 0 | **Subject** | | 1551 Avenida Sevilla, Palm Springs, CA 92264 | |
| 1 | 21440198 | S | 38799 MARAGAIBO Circle West | $8,200,000 |
| 2 | 21445661 | S | 3580 ANDREAS HILLS Drive | $1,175,000 |
| 3 | 21450428 | S | 1550 AVENIDA SEVILLA | $1,300,000 |
| 4 | 41447724 | S | 3173 East BOGERT Trail | $1,430,000 |
| 5 | 41462800 | S | 1550 AVENIDA SEVILLA | $2,050,000 |
| 6 | 12633485PS | S | 3220 AVENIDA SEVILLA | $2,425,000 |
| 7 | 13701810PS | S | 3600 ANDREAS HILLS Drive | $1,895,000 |
| 8 | 13684839PS | A | 1500 AVENIDA SEVILLA | $1,695,000 |
| 9 | 13697583PS | A | 1690 DUNHAM Road | $995,000 |
| 10 | 13709421PS | A | 1517 AVENIDA SEVILLA | $2,695,000 |
| 11 | 41447724 | | 3173 East BOGERT Trail | $1,430,000 |
| 12 | 41462808 | | 1550 AVENIDA SEVILLA | $1,995,000 |

00016690

# COMPARATIVE LISTINGS ACTIVE & SOLD



**AION FINANCIAL**

2600 MICHELSON DR. 8780 IRVINE, CA 92612
OFFICE 949.679.7349

## Sold Listings



| Address | Beds | Baths | SqFt | List Price | Sold Price | Sold Date |
|---|---|---|---|---|---|---|
| 38759 MARACAIBO Circle West | 3 | 3/1 | 4,137 | $1,580,000 | $1,200,000 | Oct 22, 2012 |
| 3580 ANDREAS HILLS Drive | 3 | 2/1/1/0 | 4,370 | $1,299,000 | $1,173,000 | Jul 25, 2012 |
| 1550 AVENIDA SEVILLA | 4 | 2/3/1/0 | 7,066 | $1,399,000 | $1,300,000 | Jun 27, 2012 |
| 3173 East BOGERT Trail | 4 | 4/1 | 9,628 | $1,595,000 | $1,430,000 | Jun 4, 2012 |
| 1550 AVENIDA SEVILLA | 5 | 2/3/1/0 | 7,066 | $1,995,000 | $2,050,000 | Dec 6, 2012 |
| 3220 AVENIDA SEVILLA | 5 | 5/1 | 5,400 | $2,650,000 | $2,425,000 | Feb 13, 2013 |
| 3674 ANDREAS HILLS Drive | 4 | 4/1 | 5,030 | $1,699,000 | $1,699,000 | Oct 9, 2013 |
| Averages | | | 5,385 | $1,745,286 | $1,611,000 | |

## Active Listings

| Address | Beds | Baths | SqFt | List Price | Sold Price | Sold Date |
|---|---|---|---|---|---|---|
| 1500 AVENIDA SEVILLA | 4 | 4/1 | 4,803 | $1,695,000 | | |
| 1640 DUNHAM Road | 6 | 6.50 | 6,324 | $995,000 | | |
| 1517 AVENIDA SEVILLA | 7 | 7/1 | 6,317 | $2,695,000 | | |
| Averages | | | 5,814 | $1,795,000 | | |

PAGE  20/20          619-295-5976          11/20/2013  16:56

# ACTIVE PROPERTY #1



**AION FINANCIAL**

2600 MICHELSON DR. #700 IRVINE, CA 92612
OFFICE 949.679.7349

**1500 AVENIDA SEVILLA, Palm Springs**                    **$1,695,000**

## LISTING INFORMATION

| | | | |
|---|---|---|---|
| MLS#: 13684839PS | Beds: 4 | Sq Ft: 4,803 | List Date: Jul 1, 2013 |
| Status: Active | Baths: 4/1 | Year Built: 2002 | DOM: 102 |

## FEATURES

Style: Contemporary; Cooling: Zoned; Heating: Forced Air; Map code: 816O2; View: Panoramic; Pool: In Ground; Spa: In Ground; Stories: One Level; Attached: Detached; Builder: STAN SACKLEY; Interior: Furnished; Floor: Wall-To-Wall Carpet; Lotsize: 22216; Acres: 0.510;

## REMARKS

Stunning home in prestigious Andreas Hills. This residence offers privacy, amazing architecture, and has been built to include solar panels for your comfort, and energy efficiency. There are two enormous master suites and two guest bed rooms and 4.5 bathrooms. An amazing feature is the custom kitchen with eat in breakfast bar that is adjacent to the breakfast room and family (media) areas. The living room is HUGE and is perfect for entertaining with it's step down bar area and beautiful waterfall feature. The three fireplaces are located in the living room, family room, and office. Each of the four bedrooms has a private sitting area and the views from each patio of the San Jacinto Mountains are magnificent. There is a large swimming pool, outdoor shower and Jacuzzi that are just a few feet away from the perfect side yard for children or pets to play. You are just minutes aw...




00016692

PAGE 19/28

619-295-5976    16:56    11/20/2013

# SOLD PROPERTY #1



**AION FINANCIAL**

2400 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

### 3220 AVENIDA SEVILLA, Palm Springs                    $2,425,000

**LISTING INFORMATION**

| MLS#: 12633485PS | Beds: 5 | Sq Ft: 5,400 | Sold Date: Feb 13, 2013 |
| Status: Closed Sale | Bath: 5/1 | Year Built: 2006 | DOM: 99 |

**FEATURES**

Style: Contemporary; Heating: Central Furnace; Map code: 816F2; View: Pool,Panoramic,Mountain; Pool: Heated,In Ground; Patio: Cabana; Stories: One Level; Attached: Detached; Builders Tract Name: Andreas Hills; Exterior: Barbecue Private; Interior: Ceiling Fan,Pantry; Floor: Stone/Travertine,Wall-To-Wall Carpet; Garage: Attached; Lotsize: 36000; Acres: 0.826;

**REMARKS**

Located just a few minutes south of Downtown Palm Springs, this exceptionally-appointed 5,400 sq ft contemporary estate is wrapped by the beauty of the surrounding mountains, near some of the desert's best hiking trails and just minutes from Indian Canyons Golf Resort. 5 Star Resort-style yard with custom tiled pool and spa, calming waterways, and outdoor Viking kitchen and living pavilion. Chef-friendly kitchen, adjoining great room, adjacent billiard/media lounge, and separate dining room that includes a 500 bottle wine cellar. Spacious Master Suite offers spa-like bath with split vanities, oversized walk-in shower and separate jetted tub. Junior Ensuites Two and Three each offer views and private baths. Home office and two additional detached guest houses each with private baths. Circular driveway as well as a private gated driveway that leads to the temperature controlled f...




00016693

11/20/2013  17:07   619-295-5976

# SOLD PROPERTY #2



**AION FINANCIAL**

2600 MICHELSON DR. #788 IRVINE, CA 92612
OFFICE 949.679.7349

**1550 AVENIDA SEVILLA, Palm Springs**                                    **$2,050,000**

| LISTING INFORMATION | | | |
|---|---|---|---|
| MLS#: 41462808 | Beds: 5 | Sq Ft: 7,066 | Sold Date: Dec 6, 2012 |
| Status: Closed Sale | Baths: 2/3/1/0 | Year Built: 2006 | DOM: 52 |

**FEATURES**

Style: Contemporary.Custom Built;  Cooling: Central,Electric;  Heating: Forced Air;  Utilities: Underground Utilities,Cable TV,220V In Laundry;  Map code: 816G2;  View: Pool,Panoramic,Hills,Canyon,Mountain;  Pool: In Ground;  Spa: In Ground,Heated,Private;  Patio: Tile,Covered;  Stories: One Level;  Assoc Dues: 0;  Attached: Detached;  Builders Tract Name: Andreas Hills;  Interior: Recessed Lighting,Built-Ins,Wet Bar,Ceiling Fan,Bidet,Pantry,High Ceilings (9 Feet+),Furnished,Kitchen Island,Kitchen Open to Family Room;  Lot: Landscaped,Misting System,Yard,Back Yard,Paved Street,Lot-Level/Flat,Lawn;

on over 3/4 of an acre with breathtaking VIEWS. A recent update was executed with great attention to detail. The 7000 Sq.ft + of living space includes a 4 bed/4.5 baths (all en- suite)main residence with media/screening room & a beautifully appointed guest house. This estate offers a remarkable combination of dramatic architectural details( 4 fireplaces), soaring ceilings, clerestory windows, walls of glass, custom lighting and exquisite finishes. The fluid, spacious and open floor plan is perfect for entertaining on a grand scale indoors or outdoors. The Chef's kitchen features
brand new thermador appliances& a walk-in pantry. Outdoors awaits a sparkling pool/spa , fire-pit, built- in BBQ and a four car garage surrounded by a newly landscaped yard. Dramatic art on...




00016694

## ANALYZED PROPERTIES



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

### Sold Listings

| | |
|---|---|
| Number of listings | 7 |
| Lowest price | $1,173,000 |
| Average price | $1,611,000 |
| Highest price | $2,425,000 |
| Avg price per sqft | $304 |
| Avg DOM | 155 |

38759 MARACAIBO Circle West
3580 ANDREAS HILLS Drive
1550 AVENIDA SEVILLA
3173 East BOGERT Trail
1550 AVENIDA SEVILLA
3220 AVENIDA SEVILLA
3674 ANDREAS HILLS Drive

■ Sold price

### Active Listings

| | |
|---|---|
| Number of listings | 3 |
| Lowest price | $995,000 |
| Average price | $1,795,000 |
| Highest price | $2,695,000 |
| Avg price per sqft | $312 |
| Avg DOM | 75 |

1500 AVENIDA SEVILLA
1640 DUNHAM Road
1517 AVENIDA SEVILLA

■ List price

00016695

11/20/2013  17:07

619-295-5976

PAGE   12/20

## ANALYZED PROPERTIES





| Address | List Price | Sold Price | Difference | DOM | $ per Sqft |
|---|---|---|---|---|---|
| 38759 MARACAIBO Circle West | $1,580,000 | $1,200,000 | -24.05% | 354 | $290 |
| 3580 ANDREAS HILLS Drive | $1,299,000 | $1,173,000 | -9.70% | 196 | $268 |
| 1550 AVENIDA SEVILLA | $1,399,000 | $1,300,000 | -7.08% | 97 | $184 |
| 3173 East BOGERT Trail | $1,595,000 | $1,430,000 | -10.34% | 261 | $309 |
| 1550 AVENIDA SEVILLA | $1,995,000 | $2,050,000 | 2.76% | 52 | $290 |
| 3220 AVENIDA SEVILLA | $2,650,000 | $2,425,000 | -8.49% | 99 | $449 |
| 3674 ANDREAS HILLS Drive | $1,699,000 | $1,699,000 | 0.00% | 27 | $338 |
| Sold Averages | $1,745,286 | $1,611,000 | -7.56% | 155 | $304 |

00016696

# 1 PAGE CMA



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.479.7349

### Subject Property

| Address | Bed | Bath | Square Feet | Lot Size | Potential Sale Price | Price per Square Foot | Days on Market | Year Built |
|---|---|---|---|---|---|---|---|---|
| 1551 AVENIDA SEVILLA | 5 | 6 | 5,805 | 23,958 | $1,451,250 | $250 | 30 | 2007 |
| 1551 AVENIDA SEVILLA | 5 | 6 | 5,805 | 23,958 | $1,631,205 | $281 | 60 | 2007 |
| 1551 AVENIDA SEVILLA | 5 | 6 | 5,805 | 23,958 | $1,741,500 | $300 | 90 | 2007 |

### Active Comparable Properties

| Address | Bed | Bath | Square Feet | Lot Size | Current Price | Original Price | Change in Price | Price per Sq/Ft | Days on Market | Year Built |
|---|---|---|---|---|---|---|---|---|---|---|
| 5674 ANDREAS HILLS | 4 | 5 | 4,950 | 85,855 | $1,695,000 | $1,650,000 | | $358 | 21 | 1991 |
| 1500 AVENIDA SEVILLA | 4 | 5 | 4,803 | 22,216 | $1,695,000 | $1,875,000 | 10% | $353 | 95 | 2002 |
| 1640 DUNHAM | 6 | 6.5 | 6,324 | 23,087 | $995,000 | $995,000 | ~ | $157 | 110 | 1983 |
| Average | 5 | 6 | 5,386 | 43,795 | $1,463,000 | $1,523,000 | 10% | $283 | 75 | 1992 |

### Sold Comparable Properties

| Address | Bed | Bath | Square Feet | Lot Size | Sold Price | Original Price | Sold Price/ List Price | Sold Price per Sq/Ft | Days on Market | Year Built |
|---|---|---|---|---|---|---|---|---|---|---|
| 3220 AVENIDA SEVILLA | 5 | 6 | 5,400 | 36,000 | $2,425,000 | $2,650,000 | 92% | $449 | 99 | 2006 |
| 1550 AVENIDA SEVILLA | 5 | 6 | 7,066 | 33,541 | $2,050,000 | $1,995,000 | 103% | $290 | 52 | 2006 |
| 1505 AVENIDA SEVILLA | 5 | 6 | 6,174 | 20,473 | $1,560,000 | $1,695,000 | 92% | $253 | 190 | 2003 |
| 3173 BOGERT | 4 | 5 | 4,628 | 21,344 | $1,430,000 | $1,595,000 | 90% | $309 | 261 | 2002 |
| 1550 AVENIDA SEVILLA | 4 | 6 | 7,066 | 33,541 | $1,300,000 | $1,399,000 | 93% | $184 | 97 | 2006 |
| 38759 MARACAIBO | 3 | 4 | 4,137 | 21,344 | $1,200,000 | $2,395,000 | 50% | $290 | 354 | 2004 |
| 3580 ANDREAS HILLS | 3 | 4 | 4,370 | 31,363 | $1,173,000 | $1,399,000 | 84% | $268 | 196 | 1984 |
| 36557 MARACAIBO | 4 | 5 | 4,443 | 19,602 | $899,000 | $1,200,000 | 75% | $202 | 146 | 1995 |
| Average | 4 | 5 | 5,411 | 27,151 | $1,504,625 | $1,791,000 | 85% | $281 | 174 | 2000.8 |



619-295-5976     11/20/2013   16:56

11/7/2013                          Aion Financial Fund I, LLC Overview                          23

# SELLER NET SHEET SCENARIOS

**AION FINANCIAL**

2600 MICHELSON DR. #700 IRVINE, CA 92612
OFFICE 949.679.7349

| FINANCE | Scenario 1 | Scenario 2 | Scenario 3 | |
|---|---|---|---|---|
| Resale Price | $1,600,000 | $1,500,000 | $1,400,000 | — Sld for |
| Purchase Price | $830,000 | $830,000 | $830,000 | $930k |

| GOVERNMENT EXPENSES | Scenario 1 | Scenario 2 | Scenario 3 |
|---|---|---|---|
| City Transfer Tax | $1,760 | $1,760 | $1,760 |
| County Transfer Tax | $300 | $300 | $300 |
| Recording Fee | $175 | $175 | $175 |
| Taxes (Pro-Rated) Per Month | $692 | $692 | $692 |
| **TOTAL GOVERNMENT EXPENSES** | **$2,927** | **$2,927** | **$2,927** |

| TRANSACTION EXPENSES | Scenario 1 | Scenario 2 | Scenario 3 |
|---|---|---|---|
| Home Owner Warranty | $350 | $350 | $350 |
| Title Fee's | $3,152 | $3,152 | $3,152 |
| Escrow Fees | $1,700 | $1,600 | $1,500 |
| Doc Prep | $50 | $50 | $50 |
| Notary Fee | $175 | $175 | $175 |
| Natural Hazard Fees | $125 | $125 | $125 |
| Listing Broker Fee (2.5%) | $40,000 | $37,500 | $35,000 |
| Selling Broker Fee (2.5%) | $40,000 | $37,500 | $35,000 |
| **TOTAL TRANSACTION EXPENSES** | **$85,552** | **$80,452** | **$75,352** |

| Net Profits/Losses | Scenario 1 | Scenario 2 | Scenario 3 | |
|---|---|---|---|---|
| Seller Gains | $1,600,000 | $1,500,000 | $1,400,000 | |
| Seller Expenses | $88,479 | $83,379 | $78,279 | |
| **Total Equity** | **$681,521** | **$586,621** | **$491,721** | ← to be shared w/ investors |

11/7/2013                     Aion Financial Fund I, LLC Overview                     24

00016698

PAGE  16/28

## MODEL BUILDING



**AION FINANCIAL**

2600 MICHELSON DR. #788 IRVINE, CA 92612
OFFICE 949.679.7349

# BOND AND TRADING OVERVIEW

619-295-5976

11/20/2013  16:56

# MODEL EXAMPLE



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

## $5,000,000 PROPRIETARY MODEL

### $3,000,000 Bond Purchase

3 Million is utilized to purchase a performing asset that consists of a performing Agency Bond. The Bond has a coupon that is paying six percent (6%). The Bond and the coupon is protected and guaranteed by **the Full Faith & Credit of the United States Government**. The six percent is calculated and provided from the monthly Principal Balance of the Bond. The average coupon from the month to month principal balance is 5.3%. Additional value is provided as the Net Flow of Principal and Interest is traded in Aion Financials proprietary trading system.

### $2,000,000 Trading

2 Million is utilized within the Trade Environment. The strategy provides for one twentieth of one percent (.0005% or five basis points ) per trading day. The value that would be part of the Insured Product is then calculated over twenty (20) trading days per month and would, on average, provide one percent (1.0%) per month. Below is a table showing the purchase and subsequent pay down and interest earned on the bond. The Ginnie Mae Bond G2 4498 with CUSIP 36202E7K9 is being utilized.

↳ guaranteed by US govt

00016699
11/20/2013 17:07
619-295-5976
PAGE 14/28

00016700

PAGE 15/28

619-295-5576

11/20/2013  16:56

## GINNIE MAE PROPSPECTUS



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.479.7345

**Offering Circular Supplement**
**(To Base Offering Circular dated October 1, 2011)**



Ginnie Mae

### $110,014,172

## Government National Mortgage Association

## GINNIE MAE®

### Guaranteed HECM MBS REMIC Pass-Through Securities
### and MX Securities
### Ginnie Mae REMIC Trust 2012-H13

### The Securities

The Trust will issue the Classes of Securities listed on the front cover of this offering circular supplement.

### The Ginnie Mae Guaranty

Ginnie Mae will guarantee the timely payment of principal and interest on the securities. The Ginnie Mae Guaranty is backed by the full faith and credit of the United States of America.

| Class of REMIC Securities | Original Principal Balance(2) | Interest Rate | Principal Type(3) | Interest Type(3) | CUSIP Number | Final Distribution Date(4) |
|---|---|---|---|---|---|---|
| **Security Group 1** | | | | | | |
| AI(1) ........ | $41,016,222 | (5) | NTL(HPT) | HWAC/IO/DLY | 38375BSS2 | May 2062 |
| FA .......... | 41,016,222 | (5) | HPT | FLT/HWAC/HZ | 38375BST0 | May 2062 |
| **Security Group 2** | | | | | | |
| BI(1) ........ | 48,117,207 | (5) | NTL(HPT) | HWAC/IO/DLY | 38375BSU7 | May 2062 |
| FB .......... | 48,117,207 | (5) | HPT | FLT/HWAC/HZ | 38375BSV5 | May 2062 |
| **Security Group 3** | | | | | | |
| HA ........ | 20,880,743 | 2.00% | HPT | FIX/HZ | 38375BSW3 | September 2060 |
| HI(1) ........ | 20,880,743 | (5) | NTL(HPT) | HWAC/IO/DLY | 38375BSX1 | September 2080 |
| **Residual** | | | | | | |
| RR ........ | 0 | 0.00 | NPR | NPR | 38375BSY9 | May 2062 |

(1) These Securities may be exchanged for MX Securities described in Schedule I to this Supplement.

(2) Subject to increase as described under "Increase in Size" in this Supplement. The amount shown for each Notional Class (indicated by "NTL" under Principal Type) is its original Class Notional Balance and does not represent principal that will be paid.

# GINNIE MAE GUARANTY



2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

Distribution Date, the Trustee will retain all principal and interest distributions received on such Ginnie Mae Certificates in payment of the Trustee Fee.

## GINNIE MAE GUARANTY

The Government National Mortgage Association ("Ginnie Mae"), a wholly-owned corporate instrumentality of the United States of America within HUD, guarantees the timely payment of principal and interest on the Securities. The General Counsel of HUD has provided an opinion to the effect that Ginnie Mae has the authority to guarantee multiclass securities and that Ginnie Mae guaranties will constitute general obligations of the United States, for which the full faith and credit of the United States is pledged. *See "Ginnie Mae Guaranty" in the Base Offering Circular.*

## DESCRIPTION OF THE SECURITIES

### General

The description of the Securities contained in this Supplement is not complete and is subject to, and is qualified in its entirety by reference to, all of the provisions of the Trust Agreement. *See "Description of the Securities" in the Base Offering Circular.*

### Form of Securities

Each Class of Securities other than the Residual Securities initially will be issued and maintained, and may be transferred only on the Fedwire Book-Entry System. Beneficial Owners of Book-Entry Securities will ordinarily hold these Securities through one or more financial intermediaries, such as banks, brokerage firms and securities clearing organizations that are eligible to maintain book-entry accounts on the Fedwire Book-Entry System. By request accompanied by the payment of a transfer fee of $25,000 per Certificated Security to be issued, a Beneficial Owner may receive a Regular Security in certificated form.

The Residual Securities will not be issued in book-entry form but will be issued in fully registered, certificated form and may be transferred or exchanged, subject to the transfer restrictions applicable to Residual Securities set forth in the Trust Agreement, at the Corporate Trust Office of the Trustee. *See "Description of the Securities — Forms of Securities; Book-Entry Procedures" in the Base Offering Circular.*

00016702

PAGE 14/28

619-295-5976

11/20/2013 16:55

# GINNIE MAE DESCRIPTION (BB)



AION FINANCIAL

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| G2 4498 | 110-05 | | / | Yield | / | Coupon 6.000% | BGN |
| As of 10 Oct | Ginnie Mae II pool | | | | Prepay 315PSA | | |

| | | Security Description |
|---|---|---|
| CUSIP 36202E7K9 | 6.496(251)98   G2SF 6 2005 | |

| Pool | G2 4498 | Generic | G2SF 6 2005 | | Information as of  Oct '13 | |
|---|---|---|---|---|---|---|
| Type | (SF) | 15/30 years Level pay | | | Issue Date | 07/01/09 |
| Traits | 30/360 | | | | Maturity Date | 07/20/39 |
| Originator | Multiple Issuer | | | | | |

| Pool Information (PDI) | | | | | | | Balance | | |
|---|---|---|---|---|---|---|---|---|---|
| ✳ Coupon | 6.000 | WAC | | 6.496 | Orig WAC * | 6.484 | Factor | 0.32833408 | |
| | | WARM | | 251 | Orig WAM | 287 | Orig Amt | 171,873,101 | |
| | | WALA | | 98 | | | Curr Amt | 56,431,796 | |

| Collateral Information (CLC) | | | | | | | Prepay | CPR | PSA |
|---|---|---|---|---|---|---|---|---|---|
| WAOLTV | 95 | AOLS | 102,277 | | | | 1 Month | 15.1 | 252 |
| WAOLTV-HPI | 101 | WAOLS | 127,413 | | | | 3 Month | 22.2 | 370 |
| | | MAXLS | 490,842 | | | | 6 Month | 22.4 | 374 |
| WAOCS | 99.4%  658 | WAOLT | 358 | | | | 1 Year | 24.8 | 414 |
| | | | | | | | Life | 21.6 | 360 |

| # Loans | 658 | Delay | 49 ( 19 ) | | | | States (GEO) | %UPB |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | TX | 24.8 |
| | | | | | | | FL | 10.8 |
| TRACE Eligible | | | | | | * Calculated Values | GA | 5.4 |

| Prepayment | Oct'13 | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec'12 | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 15.1 | 15.6 | 34.3 | 22.5 | 25.9 | 19.4 | 27.9 | 35.0 | 20.7 | 22.9 | 33.8 | 21.4 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2013 Bloomberg Finance L.P.
SN 878338 EDT   GMT-4:00 G597-3789-0 10-Oct-2013 19:55:36

# GINNIE MAE BOND VALUATION



**AION FINANCIAL**

2600 MICHELSON DR, #700 IRVINE, CA 92612
OFFICE 949.679.7349

<HELP> for explanation.
Enter snapshot criteria and hit <Go>



| | |
|---|---|
| Final BVAL Price | 110-16¾ |
| Final BVAL Score (out of 10) | 3 |
| Yield | 3.147 |
| I-Spread | 199.1 |
| BPM Equiv Speed | 18 CPR |
| Average Life | 4.25 |
| Settlement Date | 10/10/2013 |

| | |
|---|---|
| Final BVAL | 110-16¾ |
| TBA Price | 110-08³⁄₈ |
| Seasoning Adjustment | 0-08 |

| | |
|---|---|
| WAC/WAM/WALA | 6.50/251/98 |
| Collateral Type | G2SF 6 2005 |
| Avg Loan Size | 127.41M |
| Max Loan Size | 490.84M |
| Loan Count | 658 |
| Owner Occupied | -- |
| Highest State | TX 25% |
| Factor | 0.32833400 |
| Amount Outstanding | 56.43MM |
| Identifier | 36202E7K9 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2013 Bloomberg Finance L.P.
SN 878338 EDT   GMT-4:00 6397-3789-0 10-Oct-2013 19:57:29

# GINNIE MAE CASH FLOW TABLE



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

CFT
Enter all values and hit <Go>



Cash Flow Table

CUSIP   36202E7K9       6.4960(251)98

| | CPR | 15.14 | PSA | 252 | 600+ | 3.75 | WADLS | 127M | Geo1 | TX | 25.0 | Coupon 6.000 |
| | Buyout | 6.71 | | | LTV | 95.00 | #Loans | 650 | Geo2 | FL | 11.0 | 1st Proj   11/20/2013 |

1) 40 CPR
2) 137 PSA
3) 172 PSA
4) 229 PSA
5) 446 PSA
6) 485 PSA
7) 499 PSA

Settle

Prepay

Price

Yield

Spread

Factor        Oct13      0.3283340880
Orig Bal      (USD)      171,873,191
Your Orig Bal
Prev Bal   0.32833408
Principal 11/20/13 - 9/20/34

Accrued 0.3333 for 20 days, Start 10/1/13, Delay 49, WAL 1.898          251 Cashflows

| | Interest | Sched Prin | Prepay | Cashflow | Balance | |
|---|---|---|---|---|---|---|
| 1 11/20/13 | 15,000 | 5,645 | 124,791 | 145,436 | 2,869,564 | 40.00 |
| 2 12/20/13 | 14,340 | 5,439 | 119,364 | 139,150 | 2,744,762 | 40.00 |
| 3 1/20/14n | 13,724 | 5,240 | 114,171 | 133,135 | 2,625,351 | 40.00 |
| 4 2/20/14 | 13,127 | 5,049 | 109,202 | 127,378 | 2,511,099 | 40.00 |
| 5 3/20/14 | 12,556 | 4,865 | 104,449 | 121,869 | 2,401,786 | 40.00 |
| 6 4/20/14n | 12,009 | 4,687 | 99,900 | 116,596 | 2,297,199 | 40.00 |
| 7 5/20/14 | 11,486 | 4,516 | 95,549 | 111,551 | 2,197,134 | 40.00 |
| 8 6/20/14 | 10,986 | 4,351 | 91,385 | 106,722 | 2,101,397 | 40.00 |
| 9 7/20/14n | 10,507 | 4,193 | 87,402 | 102,102 | 2,009,802 | 40.00 |
| 10 8/20/14 | 10,049 | 4,040 | 83,591 | 97,680 | 1,922,172 | 40.00 |
| 11 9/20/14n | 9,611 | 3,892 | 79,945 | 93,448 | 1,838,334 | 40.00 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000      U.S. 1 212 318 2000    Copyright 2013 Bloomberg Finance L.P.
SN 678338 EDT   GMT-4:00 G597-3789-0 10-Oct-2013 19:59:05

50691000

11/20/2013   17:07

619-255-5976

PAGE   17/28

# PROPRIETARY MODEL EXAMPLE

**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349



**Investment Scenario Model**

| Bond Purchase Price | $3,000,000 |
|---|---|
| Trade Investment | $2,000,000 |
| Total Investment | $5,000,000 |

| Basis Points | Value | |
|---|---|---|
| | 0.0005 | Trading |
| | 0.0005 | Proprietary |

**Trade value earned based on $2,000,000 trading**

| Value Earned | | | | |
|---|---|---|---|---|
| 5 Basis Points | $1,000 | $20,000 | $240,000 | $1,200,000 |
| 10 Basis Points | $2,000 | $40,000 | $480,000 | $2,400,000 |
| 20 Basis Points | $4,000 | $80,000 | $960,000 | $4,800,000 |

| | Proprietary | O.N. Return | APM | Accumulated O.N. | Trade Return | Trading Return | Federal Fund O.N. | Proprietary APM | Total Return |
|---|---|---|---|---|---|---|---|---|---|
| Month 1 | $3,000,000 | 0.5% | $15,000 | $3,964 | $153,809 | $157,766 | $372,766 | - | $20,000 | $35,000 |
| Month 2 | $2,942,234 | 0.5% | $14,211 | $3,774 | $145,446 | $149,219 | $362,439 | $3,362 | $20,000 | $37,573 |
| Month 3 | $2,693,014 | 0.5% | $13,465 | $3,593 | $137,541 | $141,134 | $354,569 | $4,968 | $20,000 | $38,373 |
| Month 4 | $2,551,881 | 0.5% | $12,759 | $3,420 | $130,065 | $133,486 | $346,245 | $6,370 | $20,000 | $39,130 |
| Month 5 | $2,418,395 | 0.5% | $12,092 | $3,256 | $122,895 | $126,253 | $338,343 | $7,734 | $20,000 | $39,846 |
| Month 6 | $2,292,144 | 0.5% | $11,461 | $3,100 | $116,347 | $119,447 | $330,868 | $9,063 | $20,000 | $40,523 |
| Month 7 | $2,172,737 | 0.5% | $10,864 | $2,952 | $109,982 | $112,934 | $323,797 | $10,320 | $20,000 | $41,164 |
| Month 8 | $2,059,803 | 0.5% | $10,299 | $2,810 | $804,000 | $106,810 | $317,109 | $11,472 | $20,000 | $41,771 |
| Month 9 | $1,952,993 | 0.5% | $9,765 | $2,675 | $98,342 | $101,018 | $310,783 | $12,579 | $20,000 | $42,344 |
| Month 10 | $1,851,976 | 0.5% | $9,260 | $2,547 | $92,992 | $95,539 | $304,799 | $13,627 | $20,000 | $42,887 |
| Month 11 | $1,756,437 | 0.5% | $8,782 | $2,425 | $87,934 | $90,358 | $299,138 | $14,619 | $20,000 | $43,401 |
| Month 12 | $1,666,081 | 0.5% | $8,330 | $2,309 | $83,145 | $85,454 | $293,784 | $15,557 | $20,000 | $43,887 |
| **Year 1 Totals** | - | 6.0% | $136,268 | $38,824 | $1,382,549 | $3,419,373 | $1,565,662 | $109,661 | $240,000 | $485,899 |

**$2,000,000 Federal Fund O.N. Performance**

| Description | Totals | Percentage |
|---|---|---|
| O.N. Return | $ 240,000 | 32.00% |
| Total | $ 240,000 | 32.00% |

**$3,000,000 Bond Performance**

| Description | Totals | Percentage |
|---|---|---|
| Bond Int | $ 136,288 | 4.54% |
| Trade Return | $ 109,611 | 3.65% |
| Total | $ 245,899 | 8.20% |

**Total Performance on $5,000,000**

| Description | Totals | Percentage |
|---|---|---|
| Year 1 | $ 485,899 | 9.72% |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 13 | $1,580,627 | 0.5% | $7,903 | $2,423 | $87,882 | $90,305 | $98,203 | $46,539 | $20,000 | $44,442 |
| Month 14 | $1,498,921 | 0.5% | $7,452 | $2,307 | $83,100 | $85,406 | $91,958 | $37,057 | $20,000 | $44,919 |
| Month 15 | $1,404,916 | 0.5% | $7,025 | $2,198 | $78,577 | $80,773 | $87,768 | $18,346 | $20,000 | $45,370 |
| Month 16 | $1,324,143 | 0.5% | $6,621 | $2,091 | $74,269 | $76,360 | $83,011 | $19,175 | $20,000 | $45,796 |
| Month 17 | $1,247,752 | 0.5% | $6,239 | $1,991 | $70,254 | $72,245 | $78,484 | $19,960 | $20,000 | $46,199 |
| Month 18 | $1,175,507 | 0.5% | $5,878 | $1,895 | $66,428 | $68,324 | $74,201 | $20,702 | $20,000 | $46,580 |
| Month 19 | $1,107,183 | 0.5% | $5,536 | $1,805 | $62,810 | $64,615 | $70,151 | $21,404 | $20,000 | $46,940 |
| Month 20 | $1,042,568 | 0.5% | $5,213 | $1,738 | $69,389 | $61,107 | $66,320 | $22,067 | $20,000 | $47,280 |
| Month 21 | $981,461 | 0.5% | $4,907 | $1,636 | $66,153 | $57,789 | $62,696 | $22,694 | $20,000 | $47,601 |
| Month 22 | $923,673 | 0.5% | $4,618 | $1,557 | $53,093 | $54,650 | $59,269 | $23,287 | $20,000 | $47,905 |
| Month 23 | $869,022 | 0.5% | $4,345 | $1,483 | $50,199 | $51,682 | $56,027 | $23,847 | $20,000 | $48,192 |
| Month 24 | $817,340 | 0.5% | $4,087 | $1,412 | $47,462 | $48,874 | $52,964 | $24,376 | $20,000 | $48,463 |
| **Year 2 Totals** | - | 6.0% | $69,823 | $22,514 | $789,647 | $812,161 | $881,883 | $249,863 | $240,000 | $559,886 |
| **Years 1 - 2 Totals** | - | 12.0% | $206,321 | $60,338 | $2,172,196 | $2,231,534 | $2,447,645 | $359,474 | $480,000 | $1,045,586 |

**$2,000,000 Federal Fund O.N. Performance**

| Description | Totals | Percentage |
|---|---|---|
| O.N. Return | $ 240,000 | 32.00% |
| Total | $ 240,000 | 32.00% |

**3 Million Performance**

| Description | Totals | Percentage |
|---|---|---|
| Bond Int | $ 69,823 | 2.33% |
| Trade Return | $ 249,863 | 8.33% |
| Total | $ 319,686 | 10.66% |

**5 Million Performance**

| Description | Totals | Percentage |
|---|---|---|
| Total | $ 559,686 | 11.19% |

PAGE  12/28

00016706

619-295-5976

11/20/2013   16:56

# PROPRIETARY MODEL EXAMPLE



AION FINANCIAL

2600 MICHELSON DR. #700 IRVINE, CA 92612
OFFICE 949.679.7345

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Month 25 | $768,456 | 0.5% | $3,842 | $1,344 | $44,074 | $45,719 | $50,061 | $24,877 | $70,000 | $48,719 |
| Month 26 | $772,248 | 0.5% | $3,611 | $1,280 | $42,427 | $43,707 | $47,318 | $25,350 | $70,300 | $48,963 |
| Month 27 | $678,541 | 0.5% | $3,393 | $1,218 | $40,113 | $41,331 | $44,724 | $25,737 | $29,000 | $49,190 |
| Month 28 | $637,289 | 0.5% | $3,186 | $1,160 | $37,924 | $39,084 | $42,271 | $26,228 | $20,000 | $49,406 |
| Month 29 | $598,125 | 0.5% | $2,991 | $1,105 | $35,855 | $36,959 | $39,950 | $26,620 | $70,000 | $49,620 |
| Month 30 | $561,365 | 0.5% | $2,806 | $1,052 | $33,898 | $34,950 | $37,755 | $26,997 | $20,000 | $49,803 |
| Month 31 | $526,216 | 0.5% | $2,631 | $1,001 | $32,047 | $33,049 | $35,680 | $27,354 | $20,000 | $48,985 |
| Month 32 | $403,167 | 0.5% | $2,466 | $953 | $30,298 | $31,251 | $33,717 | $27,691 | $29,000 | $58,157 |
| Month 33 | $463,936 | 0.5% | $2,310 | $908 | $28,643 | $29,551 | $31,860 | $38,010 | $29,000 | $50,319 |
| Month 34 | $432,305 | 0.5% | $2,152 | $864 | $27,078 | $27,943 | $38,104 | $28,311 | $20,000 | $50,473 |
| Month 35 | $404,423 | 0.5% | $2,022 | $873 | $25,599 | $26,422 | $28,444 | $28,585 | $20,000 | $50,617 |
| Month 36 | $378,001 | 0.5% | $1,890 | $783 | $24,200 | $24,983 | $26,873 | $28,664 | $20,000 | $50,754 |
| Year 3 Total | - | 6.0% | $33,300 | $42,491 | $404,008 | $413,408 | $448,757 | $314,807 | $240,000 | $597,396 |
| Years 1 - 3 Totals | - | 18.0% | $239,420 | $73,829 | $2,515,153 | $2,645,982 | $1,806,402 | $684,161 | $710,000 | $1,645,587 |
| 3 Year Average | - | 6.0% | $79,807 | $23,943 | $838,304 | $882,327 | $963,134 | $228,064 | $240,000 | $547,361 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 37 | $353,018 | 0.5% | $1,765 | $1,203 | $29,929 | $31,132 | $32,897 | $28,193 | $20,000 | $50,958 |
| Month 38 | $371,826 | 0.5% | $1,609 | $1,160 | $28,614 | $29,793 | $31,403 | $28,587 | $70,000 | $51,116 |
| Month 39 | $292,692 | 0.5% | $1,460 | $1,117 | $27,394 | $28,512 | $29,972 | $29,807 | $29,000 | $51,267 |
| Month 40 | $763,581 | 0.5% | $1,318 | $1,076 | $26,208 | $27,285 | $28,603 | $30,093 | $28,000 | $51,411 |
| Month 41 | $236,296 | 0.5% | $1,181 | $1,037 | $25,073 | $26,110 | $27,292 | $30,365 | $28,000 | $51,567 |
| Month 42 | $210,186 | 0.5% | $1,051 | $999 | $23,987 | $24,986 | $26,037 | $30,636 | $20,000 | $51,677 |
| Month 43 | $185,199 | 0.5% | $926 | $963 | $22,948 | $23,911 | $24,837 | $30,874 | $20,000 | $51,800 |
| Month 44 | $161,289 | 9.5% | $805 | $928 | $21,953 | $22,881 | $23,680 | $31,111 | $20,000 | $51,940 |
| Month 45 | $138,408 | 0.5% | $692 | $894 | $21,001 | $21,895 | $27,587 | $31,337 | $20,000 | $52,079 |
| Month 46 | $116,553 | 0.5% | $583 | $861 | $20,090 | $20,952 | $21,534 | $31,553 | $28,000 | $52,135 |
| Month 47 | $95,561 | 0.5% | $470 | $830 | $19,219 | $20,049 | $20,527 | $31,758 | $20,000 | $52,236 |
| Month 48 | $75,512 | 0.5% | $370 | $800 | $18,395 | $19,185 | $19,562 | $31,953 | $20,000 | $52,331 |
| Fourth Year Totals | - | 6.0% | $12,241 | $11,860 | $284,822 | $296,098 | $308,931 | $368,170 | $240,000 | $620,426 |
| Years 1 - 4 Totals | - | 24.0% | $251,668 | $83,697 | $2,859,975 | $2,943,672 | $3,119,380 | $1,052,539 | $950,000 | $2,264,007 |
| 4 Year Average | - | 6.0% | $62,917 | $20,524 | $714,994 | $735,918 | $780,833 | $263,085 | $240,000 | $566,002 |

## $2,000,000 Federal Fund O.N. Performance

| Description | Totals | Percentage |
|---|---|---|
| O.N. Return | $240,000 | 12.00% |
| Total | $ 240,000 | 12.00% |

## 3 Million Performance

| Description | Totals | Percentage |
|---|---|---|
| Bond Int | $ 32,309 | 1.11% |
| Trade Return | $ 324,687 | 10.82% |
| Total | $ 357,996 | 11.93% |

## 5 Million Performance

| Description | Totals | Percentage |
|---|---|---|
| Total | $ 597,996 | 11.96% |

## $2,000,000 Federal Fund O.N. Performance

| Description | Totals | Percentage |
|---|---|---|
| O.N. Return | $240,000 | 12.00% |
| Total | $ 240,000 | 12.00% |

## 3 Million Performance

| Description | Totals | Percentage |
|---|---|---|
| Bond Int | $12,241 | 0.41% |
| Trade Return | $68,178 | 12.77% |
| Total | $ 380,426 | 12.68% |

## 5 Million Performance

| Description | Totals | Percentage |
|---|---|---|
| Total | $ 620,426 | 12.41% |

11/7/2013                    Aion Financial Fund I, LLC Overview                    33

# PROPRIETARY MODEL EXAMPLE



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 49 | $56,328 | 0.5% | $282 | $640 | $84,076 | $14,616 | $14,858 | $32,192 | $20,000 | $52,384 |
| Month 50 | $41,712 | 0.5% | $209 | $587 | $33,367 | $13,804 | $14,092 | $32,243 | $20,000 | $52,452 |
| Month 51 | $27,828 | 0.5% | $139 | $484 | $12,604 | $13,180 | $13,327 | $32,377 | $20,000 | $52,536 |
| Month 52 | $14,641 | 0.5% | $73 | $473 | $12,054 | $12,527 | $12,600 | $32,505 | $26,000 | $52,526 |
| Month 53 | $2,114 | 0.5% | $11 | $452 | $11,446 | $11,898 | $11,909 | $32,622 | $20,000 | $52,632 |
| Month 54 | $0 | 0.0% | $0 | $0 | $0 | $0 | $0 | $32,622 | $20,000 | $52,672 |
| Month 55 | $0 | 0.0% | $0 | $0 | $0 | $0 | $0 | $32,622 | $20,000 | $52,672 |
| Month 56 | $0 | 0.0% | $0 | $0 | $0 | $0 | $0 | $32,622 | $20,000 | $52,622 |
| Month 57 | $1 | 0.0% | $0 | $0 | $0 | $0 | $0 | $32,622 | $20,000 | $52,622 |
| Month 58 | $0 | 0.0% | $0 | $0 | $0 | $0 | $0 | $32,622 | $20,000 | $52,622 |
| Month 59 | $0 | 0.0% | $0 | $0 | $0 | $0 | $0 | $32,622 | $20,000 | $52,622 |
| Month 60 | $0 | 0.0% | $0 | $1 | $0 | $0 | $0 | $32,622 | $20,000 | $52,622 |
| Year 5 Totals | - | 2.5% | $733 | $2,475 | $63,637 | $66,912 | $66,825 | $390,156 | $240,000 | $630,932 |
| Years 1 - 5 Totals | - | 26.5% | $252,381 | $86,173 | $2,923,612 | $3,095,784 | $3,212,166 | $1,442,537 | $1,200,000 | $2,894,536 |
| 5 Year Average | - | 5.3% | $50,476 | $17,235 | $584,722 | $601,957 | $652,493 | $388,501 | $240,000 | $578,984 |

**Years 1 - 5 Total Performance**

**1 Million Performance**

| Description | Totals | Percentage | Compound? |
|---|---|---|---|
|  |  |  |  |

**3 Million Performance**

| Description | Totals | Percentage |
|---|---|---|
| Bond Interest | $252,381 | 8.13% |
| Trade Return | $1,442,537 | 40.00% |
|  |  |  |

**5 Million Performance**

| Description | Totals | Percentage |
|---|---|---|
|  |  |  |

**$2,000,000 Federal Fund O.N. Performance If Compounded**

| Principal | $2,000,000.00 |
|---|---|
| Avg. Interest Rate | 12% |
| Compounds per Year | 12 |
| Years | 5 |
| Total | 3,638,383.40 |

**$2,000,000 Federal Fund O.N. Performance**

| Description | Totals | Percentage |
|---|---|---|
| O.N. Return | $240,000 | 12.00% |
| Total | $ 240,000 | 12.00% |

**3 Million Performance**

| Description | Totals | Percentage |
|---|---|---|
| Bond Int | $733 | 0.02% |
| Trade Return | $390,156 | 15.29% |
| Total | $390,911 | 15.36% |

**5 Million Performance**

| Description | Totals | Percentage |
|---|---|---|
| Total | $ 630,913 | 12.62% |

11/7/2013

Aion Financial Fund I, LLC Overview

34

11/20/2013  17:07   619-295-5576   PAGE  18/28   000191707

00016708

# PPM PROCESS FLOWCHART



2600 MICHELSON DR. #700 IRVINE, CA 93612
OFFICE 949.679.7349



11/7/2013                    Aion Financial Fund I, LLC Overview                    35

PAGE   11/28        619-295-5976        11/20/2013   16:56

0001019709

11/20/2013   17:07

619-295-5976

# ARETE LTD.



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92612
OFFICE 949.679.7349

**Arete Ltd. is a Registered Investment Advisory firm managed by Aion Financial Management, LLC.**

**Arete Ltd. provides Aion with:**

- Institutional Status
- Professional Expertise
- Bloomberg Institutional Presence
- Ability to Create Various Proprietary Models
- In-House Proprietary Trade Environment (Algorithmic     Trading)
- Diversified Portfolio Application
- Ability to Provide Estate & Tax Planning,
- Transfer of Qualified Funds through Entrust

PAGE   19/28

00016710

PAGE  10/28

619-295-5976

16:56

11/20/2013

# THIRD PARTY ADMINISTRATOR



**2600 MICHELSON DR. #700 IRVINE, CA 92612**
**OFFICE 949.679.7349**

## ENTRUST

With a self-directed IRA, investors are not limited to the traditional investment options offered by most banks and custodians. By using Entrust as the third party administrator for members self-directed retirement account, the member has a greater flexibility in the number of investment choices they have. Instead of being limited by a list of stocks, bonds, and CDs, Entrust allows you the freedom to control their retirement investments.

Entrust Can Assist In All Qualified Funds, Such As:

- Beneficiary
- IRA
- Roth IRA
- 401K Rollover
- 403B
- Pensions / Endowment

11/7/2013

## WHY BLOOMBERG



**AION FINANCIAL**

2600 MICHELSON DR. #780 IRVINE, CA 92632
OFFICE 949.679.7349

# Bloomberg Retail

Access to:

    Limited News & Media services

    Limited Market Access

    Limited Analytics & Data

# Bloomberg Professional

Access to:

    Complete News Service

    Real-time Prices & Contributions

    Analytics & Data

    Screening Tools & Trade book Access

    Company Analysis

    Statistics & Research

    And 101 other services

00019161I

11/20/2013   17:07

619-295-5976

PAGE   23/28

00016712

PAGE 09/28

619-295-5976   16:56   11/20/2013

## CONTACT INFORMATION



AION FINANCIAL

2600 MICHELSON DR. 8780 IRVINE, CA 92612
OFFICE 949.679.7349

# AION FINANCIAL
# 2600 MICHELSON DR #780
# IRVINE, CA 92612

**PHONE - 949.679.7349**
**EMAIL - INFO@AIONFINANCIAL.COM**

11/7/2013

Aion Financial Fund I, LLC Overview

39