# ATTACHMENT ONE

| No. | Statement | Declarant | Date | Source | Basis for Admission [1] |
|---|---|---|---|---|---|
| 1 | Rick Greeott explained that he used the algorithms to write a program which he managed. | R. Greeott | October 2012 | MOI of Matt Adams dated 1/28/13 | a, h, o, & p |
| 2 | Rick Greeott was a computer programmer operating a trading program. | R. Greeott (or Snisky) | January 2012 | MOI of Don Rasmussen dated 2/11/13 | a, h, o, & p |
| 3 | Rick Greeott told Steve Macauley that they were actively trading funds using an algorithm which Greeott created. | R. Greeott | July 2011-2012 | MOI of Steve Macauley dated 1/31/13 and Greeott Plea Agreement | a, h, o, & p |
| 4 | Greeott was writing an algorithm which would be used for trading. | R. Greeott (or Snisky) | Approx July 2011 | MOI of Kate and Stan Kingery dated 1/31/13 and MOI of Arnie Warpness dated 2/8/13 and Greeott Plea Agreement | a, h, o, & p |
| 5 | Greeott told Cheryl Paxton in an email that Colony Capital would be changing its name to Arete, but that everything would remain the same. | R. Greeott | In 2011 after change of company name. | MOI of Cheryl Paxton dated 10/22/13 | a, h, o, & p |

---

[1] These Basis for Admission are defined at pages 6-8 of the Government's *James* Proffer.