# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: September 3, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.  13-cr-00473-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Pegeen Rhyne |
| Plaintiff, | |
| v. | |
| 1.  GARY SNISKY, | Robert Pepin |
| Defendant. | |

## COURTROOM MINUTES

**MOTIONS HEARING**
**COURT IN SESSION:      9:29 a.m.**
Appearances of counsel.   Defendant is present on bond.

As to Defendant's Motion to Suppress Statements (Doc. 50, filed 5/30/14), Government calls Special Agent Kate Funk.

9:31 a.m.     Government's witness, Special Agent Kate Funk, is sworn and examined.

9:41 a.m.     Cross-examination of Special Agent Funk.

10:12 a.m.    Special Agent Funk is questioned by the Court.

10:13 a.m.    Redirect examination of Special Agent Funk.

10:15 a.m.    Witness excused.

10:16 a.m.    Government's witness, Special Agent Ron Loecker, is sworn and examined.

10:21 a.m.    Cross-examination of Special Agent Loecker.

10:34 a.m.    Redirect examination of Special Agent Loecker.

10:34 a.m.    Witness excused.

Government's Exhibits 1 and 2 are offered and admitted.

Government rests.

**ORDERED:** Counsel to retain exhibits throughout the completion of the proceeding and any subsequent appeals.

10:36 a.m.    Defendant's witness, Gary Snisky, is sworn and examined.

10:56 a.m.    Cross-examination of Gary Snisky.

11:17 a.m.    Redirect examination of Gary Snisky.

11:18 a.m.    Witness is excused.

Defendant rests.

**11:18 a.m.    Court in recess.**

**11:24 a.m.    Court in session.**

Counsel present argument regarding Defendant's Motion to Suppress Statements (Doc. 50, filed 5/30/14).

Court's findings.

**ORDERED:** Defendant's Motion to Suppress Statements (Doc. 50, filed 5/30/14) is DENIED.

Discussion held and argument given regarding Defendant's Motion for James Hearing (Doc. 43, filed 5/30/14), Defendant's Motion for Pretrial Notice of 404(b) Evidence (Doc. 47, filed 5/30/14), Defendant's Motion for Rule 806 Impeachment Evidence (Doc. 45, filed 5/30/14), Defense Motion for Expert Disclosure (Doc. 46, filed 5/30/14), Defendant's Motion for Bill of Particulars (Doc. 49, filed 5/30/14), Defendant's Motion to Dismiss – Duplicity (Doc. 44, filed 5/30/14), and Defendant's Motion to Strike Surplusage in Indictment (Doc. 48, filed 5/30/14).

Court's findings.

**ORDERED:** Defendant's Motion for James Hearing (Doc. 43, filed 5/30/14) is taken under advisement.

Defendant's Motion for Pretrial Notice of 404(b) Evidence (Doc. 47, filed 5/30/14) is DENIED as moot as stated on the record.   Defendant's counsel shall have to and including **September 22, 2014,** to file any objection to the matters that have been proffered as potential co-conspirator statements.

Defendant's Motion for Rule 806 Impeachment Evidence (Doc. 45, filed 5/30/14) is GRANTED as stated on the record.

Defense Motion for Expert Disclosure (Doc. 46, filed 5/30/14) is GRANTED. Government shall disclose any experts on or before **September 22, 2014.** Defendant shall disclose any experts on or before **October 13, 2014.**

Defendant's Motion for Bill of Particulars (Doc. 49, filed 5/30/14) is DENIED as stated on the record.

Defendant's Motion to Dismiss – Duplicity (Doc. 44, filed 5/30/14) is DENIED without prejudice as stated on the record.

Defendant's Motion to Strike Surplusage in Indictment (Doc. 48, filed 5/30/14) is DENIED without prejudice as stated on the record.

**ORDERED:** Bond continued.

**COURT IN RECESS:**     12:03 p.m.
**Total in court time:**     **2:28**
**Hearing concluded**