IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00473-RM-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.     GARY SNISKY,**

       Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PROVIDE NOTICE OF INTENT TO PRESENT EXPERT TESTIMONY**

---

       The defendant, Gary Snisky, by and through his counsel, Assistant Federal Public Defender Robert W. Pepin, moves for extension of time until October 27, 2014 within which to provide notice of intent to present expert testimony at the trial in this case. This request is unopposed.

       This Court has ordered that the defense is to disclose its experts, should it intend to present expert testimony, by October 13, 2014. The defense continues to investigate and discuss this case, and various aspects of the case, with potential witnesses and will need an additional two weeks to decide if it intends to present expert testimony at trial.

       Counsel has exchanged messages concerning this request with AUSA Pegeen Rhyne who says that she does not object to this extension.

       Wherefore, Gary Snisky moves for extension of time until October 27, 2014 within which to provide notice of intent to present expert testimony at the trial in this case.

Respectfully submitted,

VIRGINIA GRADY
Federal Public Defender


s/ Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado   80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Robert_Pepin@fd.org
Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 10, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Rhyne, Assistant U.S. Attorney
    Email: pegeen.rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Gary Snisky
    (U.S. Mail)

                                                      s/ Robert W. Pepin
                                                      ROBERT W. PEPIN
                                                      Assistant Federal Public Defender
                                                      633 - 17th Street, Suite 1000
                                                      Denver, Colorado   80202
                                                      Telephone:  (303) 294-7002
                                                      FAX:  (303) 294-1192
                                                      Robert_Pepin@fd.org
                                                      Attorney for Defendant