IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00473-RM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.     GARY SNISKY,**

    Defendant.

_____

## MOTION TO ALLOW TRAVEL
_____

    The defendant, Gary Snisky, by and through his counsel, Assistant Federal Public Defender Robert W. Pepin, hereby moves this Court for an Order granting permission for Mr. Snisky to travel to attend the wedding of his cousin, Ray Snisky, at the Generations Hotel Riveria Maya, just south of Cancun, Mexico.  Gary Snisky would leave the District of Colorado on or after November 5, 2014 and return on Sunday, November 9, 2014.  This request necessarily would require the Court to order the return of Gary Snisky's passport in order to allow him to travel to and from Mexico.  The government opposes these requests, which Gary Snisky supports by offering the following:

    1.     Gary Snisky is charged in an 18 count indictment with mail fraud and engaging in monetary transactions in property derived from mail fraud.

    2.     On November 26, 2013, following a detention hearing, Magistrate Judge Craig Shaffer ordered that Gary Snisky be released upon the posting of a $25,000 property bond and the surrender of his passport. (See Document # 9)

3.      On December 4, 2013, Gary Snisky's passport was surrendered to the office of the District Court Clerk for the District of Colorado. (See Document # 14)

4.      Also on December 4, Gary Snisky appeared before Magistrate Judge Kathleen Tafoya for a bond release hearing.  The minute order memorializing the hearing (Document # 15) notes that the $25,000 bond security had been received.  Gary Snisky was advised of the conditions of his bond (See Order Setting Conditions of Release at Document # 17) before being remanded for processing and release.

5.      Gary Snisky has been out of custody since December 4, 2013.  As required by the conditions of his release, Gary Snisky has been supervised by federal probation.  To defense counsel's knowledge, there have been no violations of the conditions of release.

6.      Gary Snisky is presently employed by Baker Hughs Incorporated as an equipment operator.  The company drills for oil and natural gas.  Gary Snisky's base yard is in Brighton, Colorado.  He remains at the home address originally provided to the court and probation.  He has consistently maintained contact with his counsel, appearing for many meetings, as well as communicating by telephone and e-mail.  His wife remains employed and his children attend the same school they have always attended.

7.      The conditions of Mr. Snisky's release include that his "travel is restricted to the state of Colorado unless prior permission is granted by the Court" (¶ (7)(f) Additional Conditions of Release.)  This motion is a request for said prior permission.

8.      Ray Snisky is Gary Snisky's cousin.  Due to difficult family circumstances, Ray and Gary were raised practically as brothers.  It is just as natural for the pair to refer to one another as their "brother" as it is their "cousin."  Ray Snisky posted the home he lives in as

security for the $25,000 property bond necessary for Gary Snisky to be released. Obviously, should Gary Snisky fail to appear as required, the resulting $25,000 loss would be Ray's to bear.

9. On November 8, 2014, Ray Snisky will be married at the Riviera Maya resort located approximately 25 minutes south of Cancun, Mexico. Details concerning the November 6th welcome reception, the November 7th welcome party, the wedding and wedding reception, the day after brunch, the parties, the hotels, site of the wedding, and other details can be found at www.Kaciandray.com. The information includes, under the "People" section, the identification of Gary Snisky's daughters, Brooke, Paloma, and Ana, as flower maids.

10. Gary Snisky does not have the funds to travel himself or send his family to the wedding in Mexico. Ray Snisky cares enough about having Gary's family be part of the wedding, and to have Gary attend, if at all possible, that he is picking up the bill for Gary Snisky and his family.

11. Arrangements have already been made for Gary Snisky's family to fly to Cancun on November 5. He now seeks permission to travel to the wedding, either with his family or following them depending upon the length of time the Court and his employer allows him to be gone, if he is allowed to go at all.

12. Travel to Mexico will require that Gary Snisky have possession of his passport. Accordingly, he asks the Court to order that his previously surrendered passport be released to him on November 4, 2014. He will return it to the Court Clerk on November 10th, the day following his return from the wedding.

13. Prior to the time of his arrest, after he was well aware that federal authorities were investigating him, Gary Snisky traveled to Mexico with his family, also hosted and assisted by Ray Snisky, and stayed at a resort associated with the company with which Ray Snisky is employed. Ray Snisky has exceptional access to such resort vacations as he is presently an executive vice president of La Macchia Enterprises, Inc., a vacation travel company, and has served as president of both The Mark Travel Corporation and Funjet Vacations, Inc., subsidiaries of La Macchia. Gary Snisky returned to the United States, although, if he had the resources and inclination, he could well have tried to run off. As with then, he presently has neither the inclination nor the resources to try something as foolish as run away.

14. Should Gary Snisky not return to the District of Colorado in violation of the terms and conditions of his release would he would suffer multiple devastating effects:

1. He would either have to leave his wife and three young daughters, whom together provide the very heart of his life, or drag them "where ever" until he was caught. Either option would destroy their lives and his.

2. He would violate the trust of Ray Snisky, the person, outside of his wife and children, he is closest to and who has supported him emotionally and by posting security for his bond.

3. He would cause Ray Snisky to lose $25,000.

4. He would jeopardize the trust of the Court which would not only cause the certain revocation of his bond and immediate incarceration, he will not be helping himself if he ever faces a sentencing day.

WHEREFORE, Gary Snisky moves this Court for an Order granting permission for him to travel to attend the wedding of his cousin, Ray Snisky, at the Generations Hotel Riveria Maya, just south of Cancun, Mexico, leaving on or after November 5, 2014 and returning on Sunday, November 9, 2014.  Gary Snisky moves the Court to order the Court Clerk for the District of Colorado to release his passport on November 4, 2014 and require that it be surrendered back to the Court Clerk on or before November 10, 2014, in order to allow him to travel to and from Mexico.

Respectfully submitted,

VIRGINIA GRADY
Federal Public Defender


s/ Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado   80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Robert_Pepin@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2014, I electronically filed the foregoing

**MOTION TO ALLOW TRAVEL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Rhyne, Assistant U.S. Attorney
        pegeen.rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Gary Snisky                          (U.S. Mail)

                                            s/ Robert W. Pepin
                                            ROBERT W. PEPIN
                                            Assistant Federal Public Defender
                                            633 - 17th Street, Suite 1000
                                            Denver, Colorado   80202
                                            Telephone:  (303) 294-7002
                                            FAX:  (303) 294-1192
                                            Robert_Pepin@fd.org
                                            Attorney for Defendant