IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     13-cr-00473-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.     GARY SNISKY,**

       Defendant.

_____

**MOTION TO RESCHEDULE HEARING RE:
MOTION TO TRAVEL**
_____

       Gary Snisky, by and through his attorney, Assistant Federal Public Defender, Robert W. Pepin moves this Court to reschedule the hearing scheduled to address his Motion to Travel (Document # 74).  As grounds, counsel states as follows:

       1.     Mr. Snisky filed his Motion to Travel (Document #74) the morning of October 27, 2014.  After the close of business of the same day counsel learned that a hearing on the issue had been scheduled for October 28 at 3:00 p.m.  The defense appreciates the Magistrate Court's effort to get the issue addressed quickly.

       2.     Unfortunately, two factors interfere with the defense's inability to attend a hearing the afternoon October 28.  First, Mr. Snisky is working 12 hour plus shifts with an oil drilling company and counsel was not able to reach him after learning of the hearing.  Second, counsel leaves the office at 1:45 p.m. to catch a 4:00 p.m. flight the afternoon of October 28, 2014.

3. Defense counsel will be back and at the office/court on Friday, October 31st. By chance, Mr. Snisky has already made arrangements to take off of work and meet with counsel the afternoon of October 31st.

4. Mr. Snisky requests that the hearing presently scheduled for October 28 at 3:00 p.m. be rescheduled for the afternoon of October 31, 2014.

5. Counsel left a message with AUSA Pegeen Rhyne's voice mail describing the dilemma. Her position regarding this request is unknown.

WHEREFORE. Gary Snisky, by and through his attorney, Assistant Federal Public Defender, Robert W. Pepin, moves this Court to reschedule the hearing scheduled to address his Motion to Travel (Document #74).

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado   80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Robert_pepin@fd.org
Attorney for Defendant

2

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, I electronically filed the foregoing

**MOTION TO RESCHEDULE HEARING RE:**
**MOTION TO TRAVEL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Rhyne, Assistant United States Attorney
        pegeen.rhyne@usdoj.gov

    Tonya S. Andrews, Assistant United States Attorney
        tonya.andrews@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Gary Snisky    *(via U.S. mail)*

                      s/ Robert W. Pepin
                      ROBERT W. PEPIN
                      Assistant Federal Public Defender
                      633 - 17th Street, Suite 1000
                      Denver, Colorado   80202
                      Telephone: (303) 294-7002
                      FAX: (303) 294-1192
                      Robert_pepin@fd.org
                      Attorney for Defendant