**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   November 3, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.   13-cr-00473-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Pegeen Rhyne |
| Plaintiff, | |
| v. | |
| 1.  GARY SNISKY, | Robert Pepin |
| Defendant. | |

**COURTROOM MINUTES**

**MOTION HEARING**
**COURT IN SESSION:**     **2:59 p.m.**
Appearances of counsel.   Defendant is present on bond.

Discussion held regarding the Unopposed Motion to Continue Expert Disclosure and Jury Trial Dates (Doc. 78, filed 10/28/14).

Court's findings.

**ORDERED:**   The Unopposed Motion to Continue Expert Disclosure and Jury Trial Dates (Doc. 78, filed 10/28/14) is GRANTED.

- The expert disclosure deadline is continued to and including **December 15, 2014.**
- The Trial Preparation Conference is vacated and reset to **February 24, 2015, at 9:00 a.m.**
- The Jury trial set for January 12, 2015, is vacated and reset to **March 2, 2015, at 9:00 a.m.**   The parties anticipate a three-week jury trial.

Discussion held regarding continuing the subpoenas issued.   The Court directs counsel to submit a motion to continue subpoenas.

**ORDERED:**  Bond continued.

**COURT IN RECESS:**      3:19 p.m.
**Total in court time:**       00:20
**Hearing concluded**