IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GARY SNISKY,

        Defendant.

## ORDER REGARDING CONTINUANCE OF TRIAL SUBPOENAS

Upon consideration of the Government's oral motion to continue the trial subpoenas that have previously been served in this matter to the new trial date of March 2, 2015, it is

ORDERED that the trial subpoenas previously served in this matter are continued to the new trial date of March 2, 2015, and, as such, any witness who has been served a trial subpoena in this matter is now ordered to appear for trial on March 2, 2015.

DATED this 3rd day of November, 2014.

                          BY THE COURT:

                          *[signature]*

                          RAYMOND P. MOORE
                          United States District Judge