**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GARY SNISKY,

      Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

      COMES NOW Celeste Rangel, Assistant United States Attorney, and enters her appearance as co-counsel for the Government in the above-captioned action.    Please include the undersigned counsel on all future correspondence, notices and pleadings in this case.

      Dated this 4th day of November, 2014.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

                By: *s/Celeste Rangel*
                CELESTE RANGEL
                Assistant U.S. Attorney
                United States Attorney's Office
                1225 Seventeenth Street, Suite 700
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Fax: (303) 454-0403
                E-mail: Celeste.Rangel@usdoj.gov
                Attorney for the Government

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2014, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert Pepin
Email: Robert_Pepin@fd.org

Pegeen Rhyne
Email: Pegeen.Rhyne@usdoj.gov

Tonya Andrews
Email: Tonya.Andrews@usdoj.gov


By: s/Amanda Doyle
AMANDA DOYLE
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
E-mail: Amanda.Doyle2@usdoj.gov