IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GARY SNISKY,

    Defendant.

_____

**MOTION TO WITHDRAW**
_____

    The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, through Celeste Rangel, Assistant United States Attorney, hereby files its Motion to Withdraw as counsel of record and requests termination of electronic service in the above-captioned case.  As grounds for this motion, the government states that AUSA Pegeen Rhyne is counsel of record in this case, and is receiving electronic notice.

    Dated this 13th day of January, 2015.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


By: *s/Celeste Rangel*
CELESTE RANGEL
Assistant U.S. Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: celeste.rangel@usdoj.gov

Attorney for the Government

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2015, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Tonya Shotwell Andrews**
  Tonya.Andrews@usdoj.gov,judith.harding@usdoj.gov,usaco.ecffluatty@usdoj.gov,pamela.thompson3@usdoj.gov,anya.lear@usdoj.gov,raisa.vilensky@usdoj.gov,michelle.lockman@usdoj.gov,Eileen.OConnor-Barnes@usdoj.gov,usaco.ecfcivil@usdoj.gov,pam.jebens@usdoj.gov
- **Robert William Pepin**
  Robert_Pepin@fd.org,COX_ECF@fd.org
- **Pegeen Denise Rhyne**
  pegeen.rhyne@usdoj.gov,grazy.banegas@usdoj.gov,USACO.ECFCriminal@usdoj.gov

    s/Valerie Nielsen
    VALERIE NIELSEN
    Legal Assistant
    U.S. Attorney's Office
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax:   (303) 454-0406
    E-mail: valerie.nielsen@usdoj.gov