IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GARY SNISKY,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER comes before the Court on the government's Motion to Withdraw AUSA Celeste Rangel. After consideration, the motion is GRANTED. It is

    ORDERED that AUSA Celeste Rangel is hereby withdrawn from this case and electronic service is terminated. AUSA Pegeen Rhyne remains counsel of record.

    DATED this ____ day of January, 2015.

                                      BY THE COURT:

                                      _____
                                      Raymond Moore
                                      UNITED STATES DISTRICT COURT JUDGE
                                      DISTRICT OF COLORADO