IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-CR-00473-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GARY SNISKY,

       Defendant.

---

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**

---

       The defendant, Gary Snisky, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

       Respectfully Submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/Robert W. Pepin
       Robert W. Pepin
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO 80202
       Telephone: (303) 294-7002
       Fax: (303) 294-1192
       Robert.Pepin@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2015, I electronically filed the foregoing

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Rhyne, Assistant United States Attorney
        Pegeen.thyne@usdoj.gov

    Tonya S. Andrews, Assistant United States Attorney
        Tonya.andrews@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Gary Snisky (via U.S. mail)

                                                  s/Robert W. Pepin
                                                  Robert W. Pepin
                                                  Assistant Federal Public Defender
                                                  633 17th Street, Suite 1000
                                                  Denver, CO 80202
                                                  Telephone: (303) 294-7002
                                                  Fax: (303) 294-1192
                                                  Robert.Pepin@fd.org
                                                  Attorney for Defendant