**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GARY SNISKY,

    Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

Pursuant to the Notice of Disposition filed on January 27, 2015 (Docket No. 96). A Change of Plea Hearing is set for **February 5, 2015 at 5:00 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **February 12, 2015**, and the **three-week** jury trial scheduled for **March 2, 2015** are VACATED.

DATED this 28th day of January, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge