IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation Officer: n/a | Date:   February 5, 2015<br>Interpreter: n/a |

**CASE NO.   13-cr-00473-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Pegeen Rhyne |
| Plaintiff, | |
| v. | |
| 1.  GARY SNISKY, | Robert Pepin |
| Defendant. | |

### *AMENDED* COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**     4:53 p.m.
Appearances of counsel.   Defendant is present and *on bond*.

Defendant sworn and answers true name; Defendant is 48 years old.

**EXHIBITS:**   Court Exhibit 1 - Plea Agreement; Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant waives reading of the Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads GUILTY to Counts 2 and 14 of the Indictment.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED**:   Any pretrial motions still pending in this matter are **DENIED** as moot.

Discussion held regarding sentencing date.   The Court directs counsel to contact his judicial assistant immediately following this hearing to obtain a sentencing date.

**ORDERED:**  Defendant continued on bond.

**COURT IN RECESS:**       5:23 p.m.
**Total in court time:**        00:30
**Hearing concluded**