IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GARY SNISKY,

        Defendant.

_____

## GOVERNMENT'S SENTENCING STATEMENT

        The UNITED STATES OF AMERICA, by and through John F. Walsh, United States Attorney for the District of Colorado, and Pegeen D. Rhyne, Assistant United States Attorney, hereby submits the Government's Sentencing Statement regarding facts that it intends to present through evidence at the sentencing hearing in this case. In Paragraph 4 of defendant Snisky's Plea Agreement, defendant Snisky agrees not to contest the sentencing factors listed in the Plea Agreement. However, the factual basis of the plea agreement did not set forth facts to support all of the listed sentencing factors. Accordingly, the government intends to supplement the factual record at the sentencing hearing as set forth below.

    1. **More than 10 Victims**

        At the sentencing hearing, the government intends to present evidence that there were approximately 40 victims. This number is phrased in an approximate

amount because, depending on whether money was jointly invested, sometimes married couples were counted as a single victim and sometimes they were counted as two separate victims.

## 2. **Sophisticated Means**

The government asserts that the following facts that are set forth in the plea agreement support the sentencing enhancement for Sophisticated Means pursuant to Section 2B1.1(b)(10)(C):   (1) the fact that Snisky began the fraud under Colony Capital and later continued it under Arete; (2) Snisky's use of the Bloomberg terminal; and (3) Snisky's claims of using the federal Overnight Lending Program.

However, to further support the sophisticated means enhancement, the government intends to present evidence that Snisky created numerous shell entities to hold or move investor money.   Snisky controlled bank accounts in the following entity names through which he moved investor money: Aion LLC, Alke, Inc., Arete Operations, LLC, Arete, LLC, Arete, LTD, Areteone, LLC, CMG Offering – 12P010I, LLC, CMG Offering – 12P05I, LLC, CUIL, LLC, Cuilone LLC, Group CMG, LLC, Group Summit LLC, Oak Investments, LLC, Salmon Master Trust, Cyan Master Trust Sparnet, LLC, Sparrcom, LLC, Stylus Group, LLC, Stylus Offering – 12P03I, LLC, Summit Offering – 12P010I, LLC, Summit Offering – 12P05I, LLC, Asquared LLC, Bsquared LLC, Csquared LLC, Esquared LLC, Fsquared LLC, and Lsquared LLC.   Defendant Snisky's use of this large number of accounts caused the government's tracking and tracing of investor money to be especially complex and intricate.

3. **<u>Organizer or Leader of Criminal Activity that was Otherwise Extensive</u>**

While the only other person whom the government was able to prove knowingly participated in defendant Snisky's mail fraud scheme was co-conspirator Richard Greeott, defendant Snisky used a number of financial advisors/sales people to bring investors into the Bond Program and the futures trading program.   The following is the list of individuals who brought investors or other sales people into defendant Snisky's mail fraud scheme: Doug S. B.S.; B.R.; K.M.; M.T.; David S.; P.L.; S.M.; and A.W.[1]   Defendant Snisky trained each of these individuals on the details of the Bond Program and/or the futures trading program, and defendant Snisky paid each of them commissions for bringing investors into his mail fraud scheme.   Under the "otherwise extensive" component of Section 3B1.1 (a), "all persons involved during the course of the entire offense are to be considered," including unknowing participants.   *See* U.S.S.G. § 3B1.1, Application Notes (3).

---

[1] For privacy reasons, these individuals are identified only by their initials. Because there are 2 people with the initials D.S., first names are used to distinguish between them

3

## SECTION 3553(a) FACTORS

The government intends to file a supplemental sentencing statement addressing the factors outlined in Title 18, United States Code, Section 3553(a) after the pre-sentence investigation report has been prepared.

JOHN F. WALSH
United States Attorney

By:*Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of April, 2015, I electronically filed the foregoing **GOVERNMENT'S SENTENCING STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

      s/Grazy Banegas
Grazy Banegas
Legal Assistant
grazy.banegas@usdoj.gov

5