IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00473-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GARY SNISKY,

      Defendant.

_____

**DEFENDANT'S MOTION FOR LEAVE TO RESTRICT ACCESS
TO DOCKET NOS. 108 & 109**
_____

      Gary Snisky, by and through his attorney, Robert W. Pepin, Assistant Federal Public Defender, hereby moves to restrict access to Docket No. 108 (Brief in Support of Motion to Seal) and Docket No. 109 (Response to Presentence Investigation Report), for the reasons stated in the Brief in Support of Motion to Restrict Access.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ Robert W. Pepin
      Robert W. Pepin
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      robert_pepin@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2015, I electronically filed the foregoing

**DEFENDANT'S MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCKET NOS. 108 & 109**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Rhyne, Assistant U.S. Attorney
    Email: pegeen.rhyne@usdoj.gov

    Tonya S. Andrews, Assistant U.S. Attorney
    Email: tonya.andrews@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Gary Snisky *(via U.S. Mail)*

    s/ Robert W. Pepin
    Robert W. Pepin
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    robert_pepin@fd.org
    Attorney for Defendant