**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GARY SNISKY,

        Defendant.

---

**FORFEITURE MONEY JUDGMENT AS TO GARY SNISKY AND PRELIMINARY ORDER OF FORFEITURE OF SUBSTITUTE ASSET**

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Gary Snisky (ECF No. 105) pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On November 19, 2013, the grand jury charged defendant Gary Snisky in Counts One through Thirteen with violations of 18 U.S.C. § 1341 and Counts Fourteen through Eighteen with violations of 18 U.S.C. § 1957. The Indictment also sought forfeiture in the form of a personal money judgment against defendant Gary Snisky, pursuant to 18 U.S.C. § 981(a)(1()(C) and 28 U.S.C. § 2461(c), in the amount of proceeds obtained by the scheme and by the defendant less the amount of funds recovered from assets and property that have been forfeited, criminally or civilly, which represented the proceeds obtained as a result of the offenses charged in Counts One through Eighteen.  (Doc. 2).

On February 5, 2015, the United States and defendant Gary Snisky entered a guilty plea pursuant to a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1()(C) and 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 100).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Gary Snisky, for which defendant Gary Snisky will be held jointly and severally liable with any other person convicted in connection with the mail fraud scheme, in the amount of $2,531,052.61 shall be entered in accordance with 18 U.S.C. § 981(a)(1()(C) and 28 U.S.C. § 2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the Motion for Preliminary Order of Forfeiture of Substitute Asset is granted as to $45,000.00 in United States currency.

It is FURTHER ORDERED, that pursuant to the provisions of Rule 32.2(e)(1)(B) of the Federal Rules of Criminal Procedure, defendant Snisky's interest in the substitute asset identified above is forfeited to the United States for disposition according to law. Such forfeiture shall be in partial satisfaction of the defendant's Forfeiture Money Judgment;

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall notice all potential third parties with an interest in the subject asset and publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in any ancillary proceedings.

DATED this 2nd day of June, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge