IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-CR-00473-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY SNISKY,

    Defendant.

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Counsel for Gary Snisky moves, pursuant to the Court's Practice Standard III. A. 2, for permission to allow his concurrently filed **MOTION FOR STATUTORY SENTENCE AND/OR DOWNWARD DEPARTURE** to exceed the fifteen page limit for motions and responses provided for in the Court's Practice Standard III. A. 1. In support thereof Counsel states:

The case facts are multifaceted and the discussion in this Motion follows suit. With signature block, the Motion is 19 pages, double spaced.

Wherefore, Counsel for Gary Snisky moves, pursuant to the Court's Practice Standard III. A. 2, for permission to allow his concurrently filed **MOTION FOR STATUTORY SENTENCE AND/OR DOWNWARD DEPARTURE** to exceed the fifteen page limit for motions and responses provided for in the Court's Practice Standard III. A. 1.

Respectfully Submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/Robert W. Pepin*
Robert W. Pepin
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
Fax: (303) 294-1192
Robert_Pepin@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2015, I electronically filed the foregoing

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Pegeen Rhyne, Assistant United States Attorney
        Pegeen.thyne@usdoj.gov

    Tonya S. Andrews, Assistant United States Attorney
        Tonya.andrews@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Gary Snisky (via U.S. mail)

        *s/Robert W. Pepin*
        Robert W. Pepin
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO 80202
        Telephone: (303) 294-7002
        Fax: (303) 294-1192
        Robert_Pepin@fd.org
        Attorney for Defendant