IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    GARY SNISKY,

       Defendant,
_____

**GOVERNMENT'S MOTION TO DISMISS COUNTS 1, 3-13, AND 15-18**
_____

THE UNITED STATES OF AMERICA, by United States Attorney John F. Walsh, through Assistant United States Attorney Pegeen D. Rhyne, hereby submits the Government's Motion to Dismiss Counts 1, 3 through 13 and 15 through 18 of the Indictment.

On February 5, 2015, defendant Snisky pled guilty to Counts 2 and 14 of the Indictment in this case.   Paragraph 8 of the plea agreement states that government will move to dismiss Counts 1, 3 through 13 and 15 through 18 at the time of sentencing. Accordingly, the government hereby makes its motion that Counts 1, 3 through 13 and 15 through 18 of the Indictment be dismissed.

                                            JOHN F. WALSH
                                            United States Attorney

                                            By:*s/Pegeen D. Rhyne*
                                            PEGEEN D. RHYNE
                                            Assistant U.S. Attorney
                                            1225 17th Street, Suite 700
                                            Denver, Colorado 80202
                                            Tel: (303) 454-0100
                                            Pegeen.Rhyne@usdoj.gov
                                            Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2015, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS COUNTS 1, 3-13, AND 15-18** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

s/Grazy Banegas
Grazy Banegas
Legal Assistant
grazy.banegas@usdoj.gov
