IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-CR-00473-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GARY SNISKY,

       Defendant.

---

**MOTION TO ALLOW GARY SNISKY TO SURRENDER TO FEDERAL BUREAU OF PRISONS NO EARLIER THAN AUGUST 1, 2015**

---

       Gary Snisky, by and through his attorney, Assistant Federal Public Defender Robert W. Pepin, moves the Court for an order allowing Mr. Snisky to surrender himself to the designated Federal Bureau of Prison's facility no earlier than August 1, 2015. As grounds Mr. Snisky states:

       1.    On June 18, 2015 Mr. Snisky was sentenced to serve 84 months in the Federal Bureau of Prisons. He was ordered to surrender himself to the institution designated by the Bureau of Prisons within 15 days of the date of designation.

       2.    The Snisky family, with the input of family and friends, has decided that Mrs. Snisky and their daughters will find a way to stay in Colorado for at least a couple of years. They will, however, be unable to afford to live in the house they are now in and intend to move to a smaller home.

       3.    It will take a few weeks to get them into another place. Mr. Snisky believes that a reasonable date by which they could make this happen would be August 1, 2015.

4. While it is possible that by the time he is designated, August 1 will be within the 15-day surrender date required by the Court's order, settling on August 1 will give the family great comfort and allow Mr. Snisky a measure of certainty of being able to help get his wife and children into their new home if he is not required to surrender until August 1 at the earliest. (The "earliest" recognizes that it is possible that his surrender date would not be until after then in any case.)

5. The government opposes this request.

Respectfully Submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/Robert W. Pepin*
Robert W. Pepin
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
Fax: (303) 294-1192
Robert_Pepin@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2015, I electronically filed the foregoing

**MOTION TO ALLOW GARY SNISKY TO SURRENDER TO FEDERAL BUREAU OF PRISONS NO EARLIER THAN AUGUST 1, 2015**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

   Pegeen Rhyne, Assistant United States Attorney
      Pegeen.thyne@usdoj.gov

   Tonya S. Andrews, Assistant United States Attorney
      Tonya.andrews@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   Mr. Gary Snisky (via U.S. mail)

                              s/Robert W. Pepin
                              Robert W. Pepin
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO 80202
                              Telephone: (303) 294-7002
                              Fax: (303) 294-1192
                              Robert_Pepin@fd.org
                              Attorney for Defendant