**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Action No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GARY SNISKY,

        Defendant,

_____

**ORDER RE GOVERNMENT'S MOTION TO DISMISS COUNTS 1, 3-13, AND 15-18**
_____

     HAVING REVIEWED the Government's Motion to Dismiss Counts 1, 3 through 13 and 15 through 18 [ECF No. 130) of the Indictment and finding good cause,

     IT IS HEREBY ORDERED that Counts 1, 3 through 13 and 15 through 18 of the Indictment are dismissed.

     DATED this 19th day of June, 2015.

          BY THE COURT:

          _____

          RAYMOND P. MOORE
          United States District Judge