IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Action No. 13-cr-00473-RM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GARY SNISKY

        Defendant.

---

ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL

---

        IT IS ORDERED that Defendant, GARY SNISKY, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to FCI Fort Dix Satellite Camp (SCP), 5756 Hartford & Pointvile Rd, Joint Base MDL, New Jersey on July 21, 2015 by 12:00 noon, and will travel at his own expense.

        DATED at Denver, Colorado, this 8th day of July 2015.

        BY THE COURT:

        _____
        RAYMOND MOORE
        United States District Judge