IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-CR-00473-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GARY SNISKY,

      Defendant.

---

## NOTICE OF APPEAL

Gary Snisky, by and through his attorney, Assistant Federal Public Defender

Robert W. Pepin, hereby files this notice of appeal to the Tenth Circuit Court of Appeals,

and appeals the Judgment in a Criminal Case that was entered on June 25, 2015 and the

Amended Judgment in a Criminal Case that was entered on July 8, 2015.

Respectfully Submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/Robert W. Pepin*
Robert W. Pepin
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
Fax: (303) 294-1192
Robert_Pepin@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2015, I electronically filed the foregoing

## NOTICE OF APPEAL

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Pegeen Rhyne, Assistant United States Attorney
> Pegeen.thyne@usdoj.gov

> Tonya S. Andrews, Assistant United States Attorney
> Tonya.andrews@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

> Mr. Gary Snisky (via U.S. mail)

> *s/Robert W. Pepin*
> Robert W. Pepin
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO 80202
> Telephone: (303) 294-7002
> Fax: (303) 294-1192
> Robert_Pepin@fd.org
> Attorney for Defendant