APPEAL,TERMED

# U.S. District Court
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:13−cr−00473−RM All Defendants

Case title: USA v. Snisky

Date Filed: 11/19/2013
Date Terminated: 06/18/2015

Assigned to: Judge Raymond P. Moore

### Defendant (1)

**Gary Snisky**
*TERMINATED: 06/18/2015*

represented by **Robert William Pepin**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver, CO 80202
303−294−7002
Fax: 303−294−1192
Email: Robert_Pepin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**La Fonda R. (Former FPD) Traore**
Office of the Federal Public Defender
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303−294−7002
Email: cox_ecf@fd.org
*TERMINATED: 01/02/2014*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| Mail fraud (2) | 84 months, to be served concurrently with Count 14; Total special assessment fee of $200 ($100 each count); total restitution of $2,531,032.22 (no interest). |
| Monetary Transaction in property derived from mail fraud (14) | 84 months, to be served concurrently with Count 2; Total special assessment fee of $200 ($100 each count); total restitution of $2,531,032.22 (no interest). |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| Mail fraud (1) | Dismissed. |
| Mail fraud (3−13) | Dismissed. |
| Monetary Transaction in property derived from mail fraud (15−18) | Dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**            represented by    **Pegeen Denise Rhyne**
U.S. Attorney's Office−Denver
1225 17th Street East
Suite 700
Denver, CO 80202
303−454−0323
Fax: 303−454−0409
Email: pegeen.rhyne@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Celeste Brianne Rangel**
U.S. Attorney's Office−Denver
1225 17th Street
Suite 700
Denver, CO 80202
303−454−0206
Fax: 303−454−0403
Email: celeste.rangel@usdoj.gov
*TERMINATED: 01/13/2015*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Tonya Shotwell Andrews**
U.S. Attorney's Office−Denver
1225 17th Street
Suite 700
Denver, CO 80202
303−454−0100
Fax: 303−454−0402
Email: Tonya.Andrews@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2013 | 1 | RESTRICTED DOCUMENT − Level 4 (trlee, ) (Entered: 11/19/2013) |
| 11/19/2013 | 2 | Indictment and Penalty sheet for defendant − RESTRICTED DOCUMENT − Level 3. (Attachments: # 1 Exhibit) (trlee, ) Modified on 11/21/2013 to UNRESTRICT pursuant to arrest of defendant. (nmmsl, ). (Entered: 11/19/2013) |
| 11/19/2013 | 3 | Arrest Warrant for defendant − RESTRICTED DOCUMENT − Level 3. (trlee, ) Modified on 11/21/2013 to UNRESTRICT pursuant to arrest of defendant. (nmmsl, ). (Entered: 11/19/2013) |
| 11/21/2013 | 4 | Arrest of Gary Snisky, Initial Appearance set for 11/21/2013 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (Text Only Entry)(nmmsl, ) (Entered: 11/21/2013) |
| 11/21/2013 | 5 | NOTICE OF ATTORNEY APPEARANCE Tonya Shotwell Andrews appearing for USA. (Andrews, Tonya) (Entered: 11/21/2013) |

| | | | |
|---|---|---|---|
| 11/21/2013 | 6 | | MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Initial Appearance as to Gary Snisky held on 11/21/2013. Defendant present in custody. Defendant advised. Defendant states he has retained Liz Krupa to represent him but does not think he will be able to keep her. Federal Public Defender appointed. Arraignment, Discovery, and Detention Hearing set for 11/26/2013 2:00 PM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Defendant remanded (Total time: 5 minutes, Hearing time: 2:10–2:15)<br><br>**APPEARANCES**: Pegeen Rhyne on behalf of the Government, Michelle Sinaka on behalf of Pretrial Services. FTR: CRIMINAL PM –– Courtroom A–501. (mehcd) Text Only Entry (Entered: 11/21/2013) |
| 11/21/2013 | 7 | | CJA 23 Financial Affidavit by Gary Snisky. (lag) (Entered: 11/21/2013) |
| 11/22/2013 | 8 | | NOTICE OF ATTORNEY APPEARANCE: La Fonda R. Traore *Assistant Federal Public Defender* appearing for Gary Snisky (Traore, La Fonda) (Entered: 11/22/2013) |
| 11/26/2013 | 9 | | MINUTE ENTRY for proceedings held before Magistrate Judge Craig B. Shaffer: Arraignment, Discovery, and Detention Hearing as to Gary Snisky held on 11/26/2013. Defendant present in custody with counsel. Plea of NOT GUILTY entered by Gary Snisky on all counts. Discovery Memorandum executed. Government counsel calls Special Agent Kate E. Funk as witness to testify. Direct and cross examination. Government and Defense counsel argue detention. ORDERED: $25,000 Property Bond set as to Gary Snisky (1). Bond conditions reviewed. The court notes that the full amount must be posted. Defendant remanded, to be brought back to court when conditions have been met. (Total time: 1 hour, 9 minutes, Hearing time: 2:34 – 3:43)<br><br>**APPEARANCES**: Pegeen Rhyne on behalf of the Government, La Fonda Traore on behalf of the Defendant, Michelle Sinaka on behalf of Pretrial Services. FTR: Courtroom A402 – C. Covington. (ccovi) Text Only Entry. (Entered: 11/27/2013) |
| 11/26/2013 | 10 | | Discovery Conference Memorandum and ORDER: Estimated Trial Time – 2–3 weeks as to Gary Snisky by Magistrate Judge Craig B. Shaffer on 11/26/13. (ccovi) (Main Document 10 replaced on 12/2/2013 to correct the District Judge indicated on Page 1) (ccovi) (Entered: 11/29/2013) |
| 12/02/2013 | 11 | | MINUTE ORDER as to Gary Snisky. Counsel shall appear in Chambers no later than close of business on Wednesday, December 4, 2013 to set the trial dates and deadlines in this matter.SO ORDERED BY Judge Raymond P. Moore on 12/2/2013. (Text Only Entry ) (rmsec ) (Entered: 12/02/2013) |
| 12/03/2013 | 12 | | MINUTE ORDER as to Gary Snisky by Magistrate Judge Craig B. Shaffer on 12/03/2013. Bond Hearing set for 12/4/2013 10:00 AM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Text Only Entry (skl) (Entered: 12/03/2013) |
| 12/04/2013 | 13 | | ORDER Setting Trial Dates and Deadlines as to Gary Snisky: Motions due by 12/10/2013. Responses due by 12/17/2013. Trial Preparation Conference set for 1/14/2014 at 04:00 PM in Courtroom A 601 before Judge Raymond P. Moore. A three week Jury Trial is set to commence on 1/27/2014 at 9:00 AM in Courtroom A 601 before Judge Raymond P. Moore. by Judge Raymond P. Moore on 12/4/2013. (trlee, ) (Entered: 12/04/2013) |
| 12/04/2013 | 14 | | Receipt for Surrender of Passport as to Gary Snisky Passport Number 220060029 issued by USA (sphil, ) (Entered: 12/04/2013) |
| 12/04/2013 | 15 | | COURTROOM MINUTES for Bond Hearing as to Gary Snisky held on 12/4/2013 before Magistrate Judge Kathleen M. Tafoya. Defendant present in custody without counsel. $25,000 secured property bond set as to Gary Snisky (1). Bond security received. Defendant advised of conditions of bond and remanded for processing and release. (Total time: 13 mins, Hearing time: 10:09–10:22)<br><br>**APPEARANCES**: Carlos Escobedo on behalf of pretrial. FTR: S. Grimm. (sgrim) Text Only Entry Modified on 12/4/2013 to clean up text.(sgrim) (Entered: 12/04/2013) |

| | | | |
|---|---|---|---|
| 12/04/2013 | 16 | | Bond Entered as to Gary Snisky in amount of $ $25,000, secured by property. (sgrim) (Entered: 12/04/2013) |
| 12/04/2013 | 17 | | ORDER Setting Conditions of Release as to Gary Snisky (1) $25,000 secured by property, by Magistrate Judge Kathleen M. Tafoya on 12/4/13. (sgrim) (Entered: 12/04/2013) |
| 12/06/2013 | 18 | | RESTRICTED BAIL REPORT – Level 4: as to Gary Snisky. (aarag, ) (Entered: 12/06/2013) |
| 12/10/2013 | 19 | | STIPULATION *for PROTECTIVE ORDER* by USA as to Gary Snisky (Rhyne, Pegeen) (Additional attachment(s) added on 12/10/2013: # 1 Certificate of Service) (nmmsl, ). (Entered: 12/10/2013) |
| 12/10/2013 | 20 | | Unopposed MOTION to Vacate *Trial Date and to Set a Status Conference* by Gary Snisky. (Traore, La Fonda) (Entered: 12/10/2013) |
| 12/12/2013 | 21 | | MOTION to Disclose Grand Jury Material to Defendant by USA as to Gary Snisky. (Attachments: # 1 Proposed Order (PDF Only))(Rhyne, Pegeen) (Entered: 12/12/2013) |
| 12/13/2013 | 22 | | ORDER granting 21 Motion to Disclose Grand Jury Material as to Gary Snisky (1). by Judge Raymond P. Moore on 12/13/2013. (trlee, ) (Entered: 12/13/2013) |
| 12/16/2013 | 23 | | MINUTE ORDER as to Gary Snisky. Combined Status Conference and Hearing on Motion for Speedy Trial Exclusions set for 12/30/2013 at 09:00 AM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 12/16/2013. (Text Only Entry ) (rmsec ) (Entered: 12/16/2013) |
| 12/17/2013 | 24 | | MINUTE ORDER as to Gary Snisky. With respect to the Combined Status Conference and Hearing set for 12/30/2013 at 9:00 AM (by text entry appearing at ECF No. 23), defendant's appearance is required. SO ORDERED by Judge Raymond P. Moore on 12/17/2013. (Text Only Entry ) (rmsec ) (Entered: 12/17/2013) |
| 12/30/2013 | 25 | | PROTECTIVE ORDER as to Gary Snisky. by Judge Raymond P. Moore on 12/30/2013. (trlee, ) Modified on 12/30/2013 to correct typo (trlee, ). (Entered: 12/30/2013) |
| 12/30/2013 | 26 | | MINUTE ENTRY for Status Conference as to Gary Snisky held on 12/30/2013 before Judge Raymond P. Moore. Defendant present on bond. The Court grants 20 Motion to Vacate as to Gary Snisky. Counsel shall contact the chambers of Judge Raymond P. Moore to obtain new trial preparation conference and trial dates. Motions due by 3/22/2014. Responses due by 4/8/2014. Defendant continues on bond. Court Reporter: Tammy Hoffschildt. (rmcd) (Entered: 12/30/2013) |
| 12/30/2013 | 27 | | ORDER resetting trial dates as to Gary Snisky. Trial Preparation Conference set for 5/29/2014 at 09:00 AM in Courtroom A 601 before Judge Raymond P. Moore. A three week Jury Trial is set to commence on 6/9/2014 09:00 AM in Courtroom A 601 before Judge Raymond P. Moore. by Judge Raymond P. Moore on 12/30/2013. (trlee, ) (Entered: 12/30/2013) |
| 12/31/2013 | 28 | | NOTICE OF ATTORNEY APPEARANCE: Robert William Pepin appearing for Gary SniskyAttorney Robert William Pepin added to party Gary Snisky(pty:dft) (Pepin, Robert) (Entered: 12/31/2013) |
| 12/31/2013 | 29 | | MOTION to Withdraw as Attorney by LaFonda Traore by Gary Snisky. (Traore, La Fonda) (Entered: 12/31/2013) |
| 01/02/2014 | 30 | | ORDER granting 29 Motion to Withdraw as Attorney. La Fonda R. Traore withdrawn from case as to Gary Snisky (1). SO ORDERED by Judge Raymond P. Moore on 1/2/2014. (Text Only Entry ) (rmsec ) (Entered: 01/02/2014) |
| 01/07/2014 | 31 | | Utility Setting/Resetting Deadlines/Hearings as to Gary Snisky: Three week Jury Trial set to commence on 6/9/2014 09:00 AM in Courtroom A 601 before Judge Raymond P. Moore. Text Only Entry (trlee, ) (Entered: 01/07/2014) |
| 02/05/2014 | 32 | | TRANSCRIPT of Arraignment/Discovery/Detention Hearing as to Gary Snisky held on November 25, 2013 before Magistrate Judge Shaffer. Pages: 1–59. |

| | | |
|---|---|---|
| | | **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 5/9/2014. (Avery Woods Reporting, ) (Entered: 02/05/2014) |
| 03/04/2014 | 33 | MOTION for Order *to Allow Re−Subordination of Security Previously Posted as Condition of Bond* by Gary Snisky. (Attachments: # 1 Appraisal Attachment)(Pepin, Robert) (Entered: 03/04/2014) |
| 03/04/2014 | 34 | MEMORANDUM regarding 33 MOTION for Order to Allow Re−Subordination of Security Previously Posted as Condition of Bond filed by Gary Snisky. Motion referred to Magistrate Judge Kathleen M. Tafoya. Entered by Judge Raymond P. Moore on 3/4/2014. (Text Only Entry) (rmsec ) (Entered: 03/04/2014) |
| 03/05/2014 | 35 | MINUTE ORDER as to Gary Snisky re 33 MOTION for Order to Allow Re−Subordination of Security Previously Posted as Condition of Bond filed by Gary Snisky. Government is to respond by 3/11/2014. By Magistrate Judge Kathleen M. Tafoya on 3/5/2014. Text Only Entry (trlee, ) (Entered: 03/05/2014) |
| 03/12/2014 | 36 | RESPONSE to Motion by USA as to Gary Snisky re 33 MOTION for Order *to Allow Re−Subordination of Security Previously Posted as Condition of Bond* (Rhyne, Pegeen) (Entered: 03/12/2014) |
| 03/13/2014 | 37 | ORDER granting 33 MOTION TO ALLOW RE−SUBORDINATION OF SECURITY PREVIOUSLY POSTED AS CONDITION OF BOND as to Gary Snisky. The Clerk of Court is authorized to execute the subordination agreement and/or other necessary documents which will be tendered by defense counsel in connection with the re−financing of the first mortgage against the securing property. The documents tendered to the court for signature are for the purpose of continuting the security for defendant's bond against the property, notwithstanding the new first mortgage. Evidence of the re−financing and the security for the bond under the new loan will be filed within 60 days of this Order. Entered by Magistrate Judge Kathleen M. Tafoya on 03/13/2014. Text Only Entry (kmt, ) (Entered: 03/13/2014) |
| 03/21/2014 | 38 | Unopposed MOTION to Continue *Motions Filing and Jury Trial Dates* by Gary Snisky. (Pepin, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 39 | ORDER Setting Hearing on 38 Unopposed MOTION to Continue *Motions Filing and Jury Trial Dates*, as to Gary Snisky, for 4/4/2014 01:00 PM in Courtroom A 601 before Judge Raymond P. Moore. By Judge Raymond P. Moore on 3/21/14. (dkals, ) (Entered: 03/21/2014) |
| 03/28/2014 | 40 | MINUTE ORDER as to Gary Snisky. Due to a conflict in the Court's calendar, the Motion Hearing currently set for 4/4/2014 at 01:00 PM is VACATED and RESCHEDULED for 4/4/2014 at 01:30 PM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 3/28/2014. (Text Only Entry ) (rmsec ) (Entered: 03/28/2014) |
| 04/04/2014 | 41 | MINUTE ENTRY for Motion Hearing as to Gary Snisky held on 4/4/2014 before Judge Raymond P. Moore. Defendant present on bond. The Court grants 38 Motion to Continue as to Gary Snisky. Motions due by 5/30/2014. Responses due by 6/20/2014. Current trial and trial preparation conference dates are vacated. Three−week Jury Trial reset for 1/12/2015 09:00 AM in Courtroom A 601 before Judge Raymond P. Moore. Defendant continues on bond. Court Reporter: Tammy Hoffschildt. (nrich) (Entered: 04/07/2014) |

| | | |
|---|---|---|
| 04/08/2014 | 42 | MINUTE ORDER as to Gary Snisky. Trial Preparation Conference set for 12/11/2014 at 01:30 PM in Courtroom A 601 before Judge Raymond P. Moore. The parties shall be prepared to address the following issues: jury selection; sequestration of witnesses; timing of presentation of witnesses and evidence; anticipated evidentiary issues; any stipulations as to fact or law; and any other issue affecting the duration or course of the trial. SO ORDERED by Judge Raymond P. Moore on 4/8/2014. (Text Only Entry ) (rmsec ) (Entered: 04/08/2014) |
| 05/30/2014 | 43 | MOTION for James Hearing *(In Limine Determination of Admissibility of Rule 801(d)(2)(E) Statements)* by Gary Snisky. (Attachments: # 1 Information Attachment, # 2 Motion Attachment)(Pepin, Robert) (Entered: 05/30/2014) |
| 05/30/2014 | 44 | MOTION to Dismiss – *Duplicity* by Gary Snisky. (Pepin, Robert) (Entered: 05/30/2014) |
| 05/30/2014 | 45 | MOTION for Disclosure *of Rule 806 Impeachment Evidence* by Gary Snisky. (Pepin, Robert) (Entered: 05/30/2014) |
| 05/30/2014 | 46 | MOTION for Disclosure *of Experts* by Gary Snisky. (Pepin, Robert) (Entered: 05/30/2014) |
| 05/30/2014 | 47 | MOTION for Disclosure of 404(b) Evidence by Gary Snisky. (Pepin, Robert) (Entered: 05/30/2014) |
| 05/30/2014 | 48 | MOTION to Strike *Surplusage in Indictment* by Gary Snisky. (Attachments: # 1 Indictment Attachment)(Pepin, Robert) (Entered: 05/30/2014) |
| 05/30/2014 | 49 | MOTION for Bill of Particulars by Gary Snisky. (Pepin, Robert) (Entered: 05/30/2014) |
| 05/30/2014 | 50 | MOTION to Suppress *Statements* by Gary Snisky. (Pepin, Robert) (Entered: 05/30/2014) |
| 06/17/2014 | 51 | MOTION for Extension of Time to File Response/Reply as to 43 MOTION for James Hearing *(In Limine Determination of Admissibility of Rule 801(d)(2)(E) Statements)*, 48 MOTION to Strike *Surplusage in Indictment*, 45 MOTION for Disclosure *of Rule 806 Impeachment Evidence*, 46 MOTION for Disclosure *of Experts*, 49 MOTION for Bill of Particulars , 47 MOTION for Disclosure of 404(b) Evidence , 50 MOTION to Suppress *Statements*, 44 MOTION to Dismiss – *Duplicity* by USA as to Gary Snisky. (Attachments: # 1 Proposed Order (PDF Only))(Rhyne, Pegeen) (Entered: 06/17/2014) |
| 06/18/2014 | 52 | ORDER granting 51 Motion for Extension of Time to File Response/Reply as to Gary Snisky (1). SO ORDERED by Judge Raymond P. Moore on 6/18/2014. Text Only Entry (rmsec ) (Entered: 06/18/2014) |
| 06/23/2014 | 53 | RESPONSE to Motion by USA as to Gary Snisky re 43 MOTION for James Hearing *(In Limine Determination of Admissibility of Rule 801(d)(2)(E) Statements)* (Rhyne, Pegeen) (Entered: 06/23/2014) |
| 06/23/2014 | 54 | RESPONSE to Motion by USA as to Gary Snisky re 45 MOTION for Disclosure *of Rule 806 Impeachment Evidence* (Rhyne, Pegeen) (Entered: 06/23/2014) |
| 06/23/2014 | 55 | RESPONSE to Motion by USA as to Gary Snisky re 48 MOTION to Strike *Surplusage in Indictment* (Rhyne, Pegeen) (Entered: 06/23/2014) |
| 06/23/2014 | 56 | RESPONSE to Motion by USA as to Gary Snisky re 50 MOTION to Suppress *Statements* (Rhyne, Pegeen) (Entered: 06/23/2014) |
| 06/23/2014 | 57 | RESPONSE to Motion by USA as to Gary Snisky re 44 MOTION to Dismiss – *Duplicity* (Rhyne, Pegeen) (Entered: 06/23/2014) |
| 06/23/2014 | 58 | RESPONSE to Motion by USA as to Gary Snisky re 46 MOTION for Disclosure *of Experts* (Rhyne, Pegeen) (Entered: 06/23/2014) |
| 06/23/2014 | 59 | RESPONSE to Motion by USA as to Gary Snisky re 47 MOTION for Disclosure of 404(b) Evidence (Rhyne, Pegeen) (Entered: 06/23/2014) |
| 06/23/2014 | 60 | RESPONSE to Motion by USA as to Gary Snisky re 49 MOTION for Bill of Particulars (Rhyne, Pegeen) (Entered: 06/23/2014) |

| | | |
|---|---|---|
| 07/03/2014 | 61 | MINUTE ORDER as to Gary Snisky. Motions Hearing set for 8/21/2014 at 02:00 PM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 7/3/2014. (Text Only Entry) (rmsec ) (Entered: 07/03/2014) |
| 08/05/2014 | 62 | MINUTE ORDER as to Gary Snisky. This matter comes before the Court sua sponte. Due to an unforseen conflict in the Court's calendar, the Motion Hearing currently set for August 21, 2014 at 2:00 PM is VACATED and RESCHEDULED to September 3, 2014 at 9:30 AM in Courtroom A−601, on the sixth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. SO ORDERED by Judge Raymond P. Moore. (Text Only Entry ) (rmsec ) (Entered: 08/05/2014) |
| 08/28/2014 | 63 | Notice of Rule 404b by USA as to Gary Snisky (Attachments: # 1 Exhibit One)(Rhyne, Pegeen) (Entered: 08/28/2014) |
| 08/29/2014 | 64 | Government's Proffer by USA as to Gary Snisky (Attachments: # 1 Exhibit Attachment One)(Rhyne, Pegeen) (Entered: 08/29/2014) |
| 09/03/2014 | 65 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Motion Hearing as to Gary Snisky held on 9/3/2014, taking under advisement 43 Motion for James Hearing, denying without prejudice 44 Motion to Dismiss, granting 45 Motion for Disclosure, granting 46 Motion for Expert Disclosure, denying as moot 47 Motion for 404(b) Evidence, denying without prejudice 48 Motion to Strike, denying 49 Motion for Bill of Particulars, denying 50 Motion to Suppress. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 09/03/2014) |
| 09/22/2014 | 66 | RESPONSE by Gary Snisky re: 64 Govt's Proffer filed by USA (Pepin, Robert) (Entered: 09/22/2014) |
| 09/29/2014 | 67 | TRANSCRIPT of Motions Hearing as to Gary Snisky held on September 3, 2014 before Judge Moore. Pages: 1−119. \<br>\<br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.\<br>**\<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/2/2015. (thoff, ) (Entered: 09/29/2014) |
| 10/03/2014 | 68 | ORDER granting in part and denying in part 43 Motion for James Hearing as to Gary Snisky (1). GRANTED to the extent that it seeks a pre−trial determination of the admissibility of Rule 801(d)(2)(E) statements, but DENIED to the extent it seeks an evidentiary or further hearing on the matter or seeks to preclude the government from introducing the statements described in the James log. By Judge Raymond P. Moore on 10/3/2014. (trlee, ) (Entered: 10/03/2014) |
| 10/07/2014 | 69 | FPD MOTION for Issuance of Subpoena in Forma Pauperis by Gary Snisky. (Attachments: # 1 Order, # 2 Attachment 1, # 3 Attachment 2, # 4 Attachment 3)(Pepin, Robert) (Entered: 10/07/2014) |
| 10/08/2014 | 70 | RESTRICTED DOCUMENT – Level 2 (trlee, ) (Entered: 10/08/2014) |
| 10/08/2014 | 71 | ORDER granting 69 Motion. By Judge Raymond P. Moore on 10/8/2014. Text entry only. (trlee, ) (Entered: 10/08/2014) |
| 10/10/2014 | 72 | Unopposed MOTION for Order *for Extension of Time within which to Provide Notice of Intent to Present Expert Testimony* by Gary Snisky. (Pepin, Robert) (Entered: 10/10/2014) |
| 10/10/2014 | 73 | ORDER granting 72 Motion for Order as to Gary Snisky. SO ORDERED by Judge Raymond P. Moore on 10/10/2014. (Text Only Entry ) (rmsec ) (Entered: 10/10/2014) |

| | | |
|---|---|---|
| 10/27/2014 | 74 | MOTION to Travel by Gary Snisky. (Pepin, Robert) (Entered: 10/27/2014) |
| 10/27/2014 | 75 | MEMORANDUM regarding 74 MOTION to Travel filed by Gary Snisky. Motion referred to Magistrate Judge Craig B. Shaffer. By Judge Raymond P. Moore on 10/27/2014. Text Only Entry (cpear) (Entered: 10/27/2014) |
| 10/27/2014 | 76 | MINUTE ORDER as to Gary Snisky re 74 MOTION to Travel filed by Gary Snisky, pursuant to request from chambers on 10/27/14. Motion Hearing set for 10/28/2014 at 03:00 PM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Text Only Entry (nmarb, ) (Entered: 10/27/2014) |
| 10/28/2014 | 77 | MOTION to Continue */Reschedule Hearing Re Motion to Travel* by Gary Snisky. (Pepin, Robert) (Entered: 10/28/2014) |
| 10/28/2014 | 78 | Unopposed MOTION to Continue *Expert Disclosure and Jury Trial Dates* by Gary Snisky. (Attachments: # 1 Document 20, # 2 Document 38)(Pepin, Robert) (Entered: 10/28/2014) |
| 10/28/2014 | 79 | MEMORANDUM regarding 77 MOTION to Continue *Reschedule Hearing Re Motion to Travel* filed by Gary Snisky. Motion referred to Magistrate Judge Craig B. Shaffer. By Judge Raymond P. Moore on 10/28/2014. Text Only Entry (cpear) (Entered: 10/28/2014) |
| 10/28/2014 | 80 | ORDER granting 77 Motion to Continue as to Gary Snisky (1). Motion Hearing set for 10/28/14 is VACATED and RESET for 11/3/2014 at 02:00 PM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Text Only Entry (amont) (Entered: 10/29/2014) |
| 10/30/2014 | 81 | MINUTE ORDER as to Gary Snisky. Motion Hearing on Unopposed Motion to Continue Expert Disclosure and Jury Trial Dates (ECF No. 78) is set for 11/3/2014 at 03:00 PM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 10/30/2014. (Text Only Entry ) (rmsec ) (Entered: 10/30/2014) |
| 10/31/2014 | 82 | Utility Setting/Resetting Deadlines/Hearings as to Gary Snisky: Motion Hearing re: MOTION 74 to Allow Travel was inadvertently terminated and is still set for 11/3/2014 02:00 PM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Text Only Entry (amont) (Entered: 10/31/2014) |
| 11/03/2014 | 83 | MINUTE ENTRY for proceedings held before Magistrate Judge Craig B. Shaffer: denying 74 Motion to Travel as to Gary Snisky (1); Motion Hearing as to Gary Snisky held on 11/3/2014 re 74 MOTION to Travel filed by Gary Snisky ; Defendant present on bond. Defendants bond continued. (Total time: 19 minutes, Hearing time: 2:20–2:39 p.m.)<br><br>**APPEARANCES**: Pegeen Rhyne on behalf of the Government, Robert Pepin on behalf of the defendant, Jordan Buescher on behalf of probation. FTR: CRIMINAL DUTY PM. (amont) Text Only Entry (Entered: 11/03/2014) |
| 11/03/2014 | 84 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Motion Hearing as to Gary Snisky held on 11/3/2014, granting 78 Unopposed Motion to Continue Expert Disclosure and Jury Trial Dates as to Gary Snisky. Expert disclosures due by 12/15/2014. Three−week Jury Trial reset for 3/2/2015 at 9:00 AM in Courtroom A 601 before Judge Raymond P. Moore. Trial Preparation Conference reset for 2/24/2015 at 9:00 AM in Courtroom A 601 before Judge Raymond P. Moore. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 11/03/2014) |
| 11/03/2014 | 85 | ORDER regarding continuance of trial subpoenas as to Gary Snisky, by Judge Raymond P. Moore on 11/3/2014. (tscha, ) (Entered: 11/04/2014) |
| 11/04/2014 | 86 | NOTICE OF ATTORNEY APPEARANCE Celeste Brianne Rangel appearing for USA. Attorney Celeste Brianne Rangel added to party USA(pty:pla) (Rangel, Celeste) (Entered: 11/04/2014) |
| 11/14/2014 | 87 | MINUTE ORDER as to Gary Snisky. This matter comes before the Court sua sponte. Due to an unforeseen conflict in the Court's calendar, the Trial Preparation Conference currently set for 2/24/2015 at 9:00 AM is RESET for 2/12/2015 at |

| | | |
|---|---|---|
| | | 01:00 PM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 11/14/2014. (Text Only Entry ) (rmsec ) (Entered: 11/14/2014) |
| 11/21/2014 | 88 | FPD MOTION for Issuance of Subpoena in Forma Pauperis by Gary Snisky. (Attachments: # 1 Proposed Order (PDF Only), # 2 SDT)(Pepin, Robert) (Entered: 11/21/2014) |
| 11/24/2014 | 89 | RESTRICTED DOCUMENT – Level 2 (tscha, ) (Entered: 11/24/2014) |
| 11/24/2014 | 90 | ORDER granting 88 restricted level 2. By Judge Raymond P. Moore on 11/24/2014. Text Only Entry (tscha, ) (Entered: 11/24/2014) |
| 12/23/2014 | 91 | FPD MOTION for Issuance of Subpoena in Forma Pauperis by Gary Snisky. (Attachments: # 1 Proposed Order (PDF Only), # 2 Subpoena)(Pepin, Robert) (Entered: 12/23/2014) |
| 12/23/2014 | 92 | RESTRICTED DOCUMENT – Level 3 (tscha, ) (Entered: 12/23/2014) |
| 12/23/2014 | 93 | ORDER granting 91 . By Judge Raymond P. Moore on 12/23/2014. Text Only Entry, see also 92 (tscha, ) (Entered: 12/23/2014) |
| 01/13/2015 | 94 | MOTION to Withdraw as Attorney by Celeste Rangel by USA as to Gary Snisky. (Attachments: # 1 Proposed Order (PDF Only))(Rangel, Celeste) (Entered: 01/13/2015) |
| 01/13/2015 | 95 | ORDER granting 94 Motion to Withdraw as Attorney. Celeste Brianne Rangel withdrawn from case as to Gary Snisky. SO ORDERED by Judge Raymond P. Moore on 1/13/2015. (Text Only Entry ) (rmsec ) (Entered: 01/13/2015) |
| 01/27/2015 | 96 | NOTICE of Disposition by Gary Snisky (Pepin, Robert) (Entered: 01/27/2015) |
| 01/28/2015 | 97 | ORDER Setting Hearing as to Gary Snisky re 96 Notice of Disposition. Change of Plea Hearing set for 2/5/2015 05:00 PM in Courtroom A 601 before Judge Raymond P. Moore. By Judge Raymond P. Moore on 1/28/2015. (tscha, ) (Entered: 01/28/2015) |
| 02/04/2015 | 98 | RESTRICTED BAIL STATUS REPORT– Level 4: as to Gary Snisky. (tscha, ) (Entered: 02/04/2015) |
| 02/05/2015 | 99 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Change of Plea Hearing as to Gary Snisky held on 2/5/2015. Guilty plea entered by Gary Snisky to Counts 2 and 14 of the Indictment. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 02/06/2015) |
| 02/05/2015 | 100 | PLEA AGREEMENT as to Gary Snisky. (cpear) (Entered: 02/06/2015) |
| 02/05/2015 | 101 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Gary Snisky. (cpear) (Entered: 02/06/2015) |
| 02/05/2015 | 103 | AMENDED COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Docket entry 102 Courtroom Minutes is amended only to reflect that Gary Snisky was present and **on bond**. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 02/06/2015) |
| 02/06/2015 | 102 | MINUTE ORDER as to Gary Snisky. Sentencing set for 6/18/2015 at 01:00 PM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 2/6/2015. (Text Only Entry ) (rmsec ) (Entered: 02/06/2015) |
| 04/02/2015 | 104 | SENTENCING STATEMENT by USA as to Gary Snisky (Rhyne, Pegeen) (Entered: 04/02/2015) |
| 05/06/2015 | 105 | MOTION for Forfeiture of Property *FOR PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT GARY SNISKY AND PRELIMINARY ORDER OF FORFEITURE OF A SUBSTITUTE ASSET* by USA as to Gary Snisky. (Attachments: # 1 Affidavit, # 2 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 05/06/2015) |

| | | |
|---|---|---|
| 05/19/2015 | 106 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Gary Snisky (srich, ) (Entered: 05/19/2015) |
| 06/01/2015 | 107 | MOTION for Leave to Restrict by Gary Snisky. (Pepin, Robert) (Entered: 06/01/2015) |
| 06/01/2015 | 108 | RESTRICTED DOCUMENT – Level 1: by Gary Snisky. (Pepin, Robert) (Entered: 06/01/2015) |
| 06/01/2015 | 109 | RESTRICTED DOCUMENT – Level 1: by Gary Snisky. (Attachments: # 1 Attachment A)(Pepin, Robert) (Entered: 06/01/2015) |
| 06/02/2015 | 110 | ORDER granting 107 Motion for Leave to Restrict as to Gary Snisky (1). SO ORDERED by Judge Raymond P. Moore on 6/2/2015. (Text Only Entry) (rmsec ) (Entered: 06/02/2015) |
| 06/02/2015 | 111 | Forfeiture Money Judgment as to Gary Snisky and Preliminary Order of Forfeiture of Substitute Asset. By Judge Raymond P. Moore on 06/02/2015. (athom, ) (Entered: 06/02/2015) |
| 06/04/2015 | 112 | MOTION for Leave to File Excess Pages by Gary Snisky. (Pepin, Robert) (Entered: 06/04/2015) |
| 06/04/2015 | 113 | MOTION for Leave to Restrict by Gary Snisky. (Pepin, Robert) (Entered: 06/04/2015) |
| 06/04/2015 | 114 | RESTRICTED DOCUMENT – Level 1: by Gary Snisky. (Pepin, Robert) (Entered: 06/04/2015) |
| 06/04/2015 | 115 | RESTRICTED DOCUMENT – Level 1: by Gary Snisky. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D)(Pepin, Robert) (Entered: 06/04/2015) |
| 06/05/2015 | 116 | ORDER granting 112 Motion for Leave to File Excess Pages as to Gary Snisky (1). SO ORDERED by Judge Raymond P. Moore on 6/5/2015. (Text Only Entry ) (rmsec ) (Entered: 06/05/2015) |
| 06/05/2015 | 117 | ORDER granting 113 Motion for Leave to Restrict as to Gary Snisky (1). SO ORDERED by Judge Raymond P. Moore on 6/5/2015. (Text Only Entry ) (rmsec ) (Entered: 06/05/2015) |
| 06/08/2015 | 118 | RESPONSE by USA as to Gary Snisky *in Opposition to Defendant's Motion for Statutory Sentence and/or Downward Departure [DOC # 115]* (Rhyne, Pegeen) (Entered: 06/08/2015) |
| 06/09/2015 | 119 | RESTRICTED PRESENTENCE REPORT as to Gary Snisky (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(srich, ) (Entered: 06/09/2015) |
| 06/09/2015 | 120 | RESTRICTED ADDENDUM to Presentence Report 119 as to Gary Snisky (Attachments: # 1 Exhibit A)(srich, ) (Entered: 06/09/2015) |
| 06/15/2015 | 121 | MOTION for Leave to Restrict by Gary Snisky. (Pepin, Robert) (Entered: 06/15/2015) |
| 06/15/2015 | 122 | RESTRICTED DOCUMENT – Level 1: by Gary Snisky. (Pepin, Robert) (Entered: 06/15/2015) |
| 06/15/2015 | 123 | RESTRICTED DOCUMENT – Level 1: by Gary Snisky. (Attachments: # 1 Attachments)(Pepin, Robert) (Entered: 06/15/2015) |
| 06/16/2015 | 124 | ORDER: 121 Motion for Leave to Restrict as to Gary Snisky is granted. Docket entries 122 and 123 will be maintained at Restriction Level 1. SO ORDERED by Judge Raymond P. Moore on 6/16/2015. Text Only Entry (cpear) (Entered: 06/16/2015) |
| 06/17/2015 | 125 | MOTION for Leave to Restrict by Gary Snisky. (Pepin, Robert) (Entered: 06/17/2015) |
| 06/17/2015 | 126 | RESTRICTED DOCUMENT – Level 1: by Gary Snisky. (Pepin, Robert) (Entered: 06/17/2015) |

| Date | No. | Description |
|---|---|---|
| 06/17/2015 | 127 | RESTRICTED DOCUMENT – Level 1: by Gary Snisky. (Attachments: # 1 Attachments)(Pepin, Robert) (Entered: 06/17/2015) |
| 06/18/2015 | 128 | ORDER granting 125 Motion for Leave to Restrict as to Gary Snisky (1). SO ORDERED by Judge Raymond P. Moore on 6/18/2015. (Text Only Entry ) (rmsec ) (Entered: 06/18/2015) |
| 06/18/2015 | 129 | MINUTE ORDER as to Gary Snisky. The Government is directed to file a motion to dismiss the remaining counts of the Indictment by 12:00 PM on Monday, June 22, 2015. SO ORDERED by Judge Raymond P. Moore on 6/18/2015. (Text Only Entry ) (rmsec ) (Entered: 06/18/2015) |
| 06/18/2015 | 130 | MOTION to Dismiss Counts *1, 3–13, and 15–18* by USA as to Gary Snisky. (Rhyne, Pegeen) (Entered: 06/18/2015) |
| 06/18/2015 | 131 | MOTION for Order *to Allow Gary Snisky to Surrender to the Federal Bureau of Prisons No Earlier Than August 1, 2015* by Gary Snisky. (Pepin, Robert) (Entered: 06/18/2015) |
| 06/18/2015 | 132 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Sentencing held on 6/18/2015 as to defendant Gary Snisky. Defendant sentenced as reflected on the record. Government's oral motion for third point for acceptance of responsibility is GRANTED. 115 Defendant's Motion for Statutory Sentence and/or Downward Departure is DENIED. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 06/19/2015) |
| 06/18/2015 | 135 | JUDGMENT as to defendant Gary Snisky. Counts 1, 15–18, 3–13: Dismissed. Count 2: 84 months, to be served concurrently with Count 14; 3 years supervised release, to be served concurrently with Count 14; Total special assessment fee of $200 ($100 each count); total restitution of $2,531,032.22 (no interest). Count 14: 84 months, to be served concurrently with Count 2; 3 years supervised release, to be served concurrently with Count 2; Total special assessment fee of $200 ($100 each count); total restitution of $2,531,032.22 (no interest). Entered by Judge Raymond P. Moore on 6/18/2015. (cpear) Modified on 6/26/2015 to correct text (cpear). (Entered: 06/26/2015) |
| 06/19/2015 | 133 | ORDER denying 131 Motion for Order as to Gary Snisky (1). The Court has reviewed Mr. Snisky's motion to delay surrender in this matter. The motion is DENIED. SO ORDERED by Judge Raymond P. Moore on 6/19/2015. (Text Only Entry) (rmsec ) (Entered: 06/19/2015) |
| 06/19/2015 | 134 | ORDER re 130 Motion to Dismiss Counts as to Gary Snisky. Counts 1, 3 through 13 and 15 through 18 of theIndictment are dismissed. By Judge Raymond P. Moore on 06/19/2015. (athom, ) (Entered: 06/19/2015) |
| 07/06/2015 | 136 | NOTICE re 111 Order on Motion for Forfeiture of Property by USA as to Gary Snisky (Andrews, Tonya) (Entered: 07/06/2015) |
| 07/08/2015 | 137 | ORDER to Surrender as to Gary Snisky; Defendant to surrender to FCI Fort Dix Satellite Camp (SCP) on July 21, 2015 by 12:00 noon and will travel at his own expense. By Judge Raymond P. Moore on 07/08/2015. (athom, ) (Entered: 07/08/2015) |
| 07/08/2015 | 138 | AMENDED JUDGMENT as to Gary Snisky, Counts 1, 15–18, 3–13 are dismissed. Count 14: 84 months, to be served concurrently with Count 2; 3 years supervised release, to be served concurrently with Count 14; total special assessment fee of $200 ($100 each count); total restitution of $2,531,032.22 (no interest). Count 2: 84 months, to be served concurrently with Count 14; 3 years supervised release, to be served concurrently with Count 2; total special assessment fee of $200 ($100 each count); total restitution of $2,531,032.22 (no interest). Entered by Judge Raymond P. Moore on 7/8/2015. (cpear) Modified on 7/9/2015 to correct text (cpear). (Entered: 07/09/2015) |
| 07/09/2015 | 139 | NOTICE OF APPEAL as to 135 Judgment, 138 Amended Judgment by Gary Snisky. (Pepin, Robert) Modified on 7/10/2015 to add linkage (athom, ). (Entered: 07/09/2015) |