**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**July 21, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 15-1243 |
| GARY SNISKY, | (D.C. No. 1:13-CR-00473-RM-1) (D. Colo.) |
| Defendant - Appellant. | |

_____

**ORDER**
_____

Before **BRISCOE**, Chief Circuit Judge.
_____

This matter is before the court on attorney Veronica Rossman's *Motion to Withdraw* and request to extend the time for filing the designation of record and transcript order form (or notice that no transcript is necessary). Upon consideration, the requested relief is granted. The Office of the Federal Public Defender for the Districts of Colorado and Wyoming shall have no additional obligations in this matter.

Attorney Peter Krumholz is appointed to represent appellant Gary Snisky pursuant to the Criminal Justice Act. *See* 18 U.S.C. § 3006A. Mr. Krumholz' contact information is:

Mr. Peter Krumholz
Hale Westfall
1600 Stout St., Suite 500
Denver, Co. 80202
(phone) 720-904-6010

(fax) 720-904-6020
pkrumholz@halewestfall.com

On or before August 4, 2015, Mr. Krumholz shall file an entry of appearance. The deadline for filing the designation or record and transcript order form (or notice that no transcript is necessary) is extended to August 12, 2015. Once those documents are filed, this appeal shall proceed in accord with all applicable Federal Rules of Appellate Procedure and local rules of this court. For counsel's benefit, we note relevant materials for the appeal are available via PACER.

        Entered for the Court

        *Elisabeth A. Shumaker*

        ELISABETH A. SHUMAKER, Clerk