# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal**

Short Title: United States v. Snisky   District: District of Colorado
District Court Number: No. 13-CR-473-RM-1   Circuit Court Number: 15-1243
Name of Attorney: Peter Krumholz
       Name of Law Firm: Hale Westfall LLP
       Address of Firm: 1600 Stout St., Suite 500, Denver CO 80202
       Telephone of Firm: 720-904-6010   Attorneys for: Gary Snisky

Name of Court Reporter: Tammy Hoffschildt   Telephone of Reporter: 303-292-1088

**PART II - COMPLETE SECTION A OR SECTION B**
SECTION A - **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
    [] A transcript is not necessary for this appeal, or
    [] The necessary transcript is already on file in District Court
    [] The necessary transcript was ordered previously in appeal
      number _____

SECTION B -  **I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
    (Specify the date and proceeding in the space below)
Trial proceedings: None
Other Proceedings: Arraignment/Discovery/Detention Hearing Held on 2/5/2014; Motions Hearing Held on 9/29/2014; Change of Plea Hearing Held on 2/5/2015; Sentencing Hearing Held on 6/18/2015
    (Attach additional pages if necessary)

[] **Appellants will pay the cost of the transcript.**
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

[X] **This case is proceeding under the Criminal Justice Act.**
**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).
Signature of Attorney/Pro Se: s/Peter J. Krumholz   Date: Aug. 4, 2015

**PART III -   TO BE COMPLETED BY THE COURT REPORTER**
    Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____   Date:_____