IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GARY SNISKY,

      Defendant.
_____

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE
FOR SUBSTITUTE ASSET**
_____

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and moves this Court to enter a Final Order of Forfeiture for Substitute Asset in this case pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  In support thereof, the United States submits the following:

1.  On November 19, 2013, the grand jury charged defendant Gary Snisky in Counts One through Thirteen with violations of 18 U.S.C. § 1341 and Counts Fourteen through Eighteen with violations of 18 U.S.C. § 1957.  (Doc. 2).  The Indictment also contained a forfeiture allegation providing the defendant with notice that the United States, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), would seek a forfeiture money judgment in the amount of proceeds obtained by the scheme and by the defendant, less the amount of funds recovered from assets and

property that have been forfeited, criminally or civilly, which represented the proceeds obtained as a result of the offenses charged in Counts One through Eighteen.

2.      On February 5, 2015, the United States and defendant Gary Snisky entered into a Plea Agreement in this case (Doc. 100), in which the defendant pleaded guilty to Counts Two and Fourteen of the Indictment and agreed to the entry of a preliminary order of forfeiture for a personal money judgment in the amount of $2,531,052.61 pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

3.      On June 2, 2015, the Court entered a Forfeiture Money Judgment as to Gary Snisky and Preliminary Order of Forfeiture of Substitute Asset, which included a money judgment in the amount of $2,531,052.61 and $45,000.00 in United States currency as a Substitute Asset.  (Doc. 111).

4.      Notice of the Preliminary Order of Forfeiture for Substitute Asset was published pursuant to 21 U.S.C. § 853(n), via an official government internet website for thirty consecutive days, beginning on June 4, 2015.

5.      No third party has filed a Petition for Adjudication of Interest, or otherwise claimed any interest in the substitute asset, and the time for doing so has expired.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture for Substitute Asset tendered herewith in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), which substitute asset will be applied to the defendant's Forfeiture Money Judgment.[1]

---

[1] The United States will also seek to have the substitute asset applied to the restitution order and returned to the victims in this case.

DATED this 17th day of August, 2015.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ Tonya S. Andrews
Tonya S. Andrews
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney