**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00473-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GARY SNISKY,

        Defendant.

---

**FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture for Substitute Asset.  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as set forth in the Indictment returned on November 19, 2013;

THAT a Forfeiture Money Judgment and Preliminary Order of Forfeiture of Substitute Asset was entered on June 2, 2015, forfeiting defendant Gary Snisky's interest in the $45,000.00 in United States currency, as a substitute asset;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed as to the subject property, and the time for doing so has expired;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the substitute asset described above shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited substitute asset; and

THAT the substitute asset shall be applied to defendant's Forfeiture Money Judgment.

DATED this 17th day of August, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge