FILED  
United States Court of Appeals  
Tenth Circuit  

**December 22, 2015**

**Elisabeth A. Shumaker**  
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

GARY SNISKY,

    Defendant - Appellant.

No. 15-1243  
(D.C. No. 1:13-CR-00473-RM-1)  
(D. Colo.)

_____

**ORDER**

_____

    Appellant's motion to dismiss is granted. *See* 10th Cir. R. 27.3(A)(9) and Fed. R. App. P. Rule 42(b). Appellee's motion to enforce the plea waiver is denied as moot.

    A copy of this order shall stand as and for the mandate of the court

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk