IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

UNITED STATES OF AMERICA,

v.

_____ GARY SNISKY _____, Movant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -6 2016

JEFFREY P. COLWELL
CLERK

---

### MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

---

### A. CONVICTION UNDER ATTACK

1. Name and location of the court that entered the judgment of conviction you are attacking:  U.S.D.C., District of Colorado - Denver

2. Date the judgment of conviction was entered:  June 18, 2015

3. Case number:  Criminal Case No. 13-CR-00473-RM

4. Describe the type and length of sentence imposed:  Incarceration for Eighty-Four (84) Months

5. Are you serving a sentence that was imposed for a conviction other than the conviction you are attacking in this application?  __ Yes  **X** No  (CHECK ONE)

(Rev. 4/15/02)

| | | |
|---|---|---|
| 6. | Nature of the offenses with which you were charged: (all counts) | Mail Fraud |
| 7. | On which counts were you convicted? | Counts 2 and 14 (18 U.S.C. §1341, 1957) |
| 8. | What was your plea? | Guilty |
| 9. | If you pled guilty pursuant to a plea bargain, describe the terms and conditions of the plea: | Plea Agreement to two counts (See Attached) |
| 10. | Kind of trial: | ___ Jury ___ Judge only (CHECK ONE) |
| 11. | Did you testify at trial? | ___ Yes _X_ No (CHECK ONE) |

## B. DIRECT APPEAL

| | | |
|---|---|---|
| 1. | Did you file a direct appeal? | _X_ Yes ___ No (CHECK ONE) |
| 2. | Date and result of 10th Circuit decision (attach a copy of the decision if available): | Voluntary withdrawn to file §2255 |
| 3. | Date and result of any appeal to the United States Supreme Court (attach a copy of the decision if available): | N/A |
| 4. | List the claims raised on direct appeal: | N/A As collateral proceeding under 28 U.S.C. §2255 is being filed herewith. |

(Rev. 4/15/02)                                    2

5. If you did not file a direct appeal, explain why: I filed a notice of Appeal. However, the Appeal was voluntarily withdrawn as I understand that I should raise Ineffective Assistance Of Counsel in a collateral proceeding under §2255 28 USC.

## C. POSTCONVICTION PROCEEDINGS

1. Other than a direct appeal, have you initiated any postconviction proceedings with respect to the judgment under attack?

   __ Yes  _X_ No  (CHECK ONE)

2. If you answered "Yes" to question 1., give the following information for each postconviction proceeding. If you have initiated more than one postconviction proceeding, use extra paper to list each proceeding using the format below.

   A. Name and location of court: _____

   B. Type of proceeding: _____

   C. Date filed: _____

   D. List the claims raised: _____
   _____
   _____

   E. Date and result (attach a copy of the decision if available): _____

   F. Did you appeal?   __ Yes __ No  (CHECK ONE)

   G. Date and result on appeal (attach a copy of the decision if available): _____

(Rev. 4/15/02)                          3

3. If the instant application is a second or successive application, have you obtained authorization from the United States Court of Appeals for the Tenth Circuit for this court to consider the application?   __ Yes __ No  (CHECK ONE)

## D. CLAIMS

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important. You do not need to cite specific cases to support your claim(s). If you need additional space to describe any claim or to assert additional claims, use extra paper to continue the claim or to assert the additional claims. Identify clearly any additional pages that you attach to this form.

1. Did you raise on direct appeal or in a prior action any of the claims you are asserting in this motion?   __ Yes  X  No  (CHECK ONE)

2. If you answered "Yes" to question 1., state which claims previously were raised and explain why those claims are being raised again:

   _____

   _____

   _____

3. If you answered "No" to question 1., state which claims were not raised previously and explain why those claims were not raised on direct appeal or in a prior action:

   This is my first post conviction proceeding. Rather than Direct Appeal,

   I am moving to set Aside, Vacate, Amend Sentence, and Conviction under

   28 U.S.C. §2255 because of 28 U.S.C. §2255.

4. Claim One:   Ineffective Assistance Of Counsel

   A. Supporting facts.
   Please See Attached Memo Of Law

(Rev. 4/15/02)                              4



5. Claim Two: Please See Attached Memo Of Law

    A. Supporting Facts:

(Rev. 4/15/02)            5

6. Claim Three:   Please See Attached Memo Of Law

    A.   Supporting facts:

7. Claim Four:   Please See Attached Memo Of Law

    A.   Supporting facts:

## E. OTHER CONVICTIONS

1. Do you have any concurrent or future sentence(s) to be served after you complete the sentence imposed as a result of the conviction under attack?   __ Yes  X  No  (CHECK ONE)

2. If you answered "Yes" to question 1., give the following information for each sentence:

    A. Name and location of the court: _____

    B. Case number: _____

    C. Type and length of sentence: _____

## F. LEGAL REPRESENTATION

1. List the names and address, if known, of each attorney who has represented you in proceedings regarding the conviction under attack:

    A. Preliminary hearing:  N/A

    B. Arraignment and plea: _____

    C. Trial  Robert Pepin (Public Defender)

    D. Sentencing:  Robert Pepin (Public Defender)

    E. Appeal:  Peter J Krumholz

    F. Postconviction proceedings:  Pro-Se Attorney

    G. Appeal from any adverse ruling in postconviction proceedings:  N/A

## G. REQUEST FOR RELIEF

(Rev. 4/15/02)                                7

I request the following relief: Movant asks that the Court grant to Vacate Sentence or any other relief to which Movant may be entitled.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the movant in this action, that I have read this motion, and that the information in this motion is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  May 2ND, 2016
                    (Date)

_____
(Movant's Original Signature)

Movant's prisoner identification number and complete mailing address:

⇔40166-013⇔
    Gary Snisky
    Reg.# 40166-013
    Federal Correctional Institution Camp
    Joint Base MDL PO Box2000
    FORT DIX, NJ 08640-5433
    United States