TABLE OF AUTHORITIES

Pages:

United States v Cockerham
237 F.3d 1179, 1182-4, (10th Cir. 2001)..........................4

United States v Hahn
359 F.3d 1315, 1325 (10th Cir. 2004).............................4

United States v Olano
507 U.S. 725, 732, 113 S.Ct. 1770 L.Ed.2d 508, (1993)............4

United States v Sigman
601 Fed App. 762, (10th Cir. 2015)...............................4

United States v Galloway
56 F.3d 1239, 1240, (10th Cir. 1995).............................4

United States v Cronic
466 US 648, 657, 658, 104 S.Ct. 2039, 80 L.Ed.2d (1984)..........4,10

McMann v Richardson
397 U.S. 759 (1970)..............................................5

Cuyler v Sullivan
466 U.S. 335, 343 (1980).........................................5

United States v Day
969 F.2d 39 (3rd Cir. 1982)......................................5

Missouri v Frye
132 S.Ct. 1399, 1407 (2012)......................................5

Lafler v Cooper
132 S.Ct. 1376 (2012)............................................5

Hill v Lockart
474 U.S. 52, 58, 106 S.Ct. 366 370 88 L.Ed.2d (1985).............5

Strickland v Washington
466 U.S. 688, 694, 104 S.Ct. 80 L.Ed.2d (1984)...................5,6

Glover v United States
531 U.S. 198 (2001)..............................................6

SEC v Rex Venture Group, LLC d/b/a Zeekrewards.com
No. 3:12-CR-519 (5th Cir. 2012)..................................7,15

United States v Castillo
779 F.3d 318 (5th Cir. 2015), No. 13-11007.......................8,15

# TABLE OF AUTHORITIES

**Pages:**

United States v Browne, (Cean)
No. 14-0605-CR (2nd Cir. Aug 2015) App. Update...................8

United States v Rodella
No. CR 14-2783 (10th Cir. Feb 2015)..............................9

United States v Nolf
30 F.Supp.3d 1200, 2014 WL 3377695, 20-21........................9

United States v Lafall
No. 13-CR-208 JHP Lexis 75627 (10th Cir. 2015)..................10

Fairchild v Trammell
784 F.3d 702; 2015 U.S. App. 10th Cir. 2015....................10

Davis v Alaska
415 U.S. 308, 315 (1974).......................................12

Starling v State
BL:409853 Del., No. 533........................................12

Bell v Disner
3:14-CR-91 Dec 2014 (5th Cir.).................................15
(Belsome v Rex Venture Grp, No. 12-2173, Sec J(1) 5th Cir. 2012)

Janus Capital Group, Inc v First Derivative Traders
564 U.S. 131 S.Ct. 180 L.Ed.2d 166, June 2011..................15

United States v Litvak
808 F.3d 160; No. 14-2902-CR (2nd Cir. 2015)...................17

Nader v United States
119 S.Ct. 1827, 144 L.Ed.2d 35, at 20-24 (1999)................17

United States v Webb
98 F.3d 585, 10th Cir. 1998....................................18

United States v Rivera
900 F.2d 1462, 10th Cir. 1990..................................18

Chapman v California
U.S. 18, 17, Ed.2d 705, 87 S.Ct. 1967..........................18

Other:
Safe Harbor Provision; U.S. Code 78 U-5........................16

Federal Reserve Act, 12 U.S.C. §343, Amended 2010,
Pub. L.111-302, §1101(a)(1)-(4)................................16

Brady v United States 87,83 S.Ct. 1194, 10 L.Ed.2d 215 1970)....18
(Wearry v Cain 194 L.Ed.2d 78; 2016 No.14-10008 Mar 7, 2016)


## EXHIBITS

Exhibit 1A: Operating Agreement of Arete, LLC

Exhibit 1B: Ginnie Mae Cash Flow Table (CFT)

Exhibit 1C: Ginnie Mae Prospectus and Offering Circular Supplement
            Provides The Ginnie Mae Guaranty

Exhibit 1C-i: Ginnie Mae Guaranty Further Defined