EXHIBIT 1B

*Exhibit 1 B*

# GINNIE MAE CASH FLOW TABLE

CFT
Enter all values and hit <Go>

| G2 4498 Mtge | | | | | | | 2) Export | 9) Feedback | | | 94) Sell | | | Cash Flow Table |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSIP | 36202E7K9 | | 6.4960(251)98 | | | | | 95) Buy | | | | | | |
| 1M | CPR 15.14 | PSA | 252 | 60D+ | 3.75 | WAOLS | 127M | Geo1 | TX | 25.0 | Coupon 6.000 | | | |
| Buyout 6.71 | | | | LTV | 95.00 | #Loans | 658 | Geo2 | FL | 11.0 | 1st Proj | 11/20/2013 | | |

| 2) Scenarios | 11) Bond Flows | |
|---|---|---|
| 1) 40 CPR | Settle 10/20/2013 | |
| 2) 137 PSA | Prepay | |
| 3) 172 PSA | 40.00 CPR | |
| 4) 229 PSA | Price Yield Calculations | |
| 5) 446 PSA | Price | 110-05 |
| 6) 485 PSA | Yield | 0.4372 |
| 7) 499 PSA | Spread | 19.0 |

|  |  |  | Factor | Oct13 | 0.32833408000 |
|---|---|---|---|---|---|
|  |  |  | Orig Bal | (USD) | 171,873,101 |
|  |  |  | Your Orig Bal | | 9,137,035 |
|  |  |  | Prev Bal | 0.32833408 | 3,000,000 |

Accrued 0.3333 for 20 days, Start 10/1/13, Delay 49, WAL 1.898

Principal 11/20/13 - 9/20/34
251 Cashflows

| Monthly | Interest | Sched Prin | Prepay | Balance | CPR |
|---|---|---|---|---|---|
| 1 11/20/13 | 15,000 | 5,645 | 124,791 | 2,869,564 | 40.00 |
| 2 12/20/13 | 14,348 | 5,439 | 119,364 | 2,744,762 | 40.00 |
| 3 1/20/14n | 13,724 | 5,240 | 114,171 | 2,625,351 | 40.00 |
| 4 2/20/14 | 13,127 | 5,049 | 109,202 | 2,511,099 | 40.00 |
| 5 3/20/14 | 12,556 | 4,865 | 104,449 | 2,401,786 | 40.00 |
| 6 4/20/14n | 12,009 | 4,687 | 99,900 | 2,297,199 | 40.00 |
| 7 5/20/14 | 11,486 | 4,516 | 95,549 | 2,197,134 | 40.00 |
| 8 6/20/14 | 10,986 | 4,351 | 91,385 | 2,101,397 | 40.00 |
| 9 7/20/14n | 10,507 | 4,193 | 87,402 | 2,009,802 | 40.00 |
| 10 8/20/14 | 10,049 | 4,040 | 83,591 | 1,922,172 | 40.00 |
| 11 9/20/14n | 9,611 | 3,892 | 79,945 | 1,838,334 | 40.00 |

|  | Cashflow |
|---|---|
|  | 145,436 |
|  | 139,150 |
|  | 133,135 |
|  | 127,378 |
|  | 121,869 |
|  | 116,596 |
|  | 111,551 |
|  | 106,722 |
|  | 102,102 |
|  | 97,680 |
|  | 93,448 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2013 Bloomberg Finance L.P.
SN 878338 EDT    GMT-4:00 G597-3789-0 10-Oct-2013 19:59:05