# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY -6 2016**

**JEFFREY P. COLWELL**
**CLERK**

_____ GARY SNISKY _____, Plaintiff,

v.

_____ UNITED STATES OF AMERICA _____

_____

_____, Defendant(s).

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1.  I am unable to pay such fees or give security therefor.

2.  I am entitled to redress.

3.  The nature of this action is:

    A collateral proceeding under 28 U.S.C §2255 to Vacate, Set Aside or Amend

    my Conviction for 2 Counts of Mail Fraud due to Ineffective Assistance

    of Counsel.

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

I have no assets. I receive one hundred and twenty five dollars ($125) a month

from family and earn twenty eight dollars ($28) a month working here at Fort

Dix Camp, FCI, located in Fort Dix, New Jersey.

5. Are you in imminent danger of serious physical injury?

___ Yes  X  No  (CHECK ONE).  If you answered yes, briefly explain your answer:

_____

_____

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   May 2nd, 2016
                    (Date)

_____
                    (Prisoner's Original Signature)

(Rev. 10/01/12)                    2

IN THE UNITED STATES DISTRICT

FOR THE DISTRICT OF COLORADO


I hereby certify that a copy of the foregoing pleading / document was mailed

Pegeen Rhyne, Assistant U.S. Attorney, at 1225 17th Street, Suite 700, Denver,

Colorado, 80202, on May 3, 2016.

Gary Snisky

## AUTHORIZATION

I, _GARY SNISKY_, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b).  This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): _GARY SNISKY_

Prisoner Signature: _____

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: _Gary Snisky_ $995.31

Signature of Authorized Prison Official: _____

Date: _5/2/16_

Date:    04/30/2016                                                                    Location: FTD
Time:    02:20:43 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No: 40166013    Inmate Name: SNISKY, GARY                    Available Balance: $92.30**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 04/22/2016 | TFN0422 | Phone Withdrawal | | -$6.00 |
| 04/21/2016 | 70 | Sales | | -$19.15 |
| 04/17/2016 | TFN0417 | Phone Withdrawal | | -$3.00 |
| 04/13/2016 | TL0413 | TRUL Withdrawal | | -$2.00 |
| 04/11/2016 | 51 | Sales | | -$73.15 |
| 04/09/2016 | TFN0409 | Phone Withdrawal | | -$4.00 |
| 04/09/2016 | TL0409 | TRUL Withdrawal | | -$5.00 |
| 04/08/2016 | RIPP0316 | Payroll - IPP | | $28.96 |

Inmate #: 40166013

Date:  04/30/2016                                                                              Location: FTD
Time:  11:23:13 AM

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No: 40166013   Inmate Name: SNISKY, GARY                Available Balance: $92.30**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 03/31/2016 | 48 | Sales | | -$24.20 |
| 03/29/2016 | TFN0329 | Phone Withdrawal | | -$5.00 |
| 03/23/2016 | TFN0323 | Phone Withdrawal | | -$5.00 |
| 03/11/2016 | TL0311 | TRUL Withdrawal | | -$10.00 |
| 03/10/2016 | TFN0310 | Phone Withdrawal | | -$5.00 |
| 03/10/2016 | 64 | Sales | | -$9.00 |
| 03/09/2016 | 33316069 | Western Union | SNISKY | $125.00 |
| 03/09/2016 | TL0309 | TRUL Withdrawal | | -$5.00 |
| 03/07/2016 | RFRP0316 | FRP Monthly Pymt | | $0.00 |
| 03/07/2016 | RIPP0216 | Payroll - IPP | | $2.16 |
| 03/07/2016 | RIPP0216 | Payroll - IPP | | $15.36 |

Date:   04/30/2016                                                    Location: FTD
Time:   08:22:09 AM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No: 40166013   Inmate Name: SNISKY, GARY**                 **Available Balance: $102.30**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 02/27/2016 | TFN0227 | Phone Withdrawal | | -$5.00 |
| 02/25/2016 | 29 | Sales | | -$15.70 |
| 02/23/2016 | TFN0223 | Phone Withdrawal | | -$3.00 |
| 02/17/2016 | 48 | Sales | | -$6.20 |
| 02/11/2016 | 67 | Sales | | -$26.40 |
| 02/11/2016 | TL0211 | TRUL Withdrawal | | -$5.00 |
| 02/10/2016 | 33316041 | Western Union | SNISKY | $50.00 |
| 02/08/2016 | RFRP0216 | FRP Monthly Pymt | | $0.00 |
| 02/08/2016 | RIPP0116 | Payroll - IPP | | $15.36 |
| 02/04/2016 | TFN0204 | Phone Withdrawal | | -$6.00 |
| 02/04/2016 | 41 | Sales | | -$25.75 |
| 02/01/2016 | TFN0201 | Phone Withdrawal | | -$6.00 |

Inmate #: 40166013

Date:   05/01/2016                                                                Location: FTD
Time:   04:45:59 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No: 40166013   Inmate Name: SNISKY, GARY                    Available Balance: $87.30**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 01/29/2016 | TFN0129 | Phone Withdrawal | | -$5.00 |
| 01/27/2016 | TFN0127 | Phone Withdrawal | | -$6.00 |
| 01/27/2016 | 51 | Sales | | -$17.60 |
| 01/24/2016 | TL0124 | TRUL Withdrawal | | -$10.00 |
| 01/24/2016 | TFN0124 | Phone Withdrawal | | -$12.00 |
| 01/24/2016 | 33316024 | Western Union | SNISKY | $75.00 |
| 01/23/2016 | TFN0123 | Phone Withdrawal | | -$2.00 |
| 01/20/2016 | TFN0120 | Phone Withdrawal | | -$5.00 |
| 01/20/2016 | 19 | Sales | | -$25.60 |
| 01/20/2016 | TL0120 | TRUL Withdrawal | | -$2.00 |
| 01/19/2016 | TFN0119 | Phone Withdrawal | | -$4.00 |
| 01/16/2016 | TFN0116 | Phone Withdrawal | | -$5.00 |
| 01/14/2016 | 77 | Sales | | -$31.70 |
| 01/12/2016 | TFN0112 | Phone Withdrawal | | -$5.00 |
| 01/11/2016 | TFN0111 | Phone Withdrawal | | -$5.00 |
| 01/08/2016 | TL0108 | TRUL Withdrawal | | -$5.00 |
| 01/07/2016 | TFN0107 | Phone Withdrawal | | -$12.00 |
| 01/07/2016 | 33316007 | Western Union | SNISKY | $100.00 |
| 01/07/2016 | RFRP0116 | FRP Monthly Pymt | | $0.00 |
| 01/07/2016 | RIPP1215 | Payroll - IPP | | $9.36 |
| 01/07/2016 | RIPP1215 | Payroll - IPP | | $5.25 |
| 01/06/2016 | TFN0106 | Phone Withdrawal | | -$5.00 |
| 01/05/2016 | TFN0105 | Phone Withdrawal | | -$5.00 |
| 01/04/2016 | TL0104 | TRUL Withdrawal | | -$2.00 |
| 01/03/2016 | TFN0103 | Phone Withdrawal | | -$5.00 |
| 01/03/2016 | TL0103 | TRUL Withdrawal | | -$2.00 |

Date: 04/29/2016
Time: 11:17:55 AM

Location: FTD

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

*December 2015*

Inmate No: 40166013   Inmate Name: SNISKY, GARY   Available Balance: $2.30

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 12/30/2015 | TFN1230 | Phone Withdrawal | | -$5.00 |
| 12/28/2015 | TFN1228 | Phone Withdrawal | | -$8.00 |
| 12/28/2015 | 81 | Sales | | -$50.40 |
| 12/27/2015 | TL1227 | TRUL Withdrawal | | -$5.00 |
| 12/26/2015 | 33315360 | Western Union | SNISKY | $50.00 |
| 12/24/2015 | TFN1224 | Phone Withdrawal | | -$6.00 |
| 12/22/2015 | TFN1222 | Phone Withdrawal | | -$5.00 |
| 12/21/2015 | TL1221 | TRUL Withdrawal | | -$2.00 |
| 12/17/2015 | TFN1217 | Phone Withdrawal | | -$5.00 |
| 12/12/2015 | TFN1212 | Phone Withdrawal | | -$12.00 |
| 12/11/2015 | 33315345 | Western Union | SNISKY | $50.00 |
| 12/10/2015 | TFN1210 | Phone Withdrawal | | -$3.00 |
| 12/10/2015 | RFRP1215 | FRP Monthly Pymt | | $0.00 |
| 12/10/2015 | RIPP1115 | Payroll - IPP | | $20.12 |
| 12/09/2015 | 63 | Sales | | -$41.50 |
| 12/08/2015 | TL1208 | TRUL Withdrawal | | -$5.00 |
| 12/07/2015 | TFN1207 | Phone Withdrawal | | -$6.00 |
| 12/06/2015 | 33315340 | Western Union | SNISKY | $50.00 |
| 12/05/2015 | TFN1205 | Phone Withdrawal | | -$4.00 |
| 12/03/2015 | TFN1203 | Phone Withdrawal | | -$4.00 |
| 12/02/2015 | TFN1202 | Phone Withdrawal | | -$5.00 |
| 12/02/2015 | 23 | Sales | | -$20.05 |

Inmate #: 40166013

Date:   04/29/2016                                                    Location: FTD
Time:   09:11:07 AM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No: 40166013   Inmate Name: SNISKY, GARY**                **Available Balance: $2.30**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 11/28/2015 | TFN1128 | Phone Withdrawal | | -$12.00 |
| 11/28/2015 | 33315332 | Western Union | SNISKY | $50.00 |
| 11/25/2015 | TFN1125 | Phone Withdrawal | | -$10.00 |
| 11/23/2015 | 32 | Sales | | -$9.90 |
| 11/22/2015 | TFN1122 | Phone Withdrawal | | -$4.00 |
| 11/20/2015 | TFN1120 | Phone Withdrawal | | -$12.00 |
| 11/18/2015 | TL1118 | TRUL Withdrawal | | -$5.00 |
| 11/18/2015 | 70 | Sales | | -$80.65 |
| 11/17/2015 | 33315321 | Western Union | SNISKY | $100.00 |
| 11/13/2015 | TL1113 | TRUL Withdrawal | | -$5.00 |
| 11/12/2015 | TFN1112 | Phone Withdrawal | | -$12.00 |
| 11/09/2015 | TFN1109 | Phone Withdrawal | | -$10.00 |
| 11/09/2015 | RFRP1115 | FRP Monthly Pymt | | -$25.00 |
| 11/09/2015 | RIPP1015 | Payroll - IPP | | $23.74 |
| 11/04/2015 | 36 | Sales | | -$44.50 |
| 11/03/2015 | TFN1103 | Phone Withdrawal | | -$25.00 |
| 11/02/2015 | TL1102 | TRUL Withdrawal | | -$5.00 |
| 11/02/2015 | 33315306 | Western Union | SNISKY | $125.00 |