This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

of THE Court
raj United States Courthouse
reet, Room A105
80294-3589
se

UNITED STATES
POSTAL SERVICE®

