Gary Snisky
#40166-013

Fort Dix Camp - FCI
Joint Base MDL P.O. Box 2000
Fort Dix, New Jersey 08640-5433

May 2, 2016

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, Colorado 80294-3589

Dear Sir / Madam,

   I trust this information reaches you in a timely manner. I, Gary Snisky, am filing a motion to vacate pursuant to 28 U.S.C §2255 and a motion for leave to proceed pursuant to 28 U.S.C. §1915. There are a few points I would like to reference; 1. All documents are non-stapled for your scanning convenience; 2. I have printed and enclosed my commissary receipts, requesting a payment plan for the filing fee; 3. I am working on a type writer so please pardon me any formatting errors; 4. I have limited reference to my evidence, as we do not have access to a computer with the capacity to print, and 5; I have requested appointment of counsel pursuant to U.S.C §3006A (a)(2)(b).

   I thank you for your assistance in this filing and I look forward to hearing from the Court.

Respectfully,

*[signature]*

Gary Snisky