OF THE COURT
raj United States Courthouse
reet, Room A105
80294-3589

SE

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.



This envelope is made from post-consumer waste. Please recycle - again.

# PRIORITY® ★ MAIL ★

FROM:

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

WHEN USED INTERN
A CUSTOMS DECL
LABEL MAY BE RE

Expected Delivery Day: 05/06/2016

USPS TRACKING NUMBER

9505 5157 9452 6125 0038 24

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US
ORDER FRE