IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 16-cv-01044-RM
Criminal Action No. 13-cr-00473-RM-1

UNITED STATES OF AMERICA,

v.

1.  GARY SNISKY,

    Defendant.

## ORDER

After preliminary consideration of the defendant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney, on or before **June 9, 2016**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.   It is further

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 157) is denied as moot.

DATED this 10th day of May, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge