IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01044-RM
Criminal Action No. 13-cr-00473-RM-1

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1.  GARY SNISKY,

    Defendant-Movant.

---

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

---

Robert Mark Russel, Assistant United States Attorney, hereby enters his appearance as counsel for the Plaintiff-Respondent in the above-captioned case and requests that he be served with copies of all notices and pleadings in this case.

DATED this 9th day of June, 2016.

    JOHN F. WALSH
    United States Attorney

    *s/Robert M. Russel*
    ROBERT M. RUSSEL
    Assistant United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, CO  80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0408
    E-mail: Robert.Russel@usdoj.gov
        Attorney for Respondent

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/Colorado)**

  I hereby certify that on <u>  June 9, 2016</u>, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and certify a copy will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

Gary Snisky
Registration No. 40166-013
Federal Correctional Institution Camp
Joint Base MDL P.O. Box 2000
Fort Dix, NJ   08640-5433

              s/ *Dorothy Burwell*
              Dorothy Burwell
              United States Attorney's Office
              Denver, Colorado