FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 2 2016

JEFFREY P. COLWELL
CLERK

September 08, 2016

Ms. Polly Atkinson
United States
Securities & Exchange Commission
Denver Regional Office
1961 Stout Street - Suite 1700
Denver, Colorado 80294-1961

RE: Matter Of Gary C. Snisky

Dear Ms. Atkinson,

In response to your August 29, 2016 letter, please first be advised that I have no knowledge of the alleged injunction filed against me. Further, I would have certainly answered such allegations if properly served with same.

Moreover, your Administrative Proceeding Agreement is compiled with many erroneous and false statements. Preparing this document without discussing the details with me, nor providing me with the injunction is certainly no due process as I have come to understand it.

The facts you misrepresented in your letter are many. You have the wrong entity and there were two owners. Although the Offering was $3.8 million, most of the investments were returned. It may be helpful to you and for our further discussions if you access the 28 U.S.C. 2255 Motion filed with the District Court of Colorado and Honorable Judge Raymond P. Moore. The 28 U.S.C. 2255 Motion was Termed on June 28, 2016, Case number 1:13-cr-00473-RM-1, with Document Number 162.

Ms. Atkinson, I have enclosed a copy of your addressed envelope demonstrating that the way you are sending mail to me here at Fort Dix - Camp - does not meet the Bureau of Prison's criteria for legal/special mail. I would ask to please send further corresponding mail via - legal mail - needing my signature to ensure I have received the intended mail. I have also enclosed my address for your convenience.

You may not be aware of the fact that I do not have open access to a telephone; nor do I have unmonitored email. I am certainly available to discuss any of these proceedings, in person, at Fort Dix Camp with you or your representative.

I thank you for the opportunity to discuss this Offer Of Settlement with you.

Sincerely,

Gary C. Snisky

cc: Federal Judge Lewis T. Babcock / Case No. 13-cv-3149

cc: Federal Judge Raymond P. Moore / Case No. 1:13-cr-00473-RM-1



LEGAL MAIL

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION,
DENVER REGIONAL OFFICE
BYRON G. ROGERS FEDERAL BUILDING
1961 STOUT STREET, SUITE 1700
DENVER, COLORADO 80294

OFFICIAL BUSINESS

THIS MAIL DOES NOT
MEET BOP CRITERIA
FOR LEGAL/SPECIAL MAIL

Gary C. Snisky
Inmate No. 40166-013
Fort Dix FCI
5756 Hartford & Pointville Rd.
Joint Base MDL, NJ 08640

02 1P          $ 001.36°
0000873713    AUG 26 2016
MAILED FROM ZIP CODE 80294

UNITED STATES POSTAGE
PITNEY BOWES



‹40166-013›
Gary Snisky
Reg.# 40166-013
Federal Correctional Institution Camp
Joint Base MDL PO Box2000
FORT DIX, NJ 08640-5433
United States

TRENTON NJ 085

08-SEP-2016 PM 4 L

OFFICE OF THE CLERK
ATT: Honorable Judge Lewis T. Babcock
United States District Court
ALFRED A. ARRAJ Courthouse
901-19th ST Room A105
Denver, CO 80294-3589

80294-250151