IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**NOTICE OF CHANGE OF ADDRESS**

Case No. 16-cv-01044-RM

To the Court, parties, and all counsel of record:

The undersigned Assistant United States Attorney hereby submits this notice pursuant to D.C.COLO.LAttyR 5(c) that counsel's address changed on February 6, 2017. As of that date, the physical address for the Denver office of the United States Attorney's Office for the District of Colorado is:

> United States Attorney's Office, District of Colorado
> 1801 California Street, Suite 1600
> Denver, Colorado 80202

Please direct any correspondence mailed to undersigned counsel to that address. The telephone number and email address for undersigned counsel will remain unchanged.

> ROBERT C. TROYER
> Acting United States Attorney
>
> BY:   *s/ Robert M. Russel*
> ROBERT MARK RUSSEL
> Assistant U.S. Attorney
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Phone: (303) 454-0100
> Email: robert.russel@usdoj.gov

1

## CERTIFICATE OF SERVICE

I certify that on this date, I electronically filed this **Notice Of Change Of Address** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*s/ Dorothy Burwell*
Legal Assistant
U.S. Attorney's Office