**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 13-cr-00473-RM
Civil Action No. 16-cv-01044-RM

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1.  GARY SNISKY,

    Defendant-Movant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to Judge Raymond P. Moore's Order (Doc. 168) denying Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 155), it is

ORDERED that Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 155) is denied. It is

FURTHER ORDERED that, under 28 U.S.C. § 2253(c)(2), a certificate of appealability is denied.  It is

FURTHER ORDERED that the corresponding civil action is dismissed.

  Dated at Denver, Colorado this 10th day of May, 2017.

                                         FOR THE COURT:
                                         JEFFREY P. COLWELL, CLERK

                              By: s/   Cathy Pearson

                                         Cathy Pearson
                                         Deputy Clerk