IN THE UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLORADO

UNITED STATES               :        CASE No. 13-CR-00473-RM

   Plaintiff-Respondent      :

   v.                              :        NOTICE OF APPEAL

GARY C. SNISKY              :

   Defendant-Movant          :

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 6 2017

JEFFREY P. COLWELL
CLERK

Please note: I, GARY C. SNISKY, just received the mailed document of FINAL JUDGEMENT pursuant to my 28. U.S.C. 2255 MOTION from the DISTRICT OF COLORADO - Honorable RAYMOND P. Moore - on May 30th, 2017. Also, I would like to apologize for the handwritten letter, as we are in "LOCKDOWN" and I have no access to a typewriter, or law library.

   Notice is hereby given that GARY C. SNISKY, PRO-SE, in the above named case hereby APPEAL TO THE UNITED STATES COURT OF APPEALS for the FEDERAL CIRCUIT FROM THE DISTRICT OF COLORADO FOR THE FINAL JUDGEMENT UPON MOTION OF FINAL JUDGEMENT ENTERED ON MAY 10th, 2017.

   The order appealed is a final (and appealable) order under the PROVISIONS of SECTION 2253(a) and 2255 of TITLE 28 of the UNITED STATES codes because the order denied defendant relief pursuant to his SECTION 2255 MOTION attacking his sentence in this matter, (Rules governing Section 2255 cases Rule 11 (a)).

   This Appeal is made to the UNITED STATES COURT OF APPEAL(S) for the TENTH (10th) CIRCUIT.

RESPECTFULLY SUBMITTED,

GARY C. SNISKY



INMATE NAME: Snisky
REGISTER NO: 40166-013
HOUSING UNIT: 5851
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

TRENTON NJ 085
01 JUN 2017 PM 6 L

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

The enclosed letter was processed through special mail
procedures. This letter has been neither opened nor
inspected. If the writer raises a question or problem over
which this facility has jurisdiction, you may wish to return
the material. If the writer encloses correspondence for
forwarding to another address or includes unauthorized
items, please return to the above address.

80294-250151

OFFICE OF THE CLERK
United States District Court
Alfred A. Arraj Courthouse
901-19th Street Room A105
Denver, Colorado 80294-3589