**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 5 2017

JEFFREY P. COLWELL
CLERK

2017 JUL -3 PM 12:08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __17-1199-WYD__
(To be supplied by the court)

16-cv-01044-RM
13-CR-00473-RM

__UNITED STATES OF AMERICA__, Plaintiff,

v.

__GARY SNISKY__

_____

_____, Defendant(s).

---

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

__CERTIFICATE OF APPEALIBILITY WITH THE COURT OF APPEALS__

__IN THE TENTH (10) CIRCUIT COURT- COLORADO__

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

__NONE__

5. Are you in imminent danger of serious physical injury?

___ Yes  _X_ No  (CHECK ONE). If you answered yes, briefly explain your answer:

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___June 26th, 2017___
(Date)

_____
(Prisoner's Original Signature)

(Rev. 10/01/12)                              2

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: __GARY SNISKY__

Signature of Authorized Prison Official: _[signature]_

Date: __6/27/17__

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FTD | $131.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $131.17 |
| Totals: | $131.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $131.17 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,027.51 | $921.20 | $46.04 | $131.17 | $31.30 | N/A | N/A |

**FEDERAL BUREAU OF PRISONS** — TRU

Inmate Register#: 40166013

- Inmate Inquiry
- Administrative Holds
- All Transactions
- Controlled Items
- Debt History
- Deposits
- FRP Payment History
- Inmate Statement
- Outstanding Neg Instr
- Phone Info
- Phone Transfers
- Serial Num. Tracking
- Withdrawals

---

- All Deposits
- All Withdrawals
- Indigent Inmates
- OTC Med Qualified-HU
- OTC Med Qualified-LQ
- OTC Med Qualified-R

---

- About TRUWEB

## Inmate Statement

| Inmate Reg #: | 40166013 | Current Institution: | Fort Dix FCI |
| Inmate Name: | SNISKY, GARY | Housing Unit: | FTD-R-C |
| Report Date: | 06/23/2017 | Living Quarters: | R03-166L |
| Report Time: | 10:15:38 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encu |
|---|---|---|---|---|---|---|---|
| FTD | 6/22/2017 4:04:17 PM | 33317173 | | | Western Union | $100.00 | |
| FTD | 6/22/2017 2:36:28 PM | TL0622 | | | TRUL Withdrawal | ($2.00) | |
| FTD | 6/21/2017 6:46:25 PM | TFN0621 | | | Phone Withdrawal | ($5.00) | |
| FTD | 6/19/2017 7:05:26 PM | 33317170 | | | Western Union | $25.00 | |
| FTD | 6/18/2017 7:47:46 AM | TL0618 | | | TRUL Withdrawal | ($2.00) | |
| FTD | 6/17/2017 5:57:36 PM | TFN0617 | | | Phone Withdrawal | ($5.00) | |
| FTD | 6/14/2017 5:19:52 PM | TFN0614 | | | Phone Withdrawal | ($4.00) | |
| FTD | 6/12/2017 5:49:25 PM | 110 | | | Sales | ($1.30) | |
| FTD | 6/12/2017 5:46:15 PM | 107 | | | Sales | ($16.25) | |
| FTD | 6/8/2017 8:43:24 PM | TFN0608 | | | Phone Withdrawal | ($5.00) | |
| FTD | 6/8/2017 2:03:13 PM | SFRP0617 | | | FRP Monthly Pymt | ($25.00) | |
| FTD | 6/8/2017 2:02:36 PM | SIPP0517 | | | Payroll - IPP | $0.12 | |
| FTD | 6/8/2017 2:01:56 PM | SDAP0517 | | | Payroll - DAP | $30.00 | |
| FTD | 6/7/2017 10:04:05 PM | 33317158 | | | Western Union | $40.00 | |
| FTD | 6/5/2017 6:28:28 PM | 93 | | | Sales | ($23.60) | |
| FTD | 6/3/2017 11:00:00 AM | TFN0603 | | | Phone Withdrawal | ($2.00) | |
| FTD | 5/31/2017 8:57:55 PM | TFN0531 | | | Phone Withdrawal | ($3.00) | |
| FTD | 5/26/2017 8:53:42 PM | TFN0526 | | | Phone Withdrawal | ($3.00) | |
| FTD | 5/26/2017 2:53:41 PM | TL0526 | | | TRUL Withdrawal | ($2.00) | |
| FTD | 5/24/2017 5:01:52 PM | TFN0524 | | | Phone Withdrawal | ($5.00) | |
| FTD | 5/22/2017 10:04:38 PM | 33317142 | | | Western Union | $40.00 | |
| FTD | 5/17/2017 7:05:47 PM | TFN0517 | | | Phone Withdrawal | ($2.00) | |
| FTD | 5/13/2017 9:06:34 AM | TFN0513 | | | Phone Withdrawal | ($3.00) | |
| FTD | 5/10/2017 6:28:51 AM | SFRP0517 | | | FRP Monthly Pymt | $0.00 | |
| FTD | 5/10/2017 6:28:10 AM | SIPP0417 | | | Payroll - IPP | $0.12 | |
| FTD | 5/9/2017 10:01:45 PM | TFN0509 | | | Phone Withdrawal | ($4.00) | |
| FTD | 4/28/2017 8:57:31 AM | 21 | | | Sales | ($9.25) | |
| FTD | 4/28/2017 8:57:20 AM | 20 | | | Sales | $17.95 | |
| FTD | 4/28/2017 8:55:25 AM | 19 | | | Sales | ($43.45) | |
| FTD | 4/24/2017 | TFN0424 | | | Phone Withdrawal | ($10.00) | |