Joint Base MDL PO Box 2000
FORT DIX, NJ 08640-5433
United States

U.S. COURT OF APPEALS 10th CIRCUIT
OFFICE OF THE CLERK
BYRON WHITE U.S. COURT HOUSE
1823 STOUT STREET
DENVER, COLORADO 80257
ATTN: MS. SHUMAKER

*Filed by U.S. Marshal*



FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

The enclosed letter was processed through special mail procedures. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material. If the writer encloses correspondence for forwarding to another address or includes unauthorized items, please return to the above address.