IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 13-cr-00473-RM-1
Civil Action No. 16-cv-01044-RM

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1. GARY SNIKSY,

    Defendant-Movant.

---

**ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24**

---

    Mr. Snisky has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (IFP Motion) (Doc. # 173), which the Court has construed liberally as a motion for leave to proceed *in forma pauperis* on appeal. The Court has examined the file and has determined that the motion must be denied. Pursuant to 28 U.S.C. § 1915 the Court finds that this appeal is not taken in good faith because Mr. Snisky has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issue(s) raised on appeal. Furthermore, the IFP Motion is not submitted on the correct form. Accordingly, it is

    ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. # 173) is DENIED. Mr. Snisky may file a motion for leave to proceed on

appeal pursuant to 28 U.S.C. § 1915 in the Tenth Circuit Court of Appeals.

DATED this 7th day of July, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge