FILED  
United States Court of Appeals  
Tenth Circuit  

UNITED STATES COURT OF APPEALS  

FOR THE TENTH CIRCUIT  

March 1, 2018  

_____

Elisabeth A. Shumaker  
Clerk of Court  

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

GARY SNISKY,

    Defendant - Appellant.

No. 17-1199  
(D.C. No. 1:16-CV-01044-RM)  
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court *sua sponte* for supplementation of the record on appeal. The Clerk's Office shall prepare and docket a supplement to the record containing the documents that comprise District Court Docket Nos. 100, 101, 109, 115 and 168.

    Entered for the Court,

    ELISABETH A. SHUMAKER, Clerk

    by: Chris Wolpert  
        Chief Deputy Clerk