PS 40 (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| TO: | United States Department of State<br>Office of Passport Services<br>Legal Affairs Division<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, DC 20037 | FROM: | United States District Court<br>District of Colorado<br>901 19th Street, Room A105<br>Denver, CO 80294 |
|---|---|---|---|

| ☑ **Original Notice** | ☒ **Notice of Disposition** |
|---|---|
| Date: 12/04/2013 | Date: April 2, 2018 |
| By: sphillips | By: S. Grimm |

| Defendant: Gary Snisky | Case Number: 13-cr-0473-RM |
|---|---|
| Date of Birth: /1966 | Place of Birth: New York |
| SSN: | |

**Notice of Court Order** (Order Date: 12/04/2013 )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number 220060029 and/or passport card number _____ to the custody of the U.S. District Court on 12/04/2013 .

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court