

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7014 3490 0001 5489 6551

PS Form 3811, July 2013    Domestic Return Receipt



13-cr-413-RM
Sniskey

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4® in this box•

UNITED STATES DISTRICT COURT
DENVER, COLORADO

**F I L E D**

APR 13 2018

JEFFREY P. COLWELL
CLERK

United States District Court
901, 19th Street, Room A105
Denver, CO 80294-3589

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10