IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-CR-00473-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY SNISKY,

    Defendant.

## UNOPPOSED MOTION TO RELEASE BOND AND BOND SECURITY

    Gary Snisky, by and through Assistant Federal Public Defender Robert W. Pepin, moves for the release of the secured bond for which $25,000 worth of property was posted by Mr. Snisky's brother, Ray Snisky. Mr. Snisky offers the following in support:

    1.    Gary Snisky was charged with various offenses. On December 4, 2013 United States Magistrate Judge Kathleen Tafoya ordered Gary Snisky's release upon on the posting of a $25,000 bond secured by property. (Doc. # 16)

    2.    Raymond Snisky, Gary's brother, posted that bond which was received by the court on December 4, 2013. The bond was secured by a lien against Raymond Snisky's home. (Doc. # 15)

    3.    Gary Snisky was sentenced on June 18, 2015 to 84 months' incarceration in the Federal Bureau of Prisons. He was ordered to self-surrender and bond was continued.

4. Gary Snisky was ordered to self-surrender to FCI Fort Dix Satellite Camp on July 21, 2015. (Doc. # 137)  He has been in custody since that date.

5. Gary Snisky's bond was never released. There is still a $25,000 lien against Raymond Snisky's home.

6. For reasons unnecessary to further describe, the defense moves the Court to issue an order releasing Gary Snisky's bond and to withdraw the lien against his brother's property.

7. AUSA Pegeen Rhyne has been contacted regarding this request. She has no objection.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Robert W. Pepin
    ROBERT W. PEPIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Robert_Pepin@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on May 25, 2018, I filed the foregoing ***Unopposed Motion to Release Bond and Bond Security*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Pegeen Rhyne , Assistant United States Attorney
E-mail:  pegeen.rhyne@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Gary Snisky     (via U.S. mail)
Register No.  40166-013
c/o Fort Dix FCI

                                         s/ Robert W. Pepin
                                         ROBERT W. PEPIN
                                         Assistant Federal Public Defender
                                         633 17th Street, Suite 1000
                                         Denver, CO  80202
                                         Telephone:  (303) 294-7002
                                         FAX:  (303) 294-1192
                                         Robert_Pepin@fd.org
                                         Attorney for Defendant