IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 13-cr-00473-RM
UNITED STATES OF AMERICA,

    Plaintiff,

v.
1.    GARY SNISKY,

    Defendant.

## ORDER

This matter comes before the court on the Defendant's Unopposed Motion to Release Bond and Bond Security [Doc. No. 181]. The motion is **GRANTED**.

It appearing that the case proceeded to conclusion and that the defendant self-surrendered to FCI Fort Dix Satellite Camp on July 21, 2015 (Mot. at ¶ 4)[1], his bond and the security pledged in support of his appearance should be discharged.

**IT IS THEREFORE ORDERED**

The bond and bond conditions [Doc. Nos. 16 and 17 are hereby **DISCHARGED**. All liens and other documents effectuating security for the bond shall be forthwith **RELEASED**.

DATED this 5th day of June, 2018.

BY THE COURT:

*Kathleen M. Tafoya*
Kathleen M. Tafoya
United States Magistrate Judge

---

[1] Confirmed by the United States Marshals Service on June 5, 2018.