IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-CR-00473-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY SNISKY,

    Defendant.

---

**MOTION FOR SUPPLEMENTAL ORDER
TO EFFECTUATE RELEASE OF SECURITY**

---

    Gary Snisky, by and through Assistant Federal Public Defender Robert W. Pepin, moves for a supplemental order to effectuate the release of the secured bond for which $25,000 worth of property was posted by Mr. Snisky's brother, Ray Snisky. As grounds for this request, counsel offers the following:

    1.    Gary Snisky was charged with various offenses. On December 4, 2013 United States Magistrate Judge Kathleen Tafoya ordered Gary Snisky's release upon on the posting of a $25,000 bond secured by property. (Doc. # 16)

    2.    Raymond Snisky, Gary's brother, posted that bond which was received by the court on December 4, 2013. The bond was secured by a lien against Raymond Snisky's home. (Doc. # 15)

    3.    Gary Snisky was sentenced on June 18, 2015 to 84 months' incarceration in the Federal Bureau of Prisons. He was ordered to self-surrender and bond was continued.

4.     Gary Snisky was ordered to self-surrender to FCI Fort Dix Satellite Camp on July 21, 2015. (Doc. # 137)  He has been in custody since that date but his bond was not released. Consequently, a $25,000 lien remains on Ray Snisky's home.

5.     On May 25, 2018 counsel filed his Unopposed Motion To Release Bond And Bond Security (Doc. #181), asking that the Court enter an Order to accomplish that task.

6.     On June 5, 2018 United States Magistrate Judge Kathleen M. Tafoya entered an Order granting the Motion to Release Bond (Doc. # 183). The Order discharged the bond and bond conditions and specified that all liens and other documents effectuating security for the bond be released.

7.     Counsel provided a certified copy of the Order releasing lien/security to Ray Snisky, who in turn took it to the office of the Register of Deeds for Ozaukee County, Wisconsin, where the securing property is located and the lien was perfected.

8.     Mr. Snisky was informed that the release could not be effectuated because the Order releasing the lien did not include the Office of the Register of Deeds case number for the lien recording action and the legal description of the property. Mr. Snisky was also informed that the Order must also include a statement that Ray Snisky has satisfied all requirements associated with the lien (described as a "mortgage" in the recording documents) and that the lien is released.

9.     In light of this development, counsel offers the attached proposed Order for the Court's consideration. Counsel has also attached, for the Court's information, the

lien securing Mortgage document which includes both the necessary case number and the legal description of the property, attached as Exhibit A.

WHEREFORE, Gary Snisky moves for a supplemental order to effectuate the release of the secured bond for which $25,000 worth of property was posted by Mr. Snisky's brother, Ray Snisky.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Robert W. Pepin
        ROBERT W. PEPIN
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Robert_Pepin@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

  I hereby certify that on June 22, 2018, I filed the foregoing ***Motion for Supplemental Order to Effectuate Release of Security*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

  Pegeen Rhyne , Assistant United States Attorney
  E-mail:  pegeen.rhyne@usdoj.gov

  I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

  Gary Snisky    (via U.S. mail)
  Register No.  40166-013
  c/o Fort Dix FCI

           s/ Robert W. Pepin
           ROBERT W. PEPIN
           Assistant Federal Public Defender
           633 17th Street, Suite 1000
           Denver, CO  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           Robert_Pepin@fd.org
           Attorney for Defendant