# Exhibit A

996315-5
0886631-2

## EXHIBIT A

Lot Two of CERTIFIED SURVEY MAP NO. 3205, recorded in the Ozaukee County Registry in Volume 22 of Certified Survey Maps on pages 338-339 inclusive, as Document No. 652651, and being part of Lots One (1) and Two (2) of C.S.M. NO. 2616 located in the NW 1/4 of the SW 1/4 of Section 22, T. 9 N., R. 21 E., City of Mequon, Ozaukee County, Wisconsin. TOGETHER WITH an Easement for ingress and egress over Outlot 1 of Certified Survey Map No. 2616, as described and contained in Access Easement and Shared Maintenance Agreement recorded on December 22, 1993 in Volume 866 of Records on pages 890-897 inclusive, as Document No. 509229; Easement - Modification Agreement recorded on March 7, 2000 in Volume 1231 of Records on pages 776-781, Document No. 652650. ALSO TOGETHER WITH an Easement for ingress and egress as described and contained in Declaration of Easement recorded on March 22, 2000 in Volume 1233 of Records on pages 717-722 inclusive, as Document No. 653411.

Property Address: 7547 W. Sunnyvale Court
Tax Key No: 14-022-10-018.00