IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-CR-00473-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY SNISKY,

    Defendant.

---

**SUPPLEMENTAL ORDER TO EFFECTUATE RELEASE OF SECURITY**

---

THIS MATTER comes before the court on the Defendant's Unopposed Motion to Release Bond and Bond Security [Doc. No. 181] and Defendant's Motion for Supplemental Order to Effectuate Release of Security [Doc. No. 184]. The motion is **GRANTED.**

It appearing that the case proceeded to conclusion and that the defendant self-surrendered to FCI Fort Dix Satellite Camp on July 21, 2015 (Mot. at Paragraph 4)[1], his bond and security pledged in support of his appearance should be discharged.

**IT IS THEREFORE ORDERED:**

The bond and bond conditions [Doc. Nos. 16 and 17] are hereby **DISCHARGED.** That all requirements associated with the bond securing lien/mortgage recorded against the property described in Exhibit A with the Register of Deeds for Ozaukee County, Wisconsin in Case No. 0996315 have been satisfied and the lien/mortgage is hereby **RELEASED.**

Dated this 25th day of June, 2018

                                           BY THE COURT:

                                           The Honorable Raymond Moore
                                           District Court Judge
                                           **Kathleen M. Tafoya**
                                           **United States Magistrate Judge**

---

[1] Confirmed by the United States Marshals Service on June 5, 2018.